FORM B1
(9/01)

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| **Builders Plumbing & Heating Supply Co.** | |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
|---|---|
| **d/b/a FaucetsPlus.com** | |

| Soc. Sec./Tax I.D. No. (if more than one, state all): | Soc. Sec./Tax I.D. No. (if more than one, state all): |
|---|---|
| **36-2205919** | |

| Street Address of Debtor (No. & Street, City, State & Zip Code): | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
|---|---|
| **133 South Rohlwing Road** <br> **Addison, IL  60101** | |

| County of Residence or of the Principal Place of Business:   **Dupage** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

### Type of Debtor (Check all boxes that apply)

☐ Individual(s)                  ☐ Railroad
☒ Corporation                  ☐ Stockbroker
☐ Partnership                  ☐ Commodity Broker
☐ Other _____

### Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7          ☒ Chapter 11          ☐ Chapter 13
☐ Chapter 9          ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

### Nature of Debts (Check one box)

☐ Consumer/Non-Business          ☒ Business

### Filing Fee (Check one box)

☒ Full Filing Fee Attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

### Chapter 11 Small Business (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000 |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 m |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $50,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 m |
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 12/05/2003
Time: 11:59:21
Debtor: BUILDERS PLUMBING & HEI
Case: 03-49243          Fee : 839
Chapter: 11    Rec. # : 3049761
Judge: John Squires

1:03BK49243-BK001

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor:** Builders Plumbing & Heating Supply Co. |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor (s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

X _(signature)_
**Signature of Attorney**
Signature of Attorney for Debtor(s)

**David N. Missner,**
Printed Name of Attorney for Debtor(s) / Bar No.

**Piper Rudnick LLP**
Firm Name

**203 N. LaSalle Street Suite 1800**
Address

**Chicago, IL 60601-1293**

**(312) 368-4000**          **(312) 236-7516**
Telephone Number

12/5/03
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _(signature)_
Signature of Authorized Individual

**Steve Kogan**
Printed Name of Authorized Individual

**President and Secretary**
Title of Authorized Individual

12/5/03
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☑ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | **FOR COURT USE ONLY** |
| **BUILDERS PLUMBING & HEATING** | |
| **SUPPLY COMPANY** | **Date Petition Filed** |
| **an Illinois corporation** | |
| **d/b/a FaucetsPlus.com** | |
| **FEIN # 36-2205919** | |
| | **Case Number** |
| | |
| | **Bankruptcy Judge** |
| Debtor. | |

## EXHIBIT "A" TO VOLUNTARY PETITION

1.      If any of the debtor's securities are registered under Section 12 of the Securities

Exchange Act of 1934, the SEC file number is  NOT APPLICABLE

2.      The following financial data is the latest available information and refers to the

debtor's condition on November 25, 2003.

(a)    Total assets                                                             $62,834,841.00

(b)    Total debts (including debts listed in 2.c., below)        $57,559,894.00

| | | | | Approximate number of holders |
|---|---|---|---|---|

(c)    Debt securities held by more than 500 holders.

| | | | | |
|---|---|---|---|---|
| secured// | unsecured// | subordinated// | $_____ | _____ |
| secured// | unsecured// | subordinated// | $_____ | _____ |
| secured// | unsecured// | subordinated// | $_____ | _____ |
| secured// | unsecured// | subordinated// | $_____ | _____ |
| secured// | unsecured// | subordinated// | $_____ | _____ |

(d)    Number of shares of preferred stock          $_____4,000          _____6
(e)    Number of shares of common stock             $_____1,000          _____7

Comments, if any: _____

_____

_____

3.  Brief description of debtor's business: _____

Wholesale distribution of plumbing and heating equipment, materials and supplies in the

Chicago, Louisville, Indianapolis, Fort Wayne and Peoria metropolitan areas.

4.  List the names of any person who directly or indirectly owns, controls, or holds, with

power to vote, 5% or more of the voting securities of debtor:

Abe Kogan, Betty Kogan _____

_____

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **BUILDERS PLUMBING & HEATING** | ) | **Chapter 11 Case** |
| **SUPPLY COMPANY** | ) | |
| **an Illinois corporation,** | ) | |
| **d/b/a FaucetsPlus.com** | ) | |
| **EIN #36-2205919,** | ) | |
| | ) | **NO.** |
| DEBTOR. | ) | |

## LIST OF CREDITORS

| | | |
|---|---|---|
| **STATE OF ILLINOIS** | ) | |
| | ) | **SS** |
| **COUNTY OF COOK** | ) | |

I, Steve Kogan, being first duly sworn on oath, depose and say that I the President and Secretary of **Builders Plumbing & Heating Supply Company, an Illinois corporation**, the debtor herein, and that to the best of my knowledge, information and belief, the list attached hereto as Exhibit A is a full, complete and actual list of the names and addresses of the creditors of the debtor.

By: **Builders Plumbing & Heating Supply Company, an Illinois corporation**

By: _____
Steve Kogan, President and Secretary

I declare under penalty of perjury
that the foregoing is true and correct.

CHGO1:30381828.v1

Vendor Addr A Co1.txt

SHEARER CO
PO BOX 32575
LOUISVILLE, KY 40232-2575

AA THREAD SEAL TAPE INC
1275 KYLE CT
WAUCONDA, IL 60084

ABLE DISTRIBUTORS
2859 CENTRAL ST
PMB 144
EVANSTON, IL 60201

S J ABRAMS & CO                01
6676 N LINCOLN
LINCOLNWOOD, IL 60645

ACORN ENGINEERING CO           01
PO BOX 3527
CITY OF INDUSTRY, CA 91744-0527

ADDED SALES CO                 01
1875 GREENLEAF AVE
ELK GROVE VILLAGE, IL 60007

AGA GAS CENTRAL                01
PO BOX 802807
CHICAGO, IL 60680-2807

ALGOR SUPPLY                   01
5220 W CERMAK RD
CICERO, IL 60650

AMES COMPANY
DEPT LA 21280
PASADENA, CA 91185-1280

AMERICAN SAW & MFG CO
P O BOX 84-5836
BOSTON, MA 02284-5836

AMERICAN WALL TIE CO           01
2711-13 W LAKE ST
CHICAGO, IL 60612

AMTEKCO INDUSTRIES INC
DEPT 671
COLOMBUS, OH 43265

Vendor Addr A Co1.txt

ANDERSON METALS CORP          01
1701 SOUTHERN ROAD
P.O. BOX 34200
KANSAS CITY, MO 64120-4200

ARAMARK UNIFORM SERVICES
11200 DECIMAL DR
LOUISVILLE, KY 40299

ARROWHEAD BRASS PRODUCTS
5147 ALHAMBRA AVE
LOS ANGELES, CA 90032

ASAHI AMERICA               01
PO BOX 845100
BOSTON, MA 02284-5100

HYDROMATIC PUMP
PO BOX 277333
ATLANTA, GA 30384-7333

COOPER B-LINE INC
3838 COLLECTION CENTER DR
CHICAGO, IL 60693

BASCO                       01
LOCATION 0504
CINCINNATI, OH 45264-0504

BEMIS MFG CO
DEPARTMENT 100
PO BOX 2088
MILWAUKEE, WI 53201

BLACK SWAN MFG CO           01
4540 W THOMAS ST
CHICAGO, IL 60651

BLACKBURN MANUFACTURING CO  01
P O BOX 86
NELIGH, NE 68756

BOBRICK WASHROOM EQUIPMENT   01
PO BOX 513172
LOS ANGELES, CA 90051-1172

BOOTZ PLUMBINGWARE CO

Vendor Addr A Co1.txt

PO BOX 18010
EVANSVILLE, IN 47719-1010

BORNQUIST INC                01
135 S LASALLE ST
DEPT 4539
CHICAGO, IL 60674-4539

BROAN MANUFACTURING
135 S LASALLE
DEPT 4641
CHICAGO, IL 60674-4641

BROWNING FERRIS INDUSTRIES  01
PO BOX 9001208
LOUISVILLE, KY 40290-1208

CONNECTICUT STAMPING & BENDING
PO BOX 1600
NEW BRITAIN, CT 06050-1600

CANTERBURY ENTERPRISES
120 N JOY STREET
CORONA, CA 92879-1561

CAR LEASING INC
7100 N RIDGEWAY
LINCOLNWOOD, IL 60712

CARROLL APPLIANCE SERVICE   01
3225 ROANOKE
KANSAS CITY, MO 64111

CARSON INDUSTRIES INC
PO BOX 99697
CHICAGO, IL 60690

CENTOCO MFG CORPORATION
PO BOX 32872
DETROIT, MI 48232-0872

CERRO COPPER PRODUCTS INC
PO BOX 96349
CHICAGO, IL 60693-6349

C H F S INC
102 E 22ND STREET
CHICAGO HEIGHTS, IL 60411

Vendor Addr A Co1.txt

T CHRISTY ENTERPRISES
655 EAST BALL RD
ANAHEIM, CA 92805-5910

CHRONOMITE LABS               01
1420 W 240TH STREET
HARBOR CITY, CA 90710

CITGO PETROLEUM CORP          01
PO BOX 659590
SAN ANTONIO, TX 78265

COLUMBIA PIPE & SUPPLY
135 S LASALLE STREET
DEPT 1209
CHICAGO, IL 60674-1209

COMMUNITY HOME SUPPLY INC
3924 NORTH LINCOLN AVE
CHICAGO, IL 60613

CONTROLLED ENERGY CORP
FIDDLER'S GREEN
340 MAD RIVER PARK
WAITFIELD, VT 05673

S K  CULVER CO                01
926 NORTH CLARK ST
CHICAGO, IL 60610

CUNO INC                      01
DEPT CH 10370
PALATINE, IL 60055

CUTLER SALES CO               01
126 S. CENTRAL
WOODDALE, IL 60191

DAWN INDUSTRIES INC           01
5055 WEST 58TH AVE
ARVADA, CO 80002

DELTA FAUCET CO
PO BOX 66107
INDIANAPOLIS, IN 46266

F W DODGE DIVISION

Vendor Addr A Co1.txt

```
PO BOX 75946
CHICAGO, IL 60675

DUPAGE SECURITY SOLUTIONS INC
603 SOUTH ADDISON RD.
ADDISON, IL 60101

DWYER INSTRUMENTS INC
PO BOX 338
MICHIGAN CITY, IN 36361

EAST END PLUMBING SUPPLY      01
PO BOX 991243
JEFFERSONTOWN, KY 40269-1243

EXCELSIOR MFG & SUPPLY CORP
135 S LASALLE
DEPT 1846
CHICAGO, IL 60674-1846

FERGUSON ENTERPRISES          01
P O BOX 9406
HAMPTON, VA 23670-0406

FERNCO INC
DEPT # 77099
P O BOX 77000
DETROIT, MI 48277

FILTRINE MANUFACTURING CO     01
15 KIT STREET
KEENE, NH 03450

FLO CONTROL INC
C/O NATIONAL DIVERSIFIED SALES
SDS-12-1701
PO BOX 86
MINNEAPOLIS, MN 55486-1701

FREEDOM PLASTICS
135 S LASALLE
DEPT 2812
CHICAGO, IL 60674-2812

G & K SERVICES                01
PO BOX 12646
GREENBAY, WI 54307
```

Vendor Addr A Co1.txt

GENERAL WIRE SPRING CO        01
1101 THOMPSON AVE
MCKEES ROCKS, PA 15136


MAX GERBER INC               01
2293 MILWAUKEE AVE
CHICAGO, IL 60647


GLENDALE SUPPLY CO
6066 NORTH 76TH STREET
MILWAUKEE, WI 53218


GOLD COAST FREIGHTWAYS INC   01
12250 NW 28TH AVE
MIAMI, FL 33167


GOSS INC                     01
P.O. BOX 57
1511 ROUTE 8
GLENSHAW, PA 15116


GUARDIAN EQUIPMENT           01
660 NORTH UNION STREET
CHICAGO, IL 60610


HAJOCA CORPORATION           01
PO BOX 52171
PHOENIX, AR 85072


HAMMOND VALVE CO             01
135 S LASALLE
DEPT 1864
CHICAGO, IL 60674-1864


HANCOR                       01
PO BOX 92305-N
CLEVELAND, OH 44193


IRRITROL SYSTEMS
PO BOX 96368
CHICAGO, IL 60693-6368


THE HARRINGTON CORP          01
PO BOX 10335
LYNCHBURG, VA 24506


WILLIAM H HARVEY CO          01
4334 SOUTH 67TH STREET

Vendor Addr A Col.txt

OMAHA, NE 68117

HICO FLEX BRASS CO          01
931 WEST 19TH ST.
CHICAGO, IL 60608

IPS CORPORATION
PO BOX 6070
BOSTON, MA 02212-6070

IN SINK ERATOR DIVISION
P O BOX 101409
ATLANTA, GA 30392-1409

JACKEL INC
15314 HARRISON ROAD
PO BOX 96
MISHAWAKA, IN 46545

JACUZZI WHIRLPOOL BATH
PO BOX 96061
CHICAGO, IL 60693-6061

JEBCO MARKETING INC          01
8020 VINE CREST AVENUE
SUITE #2
LOUISVILLE, KY 40222

JIM JOLLY SALES          01
3571 PERSIMMON DR
ALQUONQUIN, IL 60102

JOMAR INTERNATIONAL
P O BOX 33321
DRAWER 0081
DETROIT, MI 48232-5321

JUST MFG CO
DEPT. 77-6651
CHICAGO, IL 60678-6651

K & B GALLERIES LTD
333 ANTHONY TRAIL
NORTHBROOK, IL 60062

KAST MARKETING          01
501 INDUSTRIAL DRIVE
BENSENVILLE, IL 60106

Vendor Addr A Co1.txt

KEMPER SALES & ASSOCIATES     01
100 KEMPER DRIVE
NICHOLASVILLE, KY 40356

ABE KOGAN                     01
9100 KOLMAR AVE
SKOKIE, IL 60076

STEVE KOGAN                   01
1526 SUMTER DRIVE
LONG GROVE, IL 60047

KOHLER COMPANY
PO BOX 91283
CHICAGO, IL 60693

LEE BRASS COMPANY             01
PO BOX 640392
CINCINNATI, OH 45264-0392

LEONARD VALVE CO              01
1360 ELMWOOD AVE
PO BOX 9974
CRANSTON, RI 02910-0974

LITTLE GIANT PUMP CO          01
DEPT #960005
OKLAHOMA CITY, OK 73196-0005

LOUISVILLE WINLECTRIC CO      01
4207 BUNTON RD
LOUISVILLE, KY 40213

MARCO PRODUCTS CO             01
P O BOX 9211
SYLMAR, CA 91392-9211

T MATERA & ASSOCIATES
1403 CENTRE CIRCLE
DOWNERS GROVE, IL 60515

MCGUIRE MANUFACTURING
PO BOX 746
CHESHIRE, CT 06410

MID AMERICA WATER TREATMENT
2015 LAKE ST

Vendor Addr A Co1.txt

HANOVER PK, IL 60103

MID CONTINENT MARKETING        01
1724 ARMITAGE CT
ADDISON, IL 60101

MIDWEST SUPPLY CO              01
1 SOUTH PARK RD
JOLIET, IL 60432

MILLER SALES                  01
340 S LOMBARD RD
ADDISON, IL 60101

MILWAUKEE ELECTRIC TOOL
4844 COLLECTION CENTER DR
CHICAGO, IL 60693

MINCRON SBC BELT              01
333 N SAM HOUSTON PARKWAY EAST
SUITE 1100
HOUSTON, TX 77060

MISSION RUBBER CO INC         01
FILE 55414
LOS ANGELES, CA 90074-5414

MOEN DIVISION
75 REMITTANCE DRIVE
SUITE #1439
CHICAGO, IL 60675-1439

MUELLER STREAMLINE CO
DEPT 1774
135 S LASALLE
CHICAGO, IL 60674-1774

MULTI FITTING CORPORATION
PO BOX 93860
CHICAGO, IL 60673-3860

E L MUSTEE & SONS INC
P.O. BOX 70489-T
CLEVELAND, OH 44190

NAK PEST CONTROL              01
5860 NORTH LINCOLN AVE
CHICAGO, IL 60659

Vendor Addr A Co1.txt

NATIONAL DIVERSIFIED SALES   01
SDS-12-1701
P O BOX 86
MINNEAPOLIS, MN 55486-1701

NATIONAL FIBERGLASS
5 GREENWOOD AVE
ROMEOVILLE, IL 60441

NATIONAL PLUMBING & HEATING
SUPPLY INC
500 N THIRD ST
LIBERTYVILLE, IL 60048

THE NOBLE CO
P O BOX 350
GRAND HAVEN, MI 49417-0350

NORTON MCMURRAY MANUFACTURING
P O BOX 588
GENEVA, IL 60134

NU PAK OF NEW ORLEANS     01
PO BOX 862
WAYZATA, MN 55391

NU WARE                   01
205 E BUTTERFIELD RD
ELMHURST, IL 60126

OAKTON DISTRIBUTORS INC
125 EAST OAKTON
DES PLAINES, IL 60018

OASIS INDUSTRIES INC
DEPT 77-6608
CHICAGO, IL 60678-6608

OATEY CO                  01
PO BOX 92138
MAIN POST OFFICE
CLEVELAND, OH 44191

OETIKER INC
3305 WILSON ST
PO BOX 217
MARLETTE, MI 48453

Vendor Addr A Co1.txt

OIL CREEK PLASTICS          01
EAST TITUSVILLE RD
P O BOX 385
TITUSVILLE, PA 16354

OLSONITE CORP              01
PO BOX 931736
ATLANTA, GA 31193-1736

ONDINE                     01
665 N BALDWIN PARK BLVD
CITY OF INDUSTRY, CA 91746

ORKIN EXTERMINATING CO     01
P.O. BOX 19833
INDIANAPOLIS, IN 46219

ORION FITTINGS             01
PO BOX 87-4550
KANSAS CITY, MO 64187-4550

OVERNITE TRANSPORTATION
PO BOX 79755
BALTIMORE, MD 21279-0755

P M & ASSOCIATES INC
13095 PARKSIDE DRIVE
FISHERS, IN 46038

PACKAGED CONCRETE INC
1S950 S LORANG RD
ELBURN, IL 60119

PAIGE ELECTRIC CORP        01
1160 SPRINGFIELD RD
PO BOX 368
UNION, NJ 07083

PAIGE PERSONNEL            01
PO BOX  88645
CHICAGO, IL 60680-1645

PARKSITE INC
33170 TREASURY CENTER
CHICAGO, IL 60694-0310

PASCO SPECIALTY & MFG INC

Vendor Addr A Co1.txt

11156 WRIGHT ROAD
PO BOX 1747
LYNWOOD, CA 90262

PENSKE TRUCK LEASING
PO BOX 802577
CHICAGO, IL 60680-2577

PLASTIC TRENDS INC
21319 NETWORK PLACE
CHICAGO, IL 60673-1213

PORCHER LTD
6615 W BOSTON STREET
CHANDLER, AZ 85226

PORTER PIPE & SUPPLY CO
35049 EAGLE WAY
CHICAGO, IL 60678-1350

POSTMASTER ADDISON
175 S LINCOLN
ADDISON, IL 60101-9998

PRINTEX DESIGNS INC
730 CREEL DRIVE
WOOD DALE, IL 60191-2608

RCI SALES & MARKETING INC    01
2860 MITTHOEFFER PLACE
INDIANAPOLIS, IN 46229

RADIATOR SPECIALTY
PO BOX 65189
CHARLOTTE, NC 28265

RAIN MASTER IRRIGATION SYSTEMS
3910 B ROYAL AVENUE
SIMI VALLEY, CA 93063

T G RANKIN CO INC
233 CHESTERFIELD IND BLVD
CHESTERFIELD, MO 63017

RECTORSEAL CORP
PO BOX 973957
DALLAS, TX 75397-3957

Vendor Addr A Co1.txt

REED MFG                        01
1425 W 8TH ST
PO BOX 1321
ERIE, PA 16512

REPCO ASSOCIATES INC           01
1277 RAND ROAD
DES PLAINES, IL 60016

RHEEM MFG CO
PO BOX 91595
CHICAGO, IL 60693

RICHARD SPECIALTY CO
4917-19 W BELMONT
CHICAGO, IL 60641

RIDGE TOOL
PO BOX 70327
CHICAGO, IL 60673

RIDDILE & ASSOCIATES
2818 CENTRE CIRCLE DR
DOWNERS GROVE, IL 60515

ROBERT MANUFACTURING CO        01
DEPARTMENT 2668
LOS ANGELES, CA 90084-2668

ROCKFORD SANITARY SYSTEMS
P.O. BOX 5963
ROCKFORD, IL 61125

ROSE EXTERMINATOR              01
19 W 050 NORTH AVE
LOMBARD, IL 60148

ROYAL PIPE & SUPPLY CO         01
2305 LAKE ST.
BOX 1010
MELROSE PARK, IL 60160

SEMINOLE TUBULAR PRODUCTS      01
9208 JEFFREY DRIVE
CAMBRIDGE, OH 43725

J A SEXAUER                    01
P.O. BOX 1000

Vendor Addr A Co1.txt
WHITE PLAINS, NY 10602

SHADCO INC                      01
13159 MIDDLESTOWN INDUSTRIAL
SUITE G
LOUISVILLE, KY 40223-4773

THE SHAPES COMPANY              01
1500 MIDWAY COURT W-2
ELK GROVE VILLAGE, IL 60007

SHILVOCK CO INC                 01
2226 MILWAUKEE AVE
CHICAGO, IL 60647

SHORR PAPER PRODUCTS            01
PO BOX 6800
AURORA, IL 60598-0800

SIOUX CHIEF MFG CO INC
12626 COLLECTIONS CENTER DR
CHICAGO, IL 60693

SLOAN VALVE CO
PO BOX 98931
135 S LASALLE
DEPT 3761
CHICAGO, IL 60674-3761

C D SPARLING CO.                01
498 FARMER STREET
PLYMOUTH, MI 48170

SPEAKMAN COMPANY                01
P.O. BOX 191
WILMINGTON, DE 19899

LSP PRODUCTS GROUP
PO BOX 971440
DALLAS, TX 75397-1440

STANZI SIMMS
31 KING STREET
ELK GROVE, IL 60007

STERLING PLUMBING GROUP
PO BOX 91283
CHICAGO, IL 60693

Page 14

Vendor Addr A Co1.txt

```
SUBURBAN GAS SERVICE          01
207 MAIN ST
ROUNDLAKE PARK, IL 60073


SUNROC COMPANY               01
135 S LASALLE
DEPT 1040
CHICAGO, IL 60674-1040


SUPERIOR CONTROLS            01
24950 AVE KEARNY
VALENCIA, CA 91355


SWAN CORP                    01
PO BOX 17481
ST.LOUIS, MO 63178


TBA INC                      01
PO BOX 500
LOUISVILLE, KY 40289


T & S BRASS & BRONZE WORKS INC
PO BOX 601161
CHARLOTTE, NC 28260-1161


TAPE PRODUCTS COMPANY        01
P O BOX 641510
CINCINNATI, OH 45264-1510


TARACORP INDUSTRIES INC      01
DEPT G168
P O BOX 530111
ATLANTA, GA 30353-0111


THERMOGAS CO OF INDIANAPOLIS
P.O. BOX 47207
INDIANAPOLIS, IN 46247


TJERNLUND PRODUCTS INC       01
1601 9TH STREET
WHITE BEAR LK, MN 55110


TOUCH FLO MANUFACTURING
59 E ORANGE GROVE
BURBANK, CA 91502


TRIM TO THE TRADE
```

Vendor Addr A Co1.txt

72234 CORPORATE WAY
THOUSAND PALMS, CA 92276

TYLER PIPE INDUSTRIES
PO BOX 12530
CHICAGO, IL 60693

UNITED PARCEL SERVICE        01
P O BOX 505820
THE LAKES, NV 88905-5820

US BRASS                     01
7479 COLLECTIONS CENTER DR
CHICAGO, IL 60693

W R WALLIN & ASSOCIATES
23W 121 KINGS CT
GLEN ELLYN, IL 60137

WALTON OFFICE SUPPLY         01
503 W. TAFT DRIVE
SOUTH HOLLAND, IL 60473

WARD MANUFACTURING INC       01
PO BOX 7777
PHILADELPHIA, PA 19175-2071

WAREHOUSE DIRECT             01
1601 W. ALGONQUIN RD.
MT. PROSPECT, IL 60056

WATCO MANUFACTURING CO
P O BOX 5811
DENVER, CO 80217-5811

WATTS REGULATOR CO           01
815 CHESTNUT ST
NORTH ANDOVER, MA 01845-6098

WEATHER TEC CORP             01
5645 E CLINTON AVE
FRESNO, CA 93727

WELDING & THERAPY SERVICE    01
5010 CRITTENDEN DR
LOUISVILLE, KY 40213

WHEELER DIV OF REX INT'L INC

Vendor Addr A Col.txt

3744 JEFFERSON RD NO
PO BOX 688
ASHTABULA, OH 44004

ZOELLER CO
SECTION 566
LOUISVILLE, KY 40289

ZURN INDUSTRIES            01
7777 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

JANI KING                 01
1701 E WOODFIELD RD
#1100
SCHAUMBURG, IL 60173

ADT SECURITY SYSTEMS      02
PO BOX 70120
CHICAGO, IL 60670

ALSONS CORPORATION
42 UNION STREET
HILLSDALE, MI 49242

CHICAGO FAUCET COMPANY
PO BOX 71489
CHICAGO, IL 60694-1489

CHICAGO MESSENGER SERVICE  02
3188 EAGLE WAY
CHICAGO, IL 60678-1318

CROWN EQUIPMENT CORP
PO BOX 641173
CINCINNATI, OH 45264-1173

HINCKLEY & SCHMITT        02
6055 SO. HARLEM AVE.
CHICAGO, IL 60638

IBM
91222 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-1222

LYSE CONSTRUCTION INC     02
23715 W DEER CHASE LANE
NAPERVILLE, IL 60564

Page 17

Vendor Addr A Co1.txt

SOUTHWEST PIPE & SUPPLY CO
3490 RECKER HWY
WINTER HAVEN, FL 33830


U LINE CORP                02
2200 S LAKESIDE DRIVE
WAUKEGAN, IL 60085


YELLOW FREIGHT             02
PO BOX 77951
DETROIT, MI 48277


ALLIED BRASS MANUFACTURING CO
PO BOX 160
PRINCE STREET STATION
NEW YORK, NY 10012


BAKER MFG CO
133 ENTERPRISE ST
EVANSVILLE, WI 53536


BARCLAY PRODUCTS LTD
4000 PORETT DRIVE
GURNEE, IL 60031


BLACK & DECKER             03
PO BOX 91330
CHICAGO, IL 60693


BECK MANUFACTURING INC
9170 MOLLY PITCHER HIGHWAY
P O BOX 760
GREENCASTLE, PA 17225


BRADLEY CORPORATION
BIN NO 53066
MILWAUKEE, WI 53288


BRASS CRAFT MFG
DEPT 77241
PO BOX 77000
DETROIT, MI 48277-0241


BURNHAM CORP
PO BOX 360762
PITTSBURGH, PA 15251-6762

Vendor Addr A Co1.txt

```
CAMPBELL MANUFACTURING INC   03
SPRING & RAILROAD ST
PO BOX 207
BECHTELSVILLE, PA 19505


CAMCO MFG INC              03
P O BOX 60266
CHARLOTTE, NC 28260-0266


E & G APPLIANCE CO         03
1435 LAWNDALE
DETROIT, MI 48209


GEBERIT MANUFACTURING
36413 TREASURY CENTER
CHICAGO, IL 60694-6400


HONEYWELL INC             03
ECC CONTROL PRODUCTS
12623 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


L D KICHLER CO
PO BOX 71-3233
COLUMBUS, OH 43271-3233


MALCO PRODUCTS INC
SDS-12-2316
PO BOX 86
MINNEAPOLIS, MN 55486-2316


METROPOLITAN INDUSTRIES INC
37 FORESTWOOD DRIVE
ROMEOVILLE, IL 60446


NIBCO INCORPORATED
PO BOX 101441
ATLANTA, GA 30392-1441


PITNEY BOWES             03
P O BOX 856390
LOUISVILLE, KY 40285-6390


PLASTIC ODDITIES         03
PO BOX 530103
DEPT NC00070
ATLANTA, GA 30353-0103
```

Vendor Addr A Col.txt
03

SMEDBO INC
P.O. BOX 781
HIGHLAND PARK, IL 60035

WOODFORD MFG
P O BOX 172368
DENVER, CO 80217-2368

BRASSTECH INC
2001 E CARNEGIE AVENUE
SANTA ANA, CA 92705-5573

CANFIELD TECHNOLOGIES INC
DEPT 78090
P O BOX 78000
DETROIT, MI 48278-0090

CREATIVE INDUSTRIES
P.O. BOX 47649
CHICAGO, IL 60647

DUPAGE INDUSTRIES INC
381 BEINORIS DR
WOOD DALE, IL 60191

ELKAY MFG
PO BOX 73606
CHICAGO, IL 60673-7606

FLUID MASTER INC
FILE 56475
LOS ANGELES, CA 90074-6475

GERBER PLUMBING FIXTURES INC
135 S LASALLE ST
DEPT 3297
CHICAGO, IL 60674-3297

J W HARRIS CO INC
10930 DEERFIELD ROAD
CINCINNATI, OH 45242

HAWS CORPORATION
DEPT 44739
PO BOX 44000
SAN FRANCISCO, CA 94144-4739

HUBBARD ENTERPRISES

Vendor Addr A Col.txt

393 ENTERPRISE ST
SAN MARCOS, CA 92069

LACO INDUSTRIES
PO BOX 97650
CHICAGO, IL 60678-7650

LASCO BATHWARE
8101 E KAISER BLVD
ANAHEIM, CA 92808

LIPPERT CORP
PO BOX 1030
MENOMONEE FALLS, WI 53052

POWERS PROCESS CONTROLS
PO BOX 60645
CHARLOTTE, NC 28260-0645

MANSFIELD PLUMBING PRODUCTS
PO BOX 790004
ST LOUIS, MO 63179

PRICE PFISTER INC
12343 COLLECTIONS CENTER DR
CHICAGO, IL 60693

A O SMITH
12024 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

SPESCO INC                    04
52 MARKS RD
VALPARAISO, IN 46383

SYMMONS INDUSTRIES INC        04
PO BOX 3342
BOSTON, MA 02241

AF SUPPLY CORP                05
942 LAFAYETTE AVENUE
BROOKLYN, NY 11221

ADVANCED DRAINAGE SYSTEMS     05
PO BOX 400049
PITTSBURGH, PA 15268-0049

AMERICAN WHIRLPOOL PRODUCTS

Vendor Addr A Co1.txt

3050 NORTH 29TH COURT
HOLLYWOOD, FL 33020

ANVIL INTERNATIONAL INC
DEPT CH 10414
PALATINE, IL 60055

BOW INDUSTRIAL CORP          05
P O BOX 84-5692
BOSTON, MA 02284-5692

BRIGGS PLUMBING PRODUCTS
300 EAGLE DRIVE
ATTN BETH LAMB
GOOSE CREEK, SC 29445

CHEMIQUE INC                 05
315 WASHINGTON AVE
MOORESTOWN, NJ 08057

CHURCH SEAT CO
ACCOUNTS RECEIVABLE
BIN 88383
MILWAUKEE, WI 53288-0383

CONBRACO INDUSTRIES          05
PO BOX 60034
CHARLOTTE, NC 28260

CRANE PLUMBING
135 S LASALLE
DEPT 3319
CHICAGO, IL 60674-3319

FEDERAL PROCESS CORPORATION
P O BOX 73549-N
CLEVELAND, OH 44193-0904

F & W FLINT & WALLING
SECTION 686
LOUISVILLE, KY 40289

GLENDALE SUPPLY CO           05
3618 LEXINGTON AVE
MADISON, WI 53714

GROHE AMERICA INC
PO BOX 99249

Page 22

Vendor Addr A Col.txt

CHICAGO, IL 60693

HALSEY TAYLOR                05
PO BOX 9001
OAK BROOK, IL 60521

IRON AGE CORPORATION
PO BOX 1449
PITTSBURGH, PA 15230-1449

J & J SALES                  05
1976 CONGRESSIONAL
ST LOUIS, MO 63146

K RAIN MANUFACTURING CO
1640 AUSTRALIAN AVE
RIVIERA BEACH, FL 33404

KEENEY MANUFACTURING CO
PO BOX 847014
BOSTON, MA 02284-7014

KING BROS INDUSTRIES         05
27781 AVENUE HOPKINS
VALENCIA, CA 91355

LAKE CHEMICAL CO             05
P.O. BOX 97786
CHICAGO, IL 60690

LAVELLE INDUSTRIES INC
PO BOX 78215
MILWAUKEE, WI 53278-0215

LOCHINVAR WATER HEATER CORP
300 MADDOX SIMPSON PARKWAY
LEBANON, TN 37090

MATCO NORCA INC
PO BOX 27
ROUTE 22
BREWSTER, NY 90509

NACM INC
PO BOX 22827
TAMPA, FL 33622

L R NELSON CORPORATION       05

Vendor Addr A Co1.txt

PO BOX 95805
CHICAGO, IL 60694

RAIN BIRD CORPORATION
FILE 95001
LOS ANGELES, CA 90074-9500

SENNINGER IRRIGATION INC
6416 OLD WINTER GARDEN RD
ORLANDO, FL 32811

JAY R SMITH MFG
PO BOX 102640
ATLANTA, GA 30368-0640

SPEARS MANUFACTURING CO
PO BOX 54988
LOS ANGELES, CA 90054-0988

SPEC TEC SALES INC
PO BOX 547967
ORLANDO, FL 32584-7967

THOMPSON PLASTICS
P.O. BOX 17133
HUNTSVILLE, AL 35810

VANGUARD INDUSTRIES INC
P O BOX 841586
DALLAS, TX 75284-1586

VICTOR EQUIPMENT CO            05
22037 NETWORK PLACE
CHICAGO, IL 60673-1220

WHEATLAND TUBE CO
PO BOX 92690
CHICAGO, IL 60675

WILKINS REGULATOR             05
FILE #7493
LOS ANGELES, CA 90074-7493

KDA
133 S RT 53
ADDISON, IL 60101

GREATER INDIANAPOLIS PHCC

Vendor Addr A Co1.txt

1255 W SUMNER AVE
INDIANAPOLIS, IN 46217

AMERICAN GRANBY INC
1111 VINE STREET
LIVERPOOL, NY 13088

HIRSCH PIPE & SUPPLY
14949 OXNARD STREET
VAN NUYS, CA 91411

DEERY PARDUE & ASSOCIATES
1000 INDUSTRIAL DR
UNIT 2A
BENSENVILLE, IL 60106-1260

KING INNOVATION
P O BOX 771580
ST LOUIS, MO 63177

ACCURATE INDUSTRIES
PO BOX 624
WHEELING, IL 60090

CHAMPION IRRIGATION
P O BOX 30967
LOS ANGELES, CA 90030-0967

STA RITE INDUSTRIES
P O BOX 95389
CHICAGO, IL 60694

A K INDUSTRIES INC
P.O. BOX 640
PLYMOUTH, IN 46563-0640

ACCOR TECHNOLOGY
337 EAST PENNY ROAD
WENATCHEE, WA 98801

GRAINGER
PO BOX 419267
DEPT 136-821575164
KANSAS CITY, MO 64141-6267

MUELLERMIST IRRIGATION
2612 S 9TH AVE
PO BOX 6307

Vendor Addr A Co1.txt

BROADVIEW, IL 60153

R C SALES & SERVICE INC
2476 WISCONSIN
DOWNERS GROVE, IL 60515

HARVEY M KOGAN
8836 LOWELL
SKOKIE, IL 60076

GLOBAL EQUIPMENT CO
22 HARBOR PARK DRIVE
PORT WASHINGTON, NY 11050-4682

ANAHEIM MANUFACTURING
21500 network place
CHICAGO, IL 60673-1215

DURA PLASTIC PRODUCTS INC
533 EAST THIRD STREET
PO BOX 2097
BEAUMONT, CA 92223

FEDEX FREIGHT
4103 COLLECTION CENTER DR
CHICAGO, IL 60693

JOSAM CO
PO BOX 820667
PHILADELPHIA, PA 19182-0667

BELVEDERE COMPANY
P.O. BOX 689893
MILWAUKEE, WI 53268-9893

OSI SEALANTS INC
2035 RELIABLE PARKWAY
CHICAGO, IL 60686

CONWAY CENTRAL EXPRESS
PO BOX 642080
PITTSBURGH, PA 15264-2080

PLUMBERS SUPPLY CO INC
3849 E RAMOND ST
PO BOX 35519
INDIANAPOLIS, IN 46203

Vendor Addr A Co1.txt

SANDERSON PLUMBING PROD INC
BENEKE
PO BOX 1367
COLUMBUS, MS 39703


RUNTAL NORTH AMERICA INC
PO BOX 8278
WARD HILL, MA 01835-0778


ENVIRONMENTAL ENGINEERING
701 S. 1ST AVE
ARCADIA, CA 91006


THRIFT MARKETING
P.O. BOX 2529
SHAWNEE MISSION, KS 66201


SHEET METAL WORKS
420 S LIVELY BLVD
ELK GROVE, IL 60007


WAL-RICH CORPORATION
97-36 43RD AVENUE
CORONA, NY 11368


CINTAS CORPORATION
2222 VONDRON ROAD
MADISON, WI 53704


ACUDOR ACCESS DOORS INC
6 GLORIA LANE
FANFIELD, NJ 07004


D & M SALES INC
P O BOX 1921
MELROSE PARK, IL 60161-1921


PEERLESS POTTERY
PO BOX 145
ROCKPORT, IN 47635


HELSEL - JEPPERSON
PO BOX 310
GLENDALE HEIGHTS, IL 60412-0310


QUALITY PIPE PRODUCTS INC
13201 HANCOCK DR
TAYLOR, MI 48180

Vendor Addr A Co1.txt

```
NETAFIM IRRIGATION INC
5470 E HOME AVE
FRESNO, CA 93727


ZIEBELL
2001 PRATT
ELK GROVE VILLAGE, IL 60007


AG PRODUCTS
5001 EAST PHILADELPHIA
PO BOX 3760
ONTARIO, CA 91761


THE SOURCE
PO BOX 267
PLEASANTON, CA 94566


IODON INC.
18610 JOHN STREET
COUNTRY CLUB HILLS, IL 60478


J M MANUFACTURING CO INC
7066 COLLECTION CENTER DR
CHICAGO, IL 60693


AMERICAN OVERHEAD DOOR
8418 E 33RD STREET
INDIANAPOLIS, IN 46226


C J SMITH & ASSOCIATES INC
PO BOX 531073
INDIANAPOLIS, IN 46253


HOWARD'S PRODUCTS INC
231 S FRONTAGE ROAD
SUITE 14
BURR RIDGE, IL 60527


CHEVIOT PRODUCTS
200-1594 kebet way
PORT COQUITLAM BC
CANADA, .  V3C5M


RICK'S SIGNS/REPAIRS
PO BOX 115
FOX RIVER GROVE, IL 60021
```

Vendor Addr A Co1.txt

MYSON
1353 W NORWOOD
CHICAGO, IL 60660

GATCO INC
P O BOX 5058
SAN LEANDRO, CA 94577-0551

SUSSMAN AUTOMATIC CORPORATION
43-20 34TH STREET
LONG ISLAND CITY, NY 11101

SHAMROCK PLUMBING SALES CO
2850 N PULASKI
CHICAGO, IL 60641

HUNTER INDUSTRIES
PO BOX 751318
CHARLOTTE, NC 28275

WESTAFLEX INC
7120 CARROLL RD
SAN DIEGO, CA 92121

THERMA SOL
2255 UNION PLACE
SIMI VALLEY, CA 93065

WATERWARE LUXURY PLUMBING PRO
1829 S STATE STREET
CHICAGO, IL 60616

BIG FOOT MANUFACTURING CO
1480 POTTHOFF
CADILLAC, MI 49601

BECKSON INDUSTRIAL PRODUCTS
BOX 468
GUILFORD, CT 06437

HONEYWELL INC
CREDIT MANAGER MN10-1466
1985 DOUGLAS DRIVE NORTH
GOLDEN VALLEY, MN 55422

TRANS UNION
444 N MICHIGAN
CHICAGO, IL 60611

Vendor Addr A Co1.txt

V I T PRODUCTS INC
2063 WINERIDGE PLACE
ESCONDIDO, CA 92029

AMIAD FILTRATION SYSTEMS
P.O. BOX 5547
oxnard, CA 93031-5547

CONCINNITY
35 MELVILLE PARK ROAD
MELVILLE, NY 11747

LEGEND VALVE & FITTING INC
51245 FILOMENA DR
SHELBY TOWNSHIP, MI 48315

HALLEN PRODUCTS LTD
4090 RYAN RD
SUITE A
GURNEE, IL 60031

DIVERSITECH
PO BOX 930672
ATLANTA, GA 31193

CORAL INDUSTRIES
PO BOX 3208
TUSCALOOSA, AL 35404

CONTINENTAL INDUSTRIES
DEPARTMENT 90
TULSA, OK 74182

HENNIG GASKET & SEALS INC
2350 W CULLERTON STREET
CHICAGO, IL 60608

RIBACK SUPPLY
P.O. BOX 937
COLUMBIA, MO 65205

PALMER JOHNSON DISTRIBUTORS
PO BOX 689704
MILWAUKEE, WI 53268-9704

MODINE MANUFACTURING CO
1500 DEKOVEN AVENUE

Vendor Addr A Co1.txt

RACINE, WI 53403

AMEREC PRODUCTS
PO BOX 2258
WOODINVILLE, WA 98072

LUCZAK SALES INC
1128 TOWER ROAD
SCHAUMBURG, IL 60173-4306

LOGANS
PO BOX 729
SHELBYVILLE, KY 40066

MANUFACTURERS MARKETING INC
17225 WESTFIELD PARK DRIVE
WESTFIELD, IN 46074-9537

TRANSITIONAL SYSTEMS MFG
PO BOX 3449
YUBA CITY, CA 95992

V & H SALES CO INC
PO BOX 630
LA GRANGE, IL 60525

GE CAPITAL
PO BOX 94578
CLEVELAND, OH 44101-4578

FORD MOTOR CREDIT
PO BOX 88306
CHICAGO, IL 60680

TMP WORLDWIDE
PO BOX 170400
GLENDALE, WI 53217-8091

AMERICAN BRASS & ALUMINUM
2060 GARFIELD AVE
CITY OF COMMERCE, CA 90040-1804

DIVERSEY CORP
SUITE 1200
255 E 5TH STREET
CINCINNATI, OH 45202

AMERICAN FASTENER SUPPLY

Vendor Addr A Co1.txt

PO BOX 221186
LOUISVILLE, KY 40252

OPELLA INC
1150 COBB INTERNATIONAL PLACE
SUITE E
KENNESAW, GA 30152

SANTEC
3501 CHALLENGER STREET
TORRANCE, CA 90503

TOPP INDUSTRIES, INC.
HIGHWAY 25 NORTH
P.O. BOX 420
ROCHESTER, IN 46975

SPEED SCAN
135 S LASALLE ST
DEPT 6121
CHICAGO, IL 60674-6121

GLENTRONICS INC
1150 WILLIS AVENUE
WHEELING, IL 60090-5817

CLARION BATHWARE
44 AMSLER AVE
SHIPPENVILLE, PA 16254

AQUATIC ECO SYSTEMS
1767 BENBOW COURT
APOPKA, FL 32703

LIBERTY PUMPS
7000 APPLE TREE AVE
BERGEN, NY 14416

DUPAGE PRODUCTS GROUP
2250 CURTISS ST
DOWNERS GROVE, IL 60515

ROBERN
7 WOOD AVENUE
PO BOX 2145
BRISTOL, PA 19007-0365

LAMBRO INDUSTRIES INC

Vendor Addr A Co1.txt

PO BOX 367
115 ALBANY AVENUE
AMITYVILLE, NY 11701

PRIORITY MAIL & MESSENGER
P.O. BOX 66152
CHICAGO, IL 60666

FLEET SERVICES
P O BOX 390024
BOSTON, MA 02241-0924

VETERANS MESSENGER SERVICE INC
SLOT 302141
P O BOX 66973
CHICAGO, IL 60666-0973

LCC ASSOCIATES INC
12969 MAURER INDUSTERIAL DR
ST LOUIS, MO 63127

C S I DONNER
75 REMITTANCE DRIVE
SUITE 1590
CHICAGO, IL 60675-1590

EQUIGUARD INC
600 JOLIET RD
UNIT N
WILLOWBROOK, IL 60521

JONES STEPHENS CORP
DEPARTMENT 3200
PO BOX 2153
BIRMINGHAM, AL 35287-3200

THE MILL ROSE COMPANY
P O BOX 714323D
COLUMBUS, OH 43271-4323

CLAUDE LAVAL CORPORATION
1365 N CLOVIS AVE
FRESNO, CA 93727

BRAXTON HARRIS CO.
1417 COMMERCE BLVD.
ANNISTON, AL 36207

Vendor Addr A Co1.txt

MONTI & ASSOCIATES INC
P O BOX 866
ARLINGTON HEIGHTS, IL 60006-0866

HEIGHTS GLASS & MIRROR
1040 ENTRY DR
BENSENVILLE, IL 60106

RITCHIE ENGINEERING CO INC
10950 HAMPSHIRE AVE SOUTH
BLOOMINGTON, MN 55438-2623

PADDOCK PUBLICATIONS, INC.
P.O. BOX 280
ARLINGTON HEIGHTS, IL 60006

OASE PUMP COMPANY
400 E PARKRIDGE AVE
UNIT 101
CORONA, CA 92879

CIMATEC INC
810 PROCTOR AVENUE
INDUSTRIAL PARK BUILDING #3
OGDENSBURG, NY 13669

CARRY MANUFACTURING, INC.
1514 SOUTH KNIGHT ROAD
MUNGER, MI 48747

AQUARIUS DISTRIBUTORS
6950 51ST STREET
KENOSHA, WI 53144

WATERTRONICS
525 INDUSTRIAL DRIVE
HARTLAND, WI 53029

LAWN CARE BY WALTER
P.O. BOX 5037
ROCKFORD, IL 61125-0037

AMERICAN IDENTITY
P O BOX 214951
KANSAS CITY, MO 64141-4951

SPECIALTY SALES
615A SPIRIT OF ST. LOUIS BLVD

Vendor Addr A Col.txt

CHESTERFIELD, MO 63005

ALLIED PLBG & HTG
6949 W IRVING PARK RD
CHICAGO, IL 60634

JADO BATHROOM & HARDWARE
PO BOX 200368
DALLAS, TX 75320-0368

GALMAR ENTERPRISE
P O BOX 437
WILLOW SPRINGS, IL 60480

GENERAL FILTERS, INC.
43800 GRAND RIVER AVENUE
NOVI, MI 48375-1115

M COOPER SUPPLY INC
14680 LA GRANGE RD
ORLAND PARK, IL 60462

HOK SALES INC
500 EAST ST CHARLES RD
CAROL STREAM, IL 60188

CURNAYN SALES
2773 NATIONALWIDE PARKWAY N
BRUNSWICK, OH 44212

FILTRATION MFG INC
47 J FARIS DRIVE
ANDALUSIA, AL 36420

PRESCO PRODUCTS
P O BOX 226467
DALLAS, TX 75222-6467

BERMAD VALVE CO
4070 LEAVERTON CT
ANAHEIM, CA 92807

REMOTE CONTROL TECH
18342 REDMOND WAY B
REDMOND, WA 98052

TRI-CITY MFG
1410 E FULTON ST

Vendor Addr A Co1.txt

GRAND HAVEN, MI 49417

THOGUS PRODUCTS CO
33597 PIN OAK PARKWAY
AVON LAKE, OH 44012

RAINMAID MANUFACTURING
2248 S JASON STREET
DENVER, CO 80223

CHARTER PLASTICS
221 S PERRY ST
TITUSVILLE, PA 16354

BAVCO
20435 SOUTH SUSANA ROAD
LONG BEACH, CA 90810-1136

EMBASSY INDUSTRIES INC
300 SMITH ST
FARMINGDALE, NY 11735

THE TILE SHOP
11050 ST CHARLES ROCK RD
ST ANN, MO 63047

RHEEM MANUFACTURING
     WARRANTY ACCOUNT ONLY
., .  .

CONSERV FS
LOCKBOX 97791
CHICAGO, IL 60678-7791

ADVANTAGE KITCHEN & BATH
7850 N MILWAUKEE AVE
NILES, IL 60714

AQUA MASTER
DIVISION OF NIGRELLI SYSTEMS
BOX 88197
MILWAUKEE, WI 53288-0197

LANE VENT FAST
HIGHWAY 52
PO BOX 257
SAWYER, ND 58781

Vendor Addr A Co1.txt

RUBINET FAUCET COMPANY LIMITED
91 HAIST AVE
WOODBRIDGE
ONTARIO CANADA, .  L4L 5-5

JOHN J MORONEY & CO
6817 S HARLEM AVE
BEDFORD PARK, IL 60501

C P I MARKETING
3938 W CALUMET
MILWAUKEE, WI 53209

T G F ENTERPRISES
P O BOX 5915
VERNON HILLS, IL 60061

NEW YORKER BOILER COMPANY
PO BOX 371145
PITTSBURGH, PA 15251-7145

TOP MARKETING INC
SUITE 61-D
1010 E 86TH STREET
INDIANAPOLIS, IN 46240

JOHNSON MANUFACTURING CO
PO BOX 96
114 LOST GROVE ROAD
PRINCETON, IA 52768-0096

FUEL SYSTEMS LLC
DBA AFS
PO BOX 172
BERWYN, IL 60402

LINEWARD CORP
157 SENECA CREEK ROAD
BUFFALO, NY 14224

NIGHTSCAPING
1705 EAST COLTON AVE
REDLANDS, CA 92374

BAREBO INC
3840 MAIN ROAD EAST
EMMAUS, PA 18049



Vendor Addr A Co1.txt

GRAYBAR ELECTRIC CO
900 REGENCY DRIVE
GLENDALE HEIGHTS, IL 60139

TYTEWADD POWER FILTERS
704 W BATTLEFIELD ROAD
SPRINGFIELD, MO 65807

CLA-VAL COMPANY
PO BOX 1325
NEWPORT BEACH, CA 92663

CONNOR COMPANY
2800 N E ADAMS STREET
PEORIA, IL 61603-2806

INTERMATIC INC
PO BOX 92431
CHICAGO, IL 60675

RITRON INC
PO BOX 1998
505 WEST CARMEL DRIVE
CARMEL, IN 46032

HEEREN CO
P O BOX 4181
ROCK ISLAND, IL 61204-4181

CLARK SPRINKLER SUPPLY-IL
820 ESTES AVENUE
SCHAUMBURG, IL 60193

PARA SYSTEMS INC
1455 LEMAY DR
CARROLLTON, TX 75007

RAIN BIRD AGRI-PRODUCTS CO
FILE #95006
LOS ANGELES, CA 90074

REGENCY WIRE & CABLE
PO BOX 1000
DEPT 321
MEMPHIS, TN 38148-0321

SPRINGFIELD ELECTRIC
225 WEST WASHINGTON ST

Vendor Addr A Co1.txt

PO BOX 8070
EAST PEORIA, IL 61611

TRAVIS PATTERN & FOUNDRY INC
EAST 1413 HAWTHORNE ROAD
SPOKANE, WA 99207-0905

FISHER MFG
PO BOX 60
TULARE, CA 93275

DAYCO PRODUCTS INC
PO BOX 91895
CHICAGO, IL 60693

FLUSHMATE
DEPARTMENT 771273
PO BOX 77000
DETROIT, MI 48277-1273

KESSLER SUNBELT DISTRIBUTION
PO BOX 53009
NEWARK, NJ 07101

GREENLEE TEXTRON
P O BOX 71937
CHICAGO, IL 60694-1937

FERRELLGAS
10522 N 2ND STREET
MACHESNEY PARK, IL 61115

CAROLE INDUSTRIES
37 WEST FULLERTON AVE
ADDISON, IL 60101

GETZ FIRE EQUIPMENT CO
PO BOX 419
PEORIA, IL 61651-0419

TRANSOLID INC
BOX 68-5090
MILWAUKEE, WI 53268-5090

STAPLES OFFICE SUPPLIES
DEPT 82
PO BOX 30292
SALT LAKE CITY, UT 84130-0292

Vendor Addr A Co1.txt

IKON OFFICE SOLUTIONS
2725 CENTER PLACE
MELBOURNE, FL 32940

SPECIALIZED SERVICES
1422 LAKE SANTA FE DR
METEMORA, IL 61548

CAMPBELL SCIENTIFIC, INC.
815 W. 1800 N.
LOGAN, UT 84321

PRAXIS INDUSTRIES
PO BOX 415000
NASHVILLE, TN 37241-5000

WIRSBO COMPANY
PO BOX 640733
PITTSBURG, PA 15264-0733

REELCRAFT INDUSTRIES INC
PO BOX 248
2842 E BUSINESS 30
COLUMBIA CITY, IN 46725-0248

U S FILTER DISTRIBUTION GROUP
PO BOX 795080
ST LOUIS, MO 63179-0795

COUNTRY GAS
4010 HIGHWAY 14
CRYSTAL LAKE, IL 60014

NATIONAL WATERWORKS
PO BOX 99595
CHICAGO, IL 60693

PURCHASE POWER
PO BOX 856042
LOUISVILLE, KY 40285-6042

BOC GASES
4534 BISHOP LANE
LOUISVILLE, KY 40218

BELL FUELS INC
135 S LASALLE

Vendor Addr A Co1.txt

DEPT. 5974
CHICAGO, IL 60674-5974

JAECKLE WHOLESALE
2310 DANIELS STREET
MADISON, WI 53704-6796

LABOR READY, INC
BRANCH: 347 LAKELAND, FL
PO BOX 740435
ATLANTA, GA 30374-0435

WASH AROUND THE CLOCK
132 SCULLY DRIVE
SCHAUMBURG, IL 60193

IOS CAPITAL
PO BOX 650016
DALLAS, TX 75265-0016

PORTER CABLE CORP
PO BOX 2468
JACKSON, TN 38302-2468

CHICAGO TOOLS OF ILLINOIS
830 FAIRWAY DRIVE
BENSENVILLE, IL 60106

CONCEPT COMMERCIAL
COMMUNICATIONS INC
827 E NORTH AVE
GLENDALE HEIGHTS, IL 60139

FANIMATION
945 MONUMENT
LEBANON, IN 46052

THRIFTY CAR & TRUCK RENTAL
3902 CRITTENDEN DRIVE
LOUISVILLE, KY 40209

SEYMOUR OF SYCAMORE INC
135 SOUTH LASALLE
DEPARTMENT 1256
CHICAGO, IL 60674-1256

WILLIAMS & MCCARTHY
321 W STATE STREET

Vendor Addr A Col.txt

ROCKFORD, IL 61105

WATTS DRAINAGE PRODUCTS
C/O MELLON BANK
BOX 360733 room 154-0455
PITTSBURG, PA 15251-6773

MCQUAY INTERNATIONAL
1056 SOLUTIONS CENTER
CHICAGO, IL 60677-1000

MIFAB INC
PO BOX 2911
DETROIT, MI 48231

INSIGHT
PO BOX 78269
PHOENIX, AZ 85062

SONOCO
1 NORTH 2ND STREET
HATSVILLE, SC 29550

GENERAL INSULATION CO INC
2428 ROSE STREET
FRANKLIN PARK, IL 60131

STERLING COMMERCE
P.O. BOX 93236
CHICAGO, IL 93236

TRION
101 MCNEILL ROAD
SANFORD, NC 27331-0760

FLORIDA TOOL & FASTENER
12831 METRO PKWY
FY MYERS, FL 33912

CHICAGO HEIGHTS FURNANCE
102 E 22ND ST
CHICAGO HEIGHTS, IL 60411

GROVE HEATING
514 N. DEQUINCY STREET
INDIANAPOLIS, IN 46201

BUCKNER IRRIGATION

Vendor Addr A Co1.txt

4381 N BRAWLEY AVE
FRESNO, CA 93722

KLUCKMAN DELIVERY
3135 SINGER AVE
SPRINGFIELD, IL 62703

KRESS ASSOCIATES INC
PO BOX 55961
INDIANAPOLIS, IN 46205

ERICO INC
PO BOX 931206
CLEVELAND, OH 44193-0419

YOUR OTHER WAREHOUSE
PO BOX 4627
HOUSTON, TX 77210

MAAX USA
DEPT AT 49919
ATLANTA, GA 31192-9919

SELKIRK METALBESTOS
P O BOX 911775
DALLAS, TX 75391-1775

WAMI SALES INC
P O BOX 641481
CINCINNATI, OH 45264-1481

NU CALGON WHOLESALER INC
2008 ALTOM COURT
ST LOUIS, MO 63146-4151

OASIS CORPORATION
36456 TREASURY CENTER
CHICAGO, IL 60694

KRANZ INC
PO BOX 68-5004
MILWAUKEE, WI 53268-5004

SEACHROME INC
939 NORTH VERNON AVENUE
AZUSA, CA 91702

GARVIN

Vendor Addr A Co1.txt

PO BOX 72282
9401 CARR AVE
CLEVELAND, OH 44192-0282

NORDYNE
PO BOX 958183
ST LOUIS, MO 63195-8183

CHICAGO TRAILER POOL CORP
PO BOX 691
PALATINE, IL 60078

C & D VALVE MFG. CO
PO BOX 13250
OKLAHOMA CITY, OK 73113-1250

B & B ELECTRONICS
P O BOX 1040
OTTAWA, IL 61350

SPRING HOUSE
PO BOX 21
SCHWENKAVILLE, PA 19473

SHARON TUBE COMPANY
P O BOX 400324
PITTSBURGH, PA 15268-0324

PARK SUPPLY
P O BOX A3197
CHICAGO, IL 60690

J & B MECHANICAL, INC
128 W PRATT BLVD
SCHAUMBURG, IL 60172-5011

GRIFFIN PRODUCTS INC
303 BLUEBIRD PARKWAY
PO BOX 90
WILLS POINT, TX 75169

SPEEDWAY SUPERAMERICA LLC
PO BOX 740587
CINCINNATI, OH 45274-0587

UNI-LINE NORTH AMERICA
PO BOX 371530M
PITTSBURGH, PA 15251

Vendor Addr A Col.txt

QUIKRETE CEMENT PRODUCTS
PO BOX 930134
ATLANTA, GA 31193-0134

DO NOT USE! SEE VENDOR 41860
410 SOVEREIGN COURT
#13
ST LOUIS, MO 63011

COMMERCIAL DISTRIBUTION CENTER
310 WEST WASHINGTON BLVD
SUITE 212
MARINA DEL REY, CA 90292

ATCO RUBBER PRODUCTS CO
P O BOX 843722
DALLAS, TX 75284-3722

HILLSIDE DISPOSAL SERVICE, INC
4152 MAY ST
HILLSIDE, IL 60162-1878

CONCENTRA MEDICAL CENTERS
PO BOX 1297
BROOKFIELD, WI 53008-1297

MAAX USA
DEPT CH 10815
PALATINE, IL 60055-0815

AMERICAN PLUMBER
WATER FILTRATION PRODUCTS
502 INDIANA
PO BOX 1047
SHEBOYGAN, WI 53082-1047

S & S ENTERPRISES
PO BOX 604
CLAY CITY, KY 40312

CLARK BROS TRANSFER INC
180 OLD HIGGINS ROAD
DES PLAINES, IL 60018

MAGICAIRE
501 GALVESTON STREET
WICHITA FALLS, TX 76301