IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case Nos. |
| | ) | (Jointly Administered) |
| **BUILDERS PLUMBING & HEATING SUPPLY CO.,** | ) | 03B 49243 |
| an Illinois corporation, | ) | |
| **GLENDALE PLUMBING SUPPLY CO., INC.,** | ) | 03 B 49244 |
| a Wisconsin corporation, | ) | |
| **SOUTHWEST PIPE & SUPPLY, INC.,** | ) | 03 B 49245 |
| a Delaware corporation, | ) | |
| **SPESCO, INC.,** | ) | 03 B 49246 |
| an Illinois corporation, | ) | |
| and d/b/a FaucetsPlus.com, | ) | Chapter 11 |
| Debtors. | ) | Honorable Judge John H. Squires |

# DEBTORS' POST-CONVERSION SCHEDULE OF UNPAID DEBTS

# AND FINAL ACCOUNTING PURSUANT TO FED.R.BANKR.P. 1019(5)

Pursuant to this Court's Order, dated March 11, 2004 (the "Conversion Date"), the Debtors hereby submit this schedule (the "Schedule") of unpaid debts and final accounting in accordance with Fed.R. Bankr.P. 1019(5).



**Post-Conversion Budget**

Attached to the financing order was a budget approved by the parties-in-interest. This budget is attached as **Exhibit 1**.

The Debtors' have remained within their budget related to cash disbursements, and as a result, most items listed as owed as of the conversion date have been paid subsequent to the conversion date as part of the on-going wind-down tasks. The lending group has represented to the Official Unsecured Creditors' Committee that in the event of a conversion from a Chapter 11 to 7, that they would pay the items listed in the budget that might be trailing.

The professionals associated with the Official Unsecured Creditors Committee exceeded their carve-out, which was the amount listed in the budget. They therefore have an admin. claim for their balance.

The Trumbell Group, as noticing agent for the Debtors', was in the budget but exceeded their estimated cost. Their admin. claim is the balance due over the estimated amounts in the budget.

## Schedule of Unpaid Debts

The following unpaid debts were incurred after December 5, 2003 (the "Petition Date") and prior to the Conversion Date (March 11, 2004);

On January 22, 2004, this Court approved the sale of substantially all the assets of the Debtors' through a Sec. 363 sale and on January 24, 2004, the Debtors' terminated substantially all the employees of the Estate.

| Creditor Name / Address | Gross Amount Outstanding | | Less: Retainers | Net Amount Outstanding | Basis of Debt | Post - Conversion Status | |
|---|---|---|---|---|---|---|---|
| | | | | | | Included within D.I.P. Budget | Admin. Claim |
| **Debtors' Professionals** | | | | | | | |
| Piper Rudnick LLP
203 North LaSalle Street, Suite 1800
Chicago, Illinois 60601-1293 | $ 70,000.00 | 1. | $ 100,000.00 | $ (30,000.00) | Legal services and expenses as Debtors' bankruptcy counsel | Applied to retainer | $ - |
| Silverman Consulting
5750 Old Orchard Road Suite 520
Skokie, Illinois 60090 | $ 106,060.30 | 2. | $ 103,934.00 | $ 2,126.30 | Financial advisors to the Debtors' - fees and expenses unpaid at March 11, 2004 | $ 106,060.30 | $ - |
| Gardner Carton & Douglas LLP
191 N. Wacker Drive Suite 3700
Chicago, Illinois 60606-1698 | $ 226,097.27 | 3. | $ 50,000.00 | $ 176,097.27 | Legal services and expenses as Counsel to the Official Unsecured Creditors Committee | $ 64,621.68 | $ 111,475.59 |
| American Express Tax & Services Bus.
One South Wacker Drive
Chicago, Il 60606-3392 | $ 110,378.32 | 3. | $ 50,000.00 | $ 60,378.32 | Financial advisors to the Official Unsecured Creditors Committee - fees and expenses unpaid at March 11, 2004 | $ 60,378.32 | $ - |
| **Subtotal - Debtors' Professionals** | **$ 512,535.89** | | **$ 303,934.00** | **$ 208,601.89** | | **$ 231,060.30** | **$ 111,475.59** |
| **Accounts Receivable Collectors** | | | | | | | |
| Hilco Receivables, LLC
One Northbrook Place
5 Revere Dr., Suite 415
Northbrook, Il 60062 | $ 4,000.00 | | $ - | $ 4,000.00 | Debtors' accounts receivable collection professionals | $ 4,000.00 | $ - |
| Frederick A. Lurie    55
West Monroe Street  Suite 3550
Chicago, Illinois 60603 | $ 2,002.50 | | $ - | $ 2,002.50 | Ordinary Course Professional - Legal services for Debtors' collection activity re: stale accounts receivable. | $ 2,002.50 | $ - |

## Schedule of Unpaid Debts

The following unpaid debts were incurred after December 5, 2003 (the "Petition Date") and prior to the Conversion Date (March 11, 2004); On January 22, 2004, this Court approved the sale of substantially all the assets of the Debtors' through a Sec. 363 sale and on January 24, 2004, the Debtors' terminated substantially all the employees of the Estate.

| Creditor Name / Address | Gross Amount Outstanding | Less: Retainers | Net Amount Outstanding | Basis of Debt | Post - Conversion Status | |
|---|---|---|---|---|---|---|
| | | | | | Included within D.I.P. Budget | Admin. Claim |
| **Subtotal - A/R Collectors** | $ 6,002.50 | $ - | $ 6,002.50 | | $ 6,002.50 | $ - |
| **Tax Accountants to Debtors'** | | | | | | |
| CBIZ Accounting, Tax, and Advisory Services<br>One South Wacker Drive, Suite 1800 Chicago, Illinois 60606 | $ 18,000.00 | $ 50,000.00 | $ (32,000.00) | Tax professionals - tax preparation work for Debtors' | $ 18,000.00 | $ - |
| **Subtotal - Tax Accountants** | $ 18,000.00 | $ 50,000.00 | $ (32,000.00) | | $ 18,000.00 | $ - |
| **Other Professionals** | | | | | | |
| The Trumbell Group<br>4 Griffin Road North<br>Windsor, CT 06095 | $ 62,010.56 | $ - | $ 62,010.56 | Professionals engaged as the noticing agent for the debtors' | $ - | $ 62,010.56 |
| **Subtotal - Other Professionals** | $ 62,010.56 | $ - | $ 62,010.56 | | $ - | $ 62,010.56 |
| **Accrued Expenses** | | | | | | |
| *1st Quarter State Unemployment Taxes* | | | | | | |
| .. *Illinois* | $ 69,780.30 | $ - | $ 69,780.30 | 1st Qtr. U/C Taxes | $ 69,780.30 | $ - |
| .. *Indiana* | $ 4,183.81 | $ - | $ 4,183.81 | 1st Qtr. U/C Taxes | $ 4,183.81 | $ - |

# Schedule of Unpaid Debts

The following unpaid debts were incurred after December 5, 2003 (the "Petition Date") and prior to the Conversion Date (March 11, 2004); On January 22, 2004, this Court approved the sale of substantially all the assets of the Debtors' through a Sec. 363 sale and on January 24, 2004, the Debtors' terminated substantially all the employees of the Estate.

| Creditor Name / Address | Gross Amount Outstanding | Less: Retainers | Net Amount Outstanding | Basis of Debt | Post - Conversion Status | |
|---|---|---|---|---|---|---|
| | | | | | Included within D.I.P. Budget | Admin. Claim |
| .. Kentucky | $ 792.22 | $ - | $ 792.22 | 1st Qtr. U/C Taxes | $ 792.22 | $ - |
| .. Wisconsin | $ 7,578.80 | $ - | $ 7,578.80 | 1st Qtr. U/C Taxes | $ 7,578.80 | $ - |
| .. Florida | $ 6,983.97 | $ - | $ 6,983.97 | 1st Qtr. U/C Taxes | $ 6,983.97 | $ - |
| Subtotal - 1st Qtr. U/C taxes | $ 89,319.10 | $ - | $ 89,319.10 | | $ 89,319.10 | $ - |
| Accrued Payroll | $ 70,000.00 | $ - | $ 70,000.00 | | $ 70,000.00 | $ - |
| Accrued Utilities | $ 40,000.00 | $ - | $ 40,000.00 | | $ 40,000.00 | $ - |
| Subtotal - Other expenses | $ 110,000.00 | $ - | $ 110,000.00 | | $ 110,000.00 | $ - |
| Grand Total | $ 797,868.05 | $ 353,934.00 | $ 443,934.05 | | $ 454,381.90 | $ 173,486.15 |

### Footnotes

1. Primary role ended with the conversion – February and March 1 - March 11 fees and expenses to be offset against the retainer held - some services after the conversion
2. Role has continued after the conversion; retainer being held to offset March 11 - March 31 and April, 2004 fees and expenses
3. Role ended with the conversion; carve-out of $225,000 split by agreement with Gardner Carton and American Express

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case Nos. |
| | ) | (Jointly Administered) |
| BUILDERS PLUMBING & HEATING SUPPLY CO., | ) | 03B 49243 |
| an Illinois corporation, | ) | |
| GLENDALE PLUMBING SUPPLY CO., INC., | ) | 03 B 49244 |
| a Wisconsin corporation, | ) | |
| SOUTHWEST PIPE & SUPPLY, INC., | ) | 03 B 49245 |
| a Delaware corporation, | ) | |
| SPESCO, INC., | ) | 03 B 49246 |
| an Illinois corporation, | ) | |
| and d/b/a FaucetsPlus.com, | ) | Chapter 11 |
| Debtors. | ) | Honorable Judge John H. Squires |

### Balance Sheet
### Period Ending: March 11, 2004

| | | Amount |
|---|---|---:|
| **Assets:** | | |
| Cash | $ | 80,754.28 |
| Accounts Receivable - Gross (Being liquidated by Hilco Receivables LLC) | $ | 10,198,538.86 |
| Inventory (Being liquidated by Hilco Wholesale LLC) - estimated net recovery | $ | 75,000.00 |
| Cash Surrender Value Life Insurance - deferred compensation plan | $ | 1,577,092.00 |
| Cash Surrender Value Life Insurance - officers' life insurance - estimate | $ | 250,000.00 |
| Crime Policy Recovery | $ | 150,000.00 |
| Credit Card Holdbacks (Proceeds expected around June, 2004) | $ | 259,574.94 |
| Income Tax Refunds (Proceeds expected around September, 2004) | $ | 4,000,000.00 |
| Contingent asset - Cause of actions - Former accounting firm; others | | Unknown |
| Contingent asset - Personal guarantee of principals - $5 million - estimated recovery | | Unknown |
| Subtotal | $ | 16,590,960.08 |
| | | |
| **Professional Retainers** | | |
| Piper Rudnick | $ | 100,000.00 |
| Silverman Consulting | $ | 100,000.00 |
| Garnder Carton & Douglas LLP | $ | 50,000.00 |
| American Express Tax & Services Business | $ | 50,000.00 |
| CBIZ Accounting, Tax, and Advisory Services | $ | 50,000.00 |
| Total Retainers | $ | 350,000.00 |
| | | |
| **Total Assets:** | $ | 16,940,960.08 |
| | | |
| **Liabilities:** | | |
| **Post-petition liabilities** | | |
| Administrative Claim - In D.I.P. budget to be paid | | |
| From the Schedule of Unpaid Debts | $ | 624,381.90 |
| | | |
| Administrative Claim - Will not be paid from the D.I.P. budget | | |
| From the Schedule of Unpaid Debts | $ | 173,486.15 |
| | | |
| Total post-petition liabilities as of March 11, 2004 | $ | 797,868.05 |

**Pre-petition liabilities**
Unsecured liabilities                                                                $      30,398,220.80

**D.I.P. loan**
Balance March 11, 2004 ($29,380,709 as of the filing date)                           $      18,493,822.41


**Total Liabilities:**                                                               $      49,689,911.26


**Equity (Deficit) - Liabilities exceed Assets**                                     $     (32,748,951.18)

**Builders Plumbing & Heating Supply Co. et.:**
**Liquidating Budget 2/27/04 through 4/30/**
Filing Date - 12/5/03

| Date | Ending BBC as of | Week 1 03/05/04 | Week 2 03/12/04 | Week 3 03/19/04 | Week 4 03/26/04 | Week 5 04/02/04 | Week 6 04/09/04 | Week 7 04/16/04 | Week 8 04/23/04 | Week 9 04/30/04 | 9 Week Totals Cash Flow Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Days in Business Week | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | |
| Budget/Actual | 2/27/04 | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Cash |

**CASH FLOW**
**NET SALES**
**A  Invoiced Sales**
  Builders
  Spesco (Plumbing)
  Glendale
  S.W. Pipe
    Total Sales
    Billed Sales Tax
  **Invoiced Sales**
  **Day Business**

**RECEIPTS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A/R Cash-BPSCC | | 375,530 | 499,375 | 549,313 | 499,375 | 574,082 | 223,720 | 706,118 | 556,305 | 780,025 | 4,763,842 |
| A/R Cash-Spesco (Plumbing) | | 24,608 | 32,810 | 36,091 | 32,810 | 37,732 | 12,113 | 24,225 | 16,150 | 28,263 | 244,800 |
| A/R Cash-Glendale | | 49,300 | 66,725 | 77,350 | 70,142 | 82,323 | 52,700 | 93,925 | 68,425 | 89,718 | 650,607 |
| A/R Cash-SW Pipe | | 43,044 | 53,805 | 59,186 | 53,805 | 69,947 | 43,044 | 80,750 | 53,805 | 83,300 | 540,685 |
| A/R Cash Receipts | | 492,482 | 652,715 | 721,939 | 656,132 | 764,082 | 331,577 | 905,018 | 694,685 | 981,305 | 6,199,934 |

**Non A/R Cash**
  Inventory Liquidation - Hilco                                                   75,000                                                   75,000
  Preference Fee recoup
  Life Insurance Policy Sale or Cash Surrender                                                                                 150,000  150,000
  Non A/R Cash Receipts                                          1,605,252                                                   1,605,252

| RECEIPTS | | 492,482 | 652,715 | 721,939 | 2,336,384 | 764,082 | 331,577 | 905,018 | 694,685 | 1,131,305 | 8,030,186 |

**DISBURSEMENTS**
**C  Material and Sub-Contractor Payments**
  Total Builders (assu   82%
  Plus: Inventory build
  Less: Inventory Usage - Addison
  Material
  Sub-Contractor Payments
  **Material Purchases**

**D  Payroll & Related Expenses**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Weekly Payroll (includes taxes) | | 30,664 | 30,664 | 30,664 | 30,664 | 30,664 | 30,664 | 30,664 | 30,664 | 61,328 | 306,642 |
| Collection Incentive (2% of collections,3% > 10 mil) | | 25,682 | 27,895 | 14,439 | 13,123 | 15,282 | 6,632 | 18,100 | 13,894 | 19,626 | 154,662 |
| Group Insurance (Humana) | | 65,000 | | | | 45,500 | | | | 46,282 | 156,782 |
| Union Health Insurance & Pension | | 934 | 3,000 | 3,000 | 1,800 | | | | | | 8,734 |
| Union Dues | | | | | | | | | | | |
| 401K Contribution | | 126 | 126 | | | | | | | | 251 |
| Employee Agency Fees | | | | | | | | | | | |
| Employee Advertising | | | | | | | | | | | |
| Total Payroll and Benefits | | 122,406 | 61,675 | 48,103 | 45,587 | 91,446 | 37,296 | 48,765 | 44,558 | 127,236 | 627,071 |

**E  Operating Expenses**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Contracted Labor | | 5,000 | 2,500 | 2,500 | 2,500 | | | | | | 12,500 |
| Expedited record Removal Iron Mountain | | 15,000 | | | | | | | | | 15,000 |

Exhibit 1

1 of 4

**Builders Plumbing & Heating Supply Co. et.:**
**Liquidating Budget 2/27/04 through 4/30/**
Filing Date - 12/5/03

| Data | Ending BBC as of 2/27/04 | Week 1 03/05/04 5 Budget | Week 2 03/12/04 5 Budget | Week 3 03/19/04 5 Budget | Week 4 03/26/04 5 Budget | Week 5 04/02/04 5 Budget | Week 6 04/09/04 5 Budget | Week 7 04/16/04 5 Budget | Week 8 04/23/04 5 Budget | Week 9 04/30/04 5 Budget | 9 Week Totals Cash Flow Totals Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Days in Business Week | | | | | | | | | | | |
| Budget/Actual | | | | | | | | | | | |
| Total Human Resources (Other than Payroll) | | 20,000 | 7,500 | 2,500 | 2,500 | | | | | | 27,500 |
| Iron Mountain Storage Boxes | | | | | | | | | | | |
| Iron Mountain Storage Fees - One Year | | 1,500 | 6,000 | 6,000 | 3,500 | 2,500 | | | | | 19,500 |
| Iron Mountain - Trucking Expense /Freight | | 65,000 | | | | 28,500 | | | | | 93,500 |
| Utilities | | 72,111 | | | | 28,500 | | | | | 100,611 |
| Rent | | | | | | | | | | | |
| Burglary Protection | | | | | | | | | | | |
| Miscellaneous | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 27,000 |
| Total Facility Expenses | | 141,611 | 9,000 | 9,000 | 6,500 | 62,500 | 3,000 | 3,000 | 3,000 | 3,000 | 240,611 |
| Advertising | | | | | | | | | | | |
| Directory Advertising | | | | | | | | | | | |
| Promotion | | | | | | | | | | | |
| Entertainment | | | | | | | | | | | |
| Travel | | | | | | | | | | | |
| Freight-out | | | | | | | | | | | |
| Collection | | | | | | | | | | | |
| Miscellaneous | | | | | | | | | | | |
| Total Selling Expenses | | | | | | | | | | | |
| Truck Expense | | | | | | | | | | | |
| Truck Fuel | | | | | | | | | | | |
| Tolls | | | | | | | | | | | |
| Truck Repairs | | | | | | | | | | | |
| Truck Overnight | | | | | | | | | | | |
| Auto Expenses | | | | | | | | | | | |
| Auto Leasing | | | | | | | | | | | |
| Total Fleet Expenses | | | | | | | | | | | |
| Office Supplies | | | | | | | | | | | |
| Postage | | | | | | | | | | | |
| Print & Paper | | | | | | | | | | | |
| Telephone & Fax | | | | | | | | | | | |
| Repairs & Maintenance-Grounds | | | | | | | | | | | |
| Repairs & Equipment-Equipment | | | | | | | | | | | |
| Repairs & Maintenance- Software | | | | | | | | | | | |
| General Insurance (Zurich) | | 23,314 | | | | 23,314 | | | | | 46,628 |
| Professional | | | | | | | | | | | |
| Dues & Subscriptions | | | | | | | | | | | |
| Real Estate Taxes | | | | | | | | | | | |
| Personal Property Taxes | | | | | | | | | | | |
| Miscellaneous Taxes | | | | | | | | | | | |
| Equipment Rental | | | | | | | | | | | |
| Computer Rental | | | | | | | | | | | |
| Contributions | | | | | | | | | | | |
| Miscellaneous | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 27,000 |
| Total General & Administrative Expenses | | 26,314 | 3,000 | 3,000 | 3,000 | 26,314 | 3,000 | 3,000 | 3,000 | 3,000 | 73,628 |
| Other Operating Expenses | | 187,925 | 14,500 | 14,500 | 12,000 | 88,814 | 6,000 | 6,000 | 6,000 | 6,000 | 341,739 |
| Total Operating Expenses | | 310,331 | 76,175 | 62,603 | 57,587 | 180,260 | 43,296 | 54,765 | 50,558 | 133,236 | 968,810 |
| **Bankruptcy/Implementation/Other** | | | | | | | | | | | |
| Philip Rootberg & Co. (Tax Accountant) | | | | 25,000 | | | | | | | 25,000 |
| Stay Bonus - Previously Approved Budget | | | | | | | | | | | |
| Silverman (Financial advisor) | | | | | 118,135 | | | | | 115,000 | 233,135 |
| - Retainer | | | | | | | | | | | |
| Piper Rudnick LLP (Debtor's Council) | | | | | 36,300 | | | | | 25,000 | 61,300 |
| - Retainer | | | | | | | | | | | |
| Schiff Hardin (Debtor Labor attorneys) | | | | | | | | | | | |
| - Retainer | | | | | | | | | | | |
| Creditors Committee counsel/Advisors | | | | | 125,000 | | | | | | 125,000 |
| Bankruptcy Trustee Fees | | | | | | | | | | 20,000 | 20,000 |

Exhibit 1

2 of 4

**Builders Plumbing & Heating Supply Co., et.:**
**Liquidating Budget 2/27/04 through 4/30/**

Filing Date - 12/5/03

| Date | Ending BBC as of 2/27/04 | Week 1 03/05/04 Budget | Week 2 03/12/04 Budget | Week 3 03/19/04 Budget | Week 4 03/26/04 Budget | Week 5 04/02/04 Budget | Week 6 04/09/04 Budget | Week 7 04/16/04 Budget | Week 8 04/23/04 Budget | Week 9 04/30/04 Budget | 9 Week Totals Cash Flow Totals Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Days in Business Week | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | |
| Budget/Actual | | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | |
| **Revolver** | | | | | | | | | | | |
| Beginning Balance | | 19,069,677 | 19,127,377 | 18,554,837 | 17,924,501 | 15,929,139 | 15,349,317 | 15,065,036 | 14,218,783 | 13,578,656 | 19,069,677 |
| Cash Receipts | | (492,482) | (652,715) | (721,939) | (2,336,384) | (764,082) | (331,577) | (905,018) | (694,685) | (1,131,305) | (8,030,186) |
| Change in Float | | 235,851 | | | | | | | | | (242,149) |
| Cash Disbursements | | 314,331 | 80,175 | 91,603 | 341,022 | 184,260 | 47,296 | 58,765 | 54,558 | 478,000 | 1,729,905 |
|  |  |  |  |  |  |  |  |  |  | 556,996 |  |
| Ending Balance | 19,069,677 | 19,127,377 | 18,554,837 | 17,924,501 | 15,929,139 | 15,349,317 | 15,065,036 | 14,218,783 | 13,578,656 | 12,526,347 | 12,526,347 |
| Maximum Revolver | | | | | | | | | | | #REF! |
| **L/C's** | | | | | | | | | | | |
| Beginning Balance | | - | - | - | - | - | - | - | - | - | - |
| Additional L/C's | | - | - | - | - | - | - | - | - | - | - |
| Ending Balance | | - | - | - | - | - | - | - | - | - | - |
| **BORROWING BASE** | | | | | | | | | | | |
| TOTAL B | 4,742,414 | 3,688,882 | 3,166,710 | 2,589,159 | 421,501 | (189,765) | (455,026) | (1,179,040) | (1,734,788) | (2,519,832) | (2,519,832) |
| TOTAL REVOLVER | 19,069,677 | 19,127,377 | 18,554,837 | 17,924,501 | 15,929,139 | 15,349,317 | 15,065,036 | 14,218,783 | 13,578,656 | 12,526,347 | 12,526,347 |
| Cap on Revolver & L/C's | | | | | | | | | | | |
| Avail/(Overadv) | (14,327,263) | (15,438,495) | (15,388,127) | (15,335,343) | (15,507,638) | (15,539,082) | (15,520,062) | (15,397,823) | (15,313,444) | (15,046,179) | (15,046,179) |
| **Availability/(overadvance)** | | | | | | | | | | | |
| TOTAL COLLATERAL | 4,742,414 | 3,688,882 | 3,166,710 | 2,589,159 | 421,501 | (189,765) | (455,026) | (1,179,040) | (1,734,788) | (2,519,832) | (2,519,832) |
| TOTAL BANK LOAN | 19,069,677 | 19,127,377 | 18,554,837 | 17,924,501 | 15,929,139 | 15,349,317 | 15,065,036 | 14,218,783 | 13,578,656 | 12,526,347 | 12,526,347 |
| TOTAL AVAIL/(OVER) | (14,327,263) | (15,438,495) | (15,388,127) | (15,335,343) | (15,507,638) | (15,539,082) | (15,520,062) | (15,397,823) | (15,313,444) | (15,046,179) | (15,046,179) |

Exhibit 1

4 of 4