10441-0601

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| BUILDERS PLUMBING & HEATING | ) | Case No. 03 B 49243 |
| SUPPLY CO., et al., | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. John H. Squires |
| | ) | United States Bankruptcy Judge |
| | ) | Hearing Date: Dec. 18, 2006 |
| | ) | Hearing Time: 9:30 a.m. |

### NOTICE OF APPLICATION

**To:    See Attached Service List**

Please take notice that on the 18th day of December, 2006 at the hour of 9:30 a.m. or as soon

thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge John H.

Squires, Courtroom 680 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois  or any

other bankruptcy judge sitting in his place and stead, and shall then and there move the Court for entry

of an order in accordance with the Application of Trustee's attorney for the Allowance of Final

Compensation and Reimbursement of Expenses of Defrees & Fiske, copies of which are hereby served

upon you,  at which time and place you may appear if you see fit.

**Name** DEFREES & FISKE, **Attorney for** David E. Grochocinski, Trustee
**Address** 200 S. Michigan, #1100
**City** Chicago, IL 60604
**Attorney No.** 2840510
**Telephone** 312/372-4000

### PROOF OF SERVICE BY U.S. MAIL

I, L. Judson Todhunter, an attorney certify; that I sent a copy of the above Notice of
Application, together with the attached Application for Compensation to those named on the attached
service list by U.S. Mail on this 6th day of December, 2006.

L. Judson Todhunter

L. Judson Todhunter / Douglas Giese
Defrees & Fiske  Attny No. 2840510
200 S. Michigan Avenue, #1100
Chicago, IL 60604
312/372-4000/Fax 312-939-5617

255340.1

**Builders Plumbing & Heating Supply Co., et al.**
**Case No. 03 B 49243**

Kathryn Gleason, Esq.
U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL  60606

George Apostolides
Barry Chatz
Arnstein & Lehr, LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL  60606

Joel A. Stein, Esq.
Deutsch Levy & Engel Chtd.
225 W. Washington Street
17th Floor
Chicago, IL  60606

Brynn E. Perna
Cole Taylor Bank
9550 West Higgins Road
Rosemont, IL  60018

Brad Berish
Chad H. Gettleman
Adelman Gettleman Merens et al.
53 W. Jackson Blvd, Suite 1050
Chicago, IL  60604

Steven B. Towbin
Matthew A. Swanson
Shaw Gussis Fishman Glantz et al.
321 N. Clark Street, Suite 800
Chicago, IL  60610

Dennis M. Saletta
Bank One, NA
120 South LaSalle Street, 6th Floor
Chicago, IL  60603

Richard M. Bendix, Jr., Esq.
Schwartz, Cooper, Greenberger et al
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601

Robert J. Corsentino
Mitchell B. Rasky
LaSalle Bank
135 S. LaSalle Street
Chicago, IL  60603

Craig R. Graff
Michael A. Silverman
Silverman Consulting
5750 Old Orchard Road, Suite 520
Skokie, IL  60077

Scott Blakeley
Blakeley & Blakeley, LLP
2030 Main Street, Suite 540
Irvine, CA  92614

Sharon Levine
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

255340.1

John A. Lipinsky
Compan & Anderson, PC
2525 Cabot Drive, Suite 300
Lisle, IL  60532

Terry Hall
General Counsel and Secretary
Ferguson Enterprises, Inc.
12500 Jefferson Avenue
Newport News, VA  23602-4314

Kathryn B. Bussing
Blackwell Sanders Peper Martin LLP
4801 Main Street, Suite 1000
Kansas City, MO  64112

Kane Russell Coleman & Logan PC
Attn:  Joseph Coleman  & David Ritter 1601 Elm Street
3700 Thanksgiving Tower
Dallas, TX  75201

Russell E. Smith, Corporate Atty.
Ferguson Enterprises, Inc.
12500 Jefferson Avenue
Newport New, VA  23602

Norman Hanfling
Norman Hanfling & Assoc.
208 S. LaSalle Street, Suite 1400
Chicago, IL  60604

Marc Fenton
Piper & Rudnick
203 N. LaSalle Street
Suite 1800
Chicago, IL  60601

Abraham Brustein
Christopher B. Lega
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL  60068

Susan De Resendiz
Harold Kaplan
Gardner Carton & Douglas LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL  60606

Kathryn B. Bussing
Blackwell Sanders Peper Martin LLP
4801 Main Street, Suite 1000
Kansas City, MO  64112

Benjamin Ackerly
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA  23219

Missouri Dept. of Rev. Bkcy. Unit
Attn:  Steve Ginther
P.O. Box 475
301 West High Street, Room 670
Jefferson City, MO  65105-0475

Dennis E. Quaid
Fagel Haber LLC
55 E. Monroe St., 40th Floor
Chicago, IL  60603

Mark Heroux
KPMG – Tax Controversy Service
303 East Wacker Drive
Chicago, IL  60601-5255

John A. Lipinsky
Compan & Anderson, PC
2525 Cabot Drive, Suite 300
Lisle, IL 60532

David M. Schilli
Robinson, Bradshaw & Hinson
101 N. Tryon Street
Suite 1900
Charlotte, NC 28246

Kristin B. Kieffer
Post Office Drawer 7608
Winter Haven, FL 33883-7618

David Bart
American Express Tax & Business
One South Wacker Drive
Suite 800
Chicago, IL 60606

Kathleen M. McGuire
Grochocinski,. Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Roy F. Kiplinger
110 West Barry Street
Suite 1100
Fort Wayne, IN 46802

255340.1

10441-0601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| BUILDERS PLUMBING & HEATING | ) | Case No. 03 B 49243 |
| SUPPLY CO., et al., | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | Hon. John H. Squires |
| | ) | United States Bankruptcy Judge |
| | ) | Hearing Date:  Dec. 18, 2006 |
| | ) | Hearing Time:  9:30 a.m. |

## COVER SHEET FOR FIRST AND FINAL APPLICATION FOR PROFESSIONAL COMPENSATION FOR DEFREES & FISKE

| | |
|---|---|
| Name of Applicant | Defrees & Fiske |
| Authorized to Provide Professional Services to: | David E. Grochocinski, Trustee |
| Date of Order Authorizing Employment: | March 9, 2006 (effective March 1, 2006) |
| Period for Which Compensation is Sought: | March 1, 2006 Through December 18, 2006 |
| Amount of Compensation Requested: | $21,018.00 |
| Amount of Expense Reimbursement Incurred: | $13.88 |

This is a Final Application

Dated: December 6, 2006                     Applicants: Defrees & Fiske

L. Judson Todhunter
Douglas Giese
Defrees & Fiske                    By: _____
200 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
Attorney No. 2840510
312/372-4000 Fax 312-939-5617

255342.1

10441-0601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| BUILDERS PLUMBING & HEATING | ) | Case No. 03 B 49243 |
| SUPPLY CO., et al., | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. John H. Squires |
| | ) | United States Bankruptcy Judge |
| | ) | Hearing Date:  Dec. 18, 2006 |
| | ) | Hearing Time:  9:30 a.m. |

## FINAL APPLICATION OF TRUSTEE'S ATTORNEY FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

L. Judson Todhunter and the law firm of Defrees & Fiske ("Applicant") or ("D&F") as attorneys for David E. Grochocinski, Chapter 7 Trustee herein ("Trustee") moves this Court pursuant to 11 U.S.C. §§330 and Bankruptcy Rule 2016, for the allowance and payment of final compensation and reimbursement of expenses for services rendered during the period March 1, 2006 through December 18, 2006.  In support of this Motion, Applicant respectfully states as follows:

## BACKGROUND

1.     On December 5, 2003, (the "Petition Date"), the Debtors commenced their bankruptcy cases by filing voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.  On December 8, 2003, an Order of joint administration was entered in the cases and on March 11, 2004, the cases were converted to cases under Chapter 7 of the Bankruptcy Code.  The Trustee was appointed on March 15, 2004.

2.     On November 30, 2005, the Trustee initiated certain preference litigation against Hydromatic, Inc. and Pentair Pump Group ("Preference Defendants") seeking to avoid numerous

255348.1

transfers in the total amount of $565,646.17 made to the Preference Defendants on or within 90 days before the petition date.

3.     On February 17, 2006 the Preference Defendants filed their answer to the Trustee's Complaint and through their counter-claim sought to enforce an alleged settlement of the Trustee's claim in the amount of $60,000.00.

4.     On March 9, 2006, the Court entered an Order authorizing the Trustee to employ D&F as Trustee's special counsel in its Complaint filed against the Preference Defendants. The Order was effective as of March 1, 2006.

5.     On March 27, 2006, D&F filed the Trustee's Answer to the Counter-Claim of the Preference Defendants. Settlement was ultimately reached in the preference litigation whereby the Preference Defendants agreed to pay to the Estate the sum of $125,000.00. This compromise and settlement was approved by this Court on November 21, 2006.

## REQUEST FOR FEES AND EXPENSESB

6.     D&F respectfully represents that it is entitled to final compensation in the amount of $21,018.00 plus reimbursement of out-of-pocket expenses in the amount of $13.88 for services rendered during the period of March 1, 2006 through December 18, 2006.

7.     During the time period covered by this application, D&F provided 66.60 hours of services to the Trustee. A statement of D&F's services is attached hereto as Exhibit "A".

8.     The services rendered are listed chronologically and are separated by activity. The services were rendered in connection with and in furtherance of assisting Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code.

255348.1

9.      At all relevant times, D&F has taken care to avoid duplication of services in order to provided legal services in a most efficient and cost effective manner.

10.      The services provided to Trustee by D&F has been separated into five activities as follows:

A.      **Pleading Discovery**: D&F provided 23.2 hours of services to the Trustee in connection with preparation and review of pleadings and discovery matters. Services performed by D&F on behalf of the Trustee included:

1.      Review of all pleadings in the preference litigation prior to D&F's employment, including Complaint, Answer and Counter-Claim;

2.      Preparation and filing of Answer to Counter-Claim and Appearance;

3.      Preparation and service of Rule 26 disclosures;

4.      Preparation and filing of Joint Pretrial Statement;

5.      Receipt of discovery request from Preference Defendants and answering the same.

In connection with the foregoing D&F's attorneys seeks compensation in the amount of $7,614.00. An itemized breakdown of services rendered is attached hereto as Exhibit "A".

B.      **Review of Documents and Rule 2004 Transcripts**. Prior to D&F's employment and in connection with other pending preference matters, examinations of officers and employees of the Debtors was conducted by the Trustee's attorneys. The testimony related to this action and it was necessary for D&F attorneys to review the Rule 2004 transcripts.

In connection with the foregoing D&F's attorneys seeks compensation in the amount of $858.00. An itemized breakdown of services rendered is attached hereto as Exhibit "A".

-3-

**C.    RESEARCH:**  D&F expended 9 hours researching various issues in this case which do not normally arise in preference litigation.  These issues included the enforcement of the settlement agreement that has not been approved by the Bankruptcy Court and the necessity of any settlement being approved by the Bankruptcy Court pursuant to Rule 9019.  Additionally, D&F researched issues arising from the filing of a Counter-Claim against the Trustee without first obtaining court authority.  In regards to the enforcement of the settlement agreement prior to Court approval, there was no definitive authority in this District and in fact, there is a split of authority among other jurisdictions throughout the United States.

In connection with the foregoing D&F's attorneys seeks compensation in the amount of $2,485.00.  An itemized breakdown of services rendered is attached hereto as Exhibit "A".

**D.    Settlement**:  D&F expended 13.6 hours in connection with the negotiation, documentation and approval of the settlement agreement reached in this matter.  The services rendered include:

1.    Review of Preference Defendants affirmative defenses, including all transfers sought to be avoided;

2.    Preparation of settlement offers and response to settlement offers received from the Preference Defendants, including numerous telephone calls with the Trustee and Preference Defendants attorneys regarding settlement offers;

3.    Negotiation of ultimate settlement reached in this case and draft of settlement agreement;

4.    Drafting of application, notices and order approving settlement agreement;

5.    Court appearance on hearing of settlement agreement.

255348.1

In connection with the foregoing, D&F attorneys seeks compensation in the amount of $4,488.00. An itemized breakdown of services rendered is attached hereto as Exhibit A.

**E.**    **Court Appearances and Miscellaneous Services**.  D&F expended 17.3 hours in connection with various court appearances and miscellaneous legal services.  The services rendered include:

1.    Court appearances on employment of D&F as attorneys, motions for 2004 exams and appearance at pretrial conference;

2.    Miscellaneous telephone calls and meeting with Trustee and Trustee's general counsel;

3.    Preparation for 2004 examination of Kogan;

4.    Preparation and filing of D&F's fee petition.

In connection with the foregoing, D&F attorneys seeks compensation in the amount of $5,573.00. An itemized breakdown of services rendered is attached hereto as Exhibit A.

11.    During the time covered by this Application, D&F incurred out-of-pocket expenses in the amount of $13.88. Attached as Exhibit "A" is an itemization of D&F's out-of-pocket expenses.  The charge for photocopies is .15 per page (the same rate D&F charges its clients in non-bankruptcy matters) and the charge for computerized research was $9.68.  The research involved the enforceability of settlement agreements prior to court approval and suits filed against a bankruptcy trustee.  D&F asserts that these out-of-pocket expenses were reasonable and necessary expenses incurred in representation of the Trustee.

12.     The services rendered by D&F as Trustee's counsel have resulted in a substantial benefit to Trustee and to the creditors of this estate. The services rendered were necessary for the Trustee to properly perform his duties.

13.     Notice of the hearing on D&F's allowance of compensation has been provided to the approved creditors list pursuant to Bankruptcy Rule 2002 as attached hereto as Exhibit "B"

**WHEREFORE**, D&F respectfully prays that this Court enter an Order as follows:

1.     Awarding D&F final compensation in the amount of $21,018.00 plus reimbursement of out-of-pocket expenses in the amount of $13.88 for services rendered during the period of March 2, 2006 through December 18, 2006.

2.     Authorizing Trustee to pay the aforesaid amounts forthwith as a Chapter 7 administrative expenses of this estate; and

3.     Granting such other and further relief as this Court deems appropriate.

Respectfully submitted,

DEFREES & FISKE

By: _____
One of Its Attorneys

L. Judson Todhunter (Atty. ID #2840510)
Douglas Giese
Defrees & Fiske
200 South Michigan
11th Floor
Chicago, IL 60604
(312) 372-4000

-6-

255348.1

**DEFREES & FISKE**

Law Offices
200 South Michigan Avenue, Suite 1100
Chicago   60604
Telephone   (312) 372-4000
Facsimile   (312) 939-5617

November 27, 2006

Invoice#   121481      LJT
Our file#   10441      06001
Billing through   11/30/2006

DAVID GROCHOCINSKI,TRUSTEE OF BUILDERS
PLUMBING & HEATING SUPPLY CO.
GROCHOCINSKI, GROCHOCINSKI & LLOYD
1900 RAVINIA PL
ORLAND PARK, IL  60462

| AAAAA | | PLEADINGS AND DISCOVERY | | |
|---|---|---|---|---|
| 03/01/2006 | LJT | REVIEW AND REVISE SPECIAL COUNSEL AFFIDAVIT | 0.40  hrs. | 132.00 |
| 03/06/2006 | LJT | TELEPHONE WITH TRUSTEES RE: AFFIDAVIT AND REVISIONS; REVISE SAME | 0.40  hrs. | 132.00 |
| 03/09/2006 | LJT | CONFERENCE WITH MCW RE COURTS (.2) REVIEW 2004 PLEADINGS(.4) TELEPHONE WITH QUAID(.2) | 0.80  hrs. | 264.00 |
| 03/23/2006 | LJT | MEETING WITH KATE MCGUIRE AND REVIEW FILE (.7) DRAFT ANSWER AND AFFIRMATIVE DEFENSES (1.0), TEL WITH QUAID RE 2004 TRANSCRIPT AND PRETRIAL DISCOVERY (.4) TEL WITH TRUSTEE RE TRANSCRIPT (.3) | 2.40  hrs. | 792.00 |
| 03/24/2006 | LJT | FINALIZE ANSWER AND APPEARANCE | 0.90  hrs. | 297.00 |
| 03/27/2006 | DCG | FILE AND SERVE APPEARANCES AND ANSWER TO COUNTERCLAIM | 0.30  hrs. | 57.00 |
| 04/06/2006 | LJT | TELEPHONE WITH QUAID(.3) TELEPHONE WITH GROCHOCINSKI RE MANDATORY DISCLOSURE(.3) | 0.60  hrs. | 198.00 |
| 04/10/2006 | LJT | CORRESPONDENCE FROM HYDROMATIC ATTORNEY, NOVICH RE PRETRIAL ETC T/C WITH TRUSTEE | 0.40  hrs. | 132.00 |
| 04/13/2006 | LJT | TELEPHONE TO QUAID'S OFFICE RE MANDATORY DISCLOSURE TELEPHONE TO KATE | 0.50  hrs. | 165.00 |
| 05/25/2006 | LJT | WORK ON PRETRIAL AND | 0.90  hrs. | 297.00 |

|  |  | DISCLOSURES, TELEPHONE TO MCGUIRE |  |  |  |
|---|---|---|---|---|---|
| 05/31/2006 | LJT | TELEPHONE CONFERENCE WITH RITTER REGARDING PRE-TRIAL AND DISCLOSURES; REVIEW FILE FOR SAME | 0.50 | hrs. | 165.00 |
| 06/05/2006 | LJT | RECEIPT OF DEFENDANT RULE 26 DISCLOSURES AND WRITTEN DISCOVERY REQUESTS; CORRESPONDENCE FROM RITTER | 1.00 | hrs. | 330.00 |
| 06/07/2006 | LJT | CORRESPONDENCE FROM RITTER; REVIEW FILE DOCUMENTS FOR RULE 26 DISCLOSURES | 1.00 | hrs. | 330.00 |
| 06/08/2006 | LJT | WORK ON RULE 26 DISCLOSURES(.8); TELEPHONE TO TRUSTEE(.3); WORK ON PRE-TRIAL STATEMENT(.5); TELEPHONE TO RITTER(.3) | 1.90 | hrs. | 627.00 |
| 06/09/2006 | LJT | FINALIZE PRE-TRIAL STATEMENT AND RULE 26 DISCLOSURES(1.7); CORRESPONDENCE TO RITTER REGARDING SAME(.2) | 1.90 | hrs. | 627.00 |
| 06/12/2006 | LJT | CORRESPONDENCE TO RITTER REGARDING RESPONSE TO PRE-TRIAL CHANGES; REVIEW DRAFT | 0.50 | hrs. | 165.00 |
| 06/13/2006 | LJT | RECEIPT AND REVIEW OF REDLINED CHANGES(.4); TELEPHONE WITH RITTER REGARDING SAME(.4); RE-DRAFT PRE-TRIAL STATEMENT(.9); FINAL DRAFT AND FILING | 1.70 | hrs. | 561.00 |
| 06/14/2006 | LJT | TELEPHONE WITH RITTER REGARDING PRE-TRIAL CHANGES(.4); FILE PRE-TRIAL STATEMENT WITH CLERK WITH COURTESY COPIES TO JUDGE(.5) | 0.90 | hrs. | 297.00 |
| 06/26/2006 | LJT | WORK ON DISCOVERY RESPONSES AND NOTICE TO ADMIT | 1.10 | hrs. | 363.00 |
| 06/29/2006 | LJT | REVIEW REQUEST TO ADMIT AND OTHER DISCOVERY FOR RESPONSE | 0.60 | hrs. | 198.00 |
| 06/30/2006 | LJT | WORK ON RESPONSE TO NOTICE TO ADMIT(.6), TELEPHONE WITH TRUSTEE(.3), CORRESPONDENCE TO COLEMAN(.3) | 1.20 | hrs. | 396.00 |
| 07/10/2006 | LJT | WORK ON NOTICE TO ADMIT TELEPHONE TO TRUSTEE | 0.90 | hrs. | 297.00 |
| 08/03/2006 | LJT | TELEPHONE TO COLEMAN(.3) WORK ON RESPONSE TO ADMIT FACTS(.6) | 0.90 | hrs. | 297.00 |
| 08/04/2006 | LJT | FINALIZE AND FILE AND SERVE | 1.50 | hrs. | 495.00 |

RESPONSE TO NOTICE TO ADMIT,
TELEPHONE TO COLEMAN

|  |  |  | MATTER TOTAL |  | $7,614.00 |
|---|---|---|---|---|---|

### BBBBB    REVIEW OF DOCUMENTS AND 2004 TRANSCRIPTS

| 02/27/2006 | LJT | RECEIPT OF MATERIALS AND PLEADINGS FROM KATE MCQUIRE | 0.80 hrs. | 264.00 |
|---|---|---|---|---|
| 07/14/2006 | LJT | REVIEW DEPOSITION TRANSCRIPT SUPPLIED BY KATE MCGUIRE | 0.90 hrs. | 297.00 |
| 08/17/2006 | LJT | REVIEW DEPOSITION TRANSCRIPT | 0.90 hrs. | 297.00 |

|  |  |  | MATTER TOTAL |  | $858.00 |
|---|---|---|---|---|---|

### CCCCC    RESEARCH

| 03/20/2006 | MCW | RESEARCH ENFORCEMENT OF SETTLEMENT ENTERED INTO BY TRUSTEE AS TO PREFERENCE CLAIM UNDER BANKRUPTCY PROCEEDING; REVIEW STATUES,CASE LAW AND SECONDARY SOURCES | 2.10 hrs. | 336.00 |
|---|---|---|---|---|
| 03/21/2006 | LJT | REVIEW RESEARCH FROM MATT WASSERMAN, CONTINUE RESEARCH | 0.90 hrs. | 297.00 |
| 03/21/2006 | MCW | RESEARCH TRUSTEES AUTHORITY TO SETTLE PREFERENCE CLAIMS(1.4); REVIEW RULE 9019 AND CASE LAW ASSOCIATED WITH RULE 9019(.9); REVIEW COURT DOCKET(.2); REVIEW; OFFICE CONFERENCE WITH ATTORNEY L. JUDSON TODHUNTER REGARDING SAME | 2.50 hrs. | 400.00 |
| 03/22/2006 | LJT | ADDITIONAL RESEARCH RE SETTLEMENTS AND ENFORCEABILITY (1.5) CORRESPONDENCE AND TELEPHONE WITH K. MCGUIRE (.3) | 1.80 hrs. | 594.00 |
| 04/05/2006 | LJT | RESEARCH AND REVIEW FOR MOTION FOR SUMMARY JUDGMENT ON COUNT II | 2.10 hrs. | 693.00 |
| 09/21/2006 | LJT | REVIEW FOR MOTIONS OR OTHER PROCEDURES TO ELIMINATE SETTOFF | 0.50 hrs. | 165.00 |

|  |  |  | MATTER TOTAL |  | $2,485.00 |
|---|---|---|---|---|---|

### DDDDD    SETTLEMENT

| 05/12/2006 | LJT | TELEPHONE WITH TRUSTEE RE | 0.40 hrs. | 132.00 |
|---|---|---|---|---|

10441    Case 03-49243   Doc 918   Filed 12/06/06   Entered 12/06/06 15:09:12   Desc Main
DAVID GROCHOCINSK Document   STATE OF age 15 of 23   121481    Page 4
SETTLEMENT AUTHORITY AND CASE

| 06/21/2006 | LJT | TELEPHONE WITH JOE COLEMAN RE COURT HEARING AND SETTLEMENT | 0.30 hrs. | 99.00 |
|---|---|---|---|---|
| 06/23/2006 | LJT | REVIEW FILE FOR SETTLEMENT TELEPHONE TO KATE MCGUIRE | 0.90 hrs. | 297.00 |
| 07/07/2006 | LJT | REVIEW FOR TRUSTEE DISCOVERY AND SETTLEMENT | 0.30 hrs. | 99.00 |
| 07/25/2006 | LJT | TELEPHONE CONFERENCE WITH DAVID GROCHOCINSKI RE POSSIBLE SETTLEMENT AND MEETING WITH KATE MCGUIRE | 0.30 hrs. | 99.00 |
| 07/27/2006 | LJT | REVIEW MATERIALS AND BACKUP FOR PREFERENCE SUIT (.5) MEETING WITH KATE MCQUIRE (.7) TELEPHONE TO DAVID GROCHOCINSKI REGARDING POSSIBILITY OF SETTLEMENT OFFER (.3) CORRESPONDENCE TO DEFENDANTS ATTORNEY (.3) | 1.80 hrs. | 594.00 |
| 08/01/2006 | LJT | TELEPHONE TO COLEMAN RE OFFER | 0.20 hrs. | 66.00 |
| 08/09/2006 | LJT | REVIEW SETTLEMENT STATUS; TELEPHONE TO COLEMAN | 0.50 hrs. | 165.00 |
| 08/11/2006 | LJT | TELEPHONE CONFERENCE WITH COLEMAN REGARDING RESPONSE TO OFFER; TELEPHONE CONFERENCE WITH GROCHOCINSKI | 0.40 hrs. | 132.00 |
| 08/28/2006 | LJT | RECEIPT AND REVIEW SETTLEMENT OFFER(.4); TELEPHONE CONFERENCE WITH TRUSTEE(.3); TELEPHONE CONFERENCE WITH ATTORNEY FOR DEFENDANT REGARDING SAME(.3) | 1.00 hrs. | 330.00 |
| 08/29/2006 | LJT | REVIEW CASES CITED IN SETTLEMENT OFFER | 0.90 hrs. | 297.00 |
| 09/01/2006 | LJT | TELEPHONE WITH TRUSTEE RE POSSIBLE SETTLEMENT REVIEW SETTLEMENT OFFER BACKUP | 0.60 hrs. | 198.00 |
| 09/19/2006 | LJT | TELEPHONE WITH COLEMAN RE SETTLEMENT STATUS | 0.40 hrs. | 132.00 |
| 09/29/2006 | LJT | CORRESPONDENCE FROM TRUSTEE TELEPHONE FROM COLEMAN REVIEW CORRESPONDENCE RE SETTLEMENT AND APPROVAL BY COURT | 0.70 hrs. | 231.00 |
| 10/03/2006 | LJT | VARIOUS CALLS WITH TRUSTEE AND JOE COLEMAN TO SETTLE CASE REVIEW CASES ON APPROVAL OF SETTLEMENT REQUIREMENT WITH | 0.90 hrs. | 297.00 |

Case 03-49243  Doc 918  Filed 12/06/06  Entered 12/06/06 15:09:12  Desc Main
Document  Page 16 of 23

TRUSTEE

| 10/04/2006 | LJT | VARIOUS TELEPHONE CALLS WITH JOE COLEMAN RE TRUSTEE RESULTING IN SETTLEMENT AGREEMENT | 1.10 hrs. | 363.00 |
|---|---|---|---|---|
| 10/05/2006 | LJT | CORRESPONDENCE FROM COLEMAN RE AGREEMENT; CORRESPONDENCE FROM TRUSTEE RE NEXT HEARING DATE FOR SETTLEMENT | 0.40 hrs. | 132.00 |
| 10/06/2006 | LJT | CORRESPONDENCE TO TRUSTEE RE FINAL SETTLEMENT | 0.30 hrs. | 99.00 |
| 10/17/2006 | LJT | DRAFT SETTLEMENT AGREEMENT CORRESPONDENCE TO JOE COLEMAN CORRESPONDENCE TO TRUSTEE | 0.90 hrs. | 297.00 |
| 10/19/2006 | LJT | TELEPHONE WITH TRUSTEE RE SETTLEMENT AGREEMENT REVISE AGREEMENT CORRESPONDENCE TO COLEMAN | 0.80 hrs. | 264.00 |
| 10/20/2006 | LJT | CORRESPONDENCE FROM TRUSTEE RE AMENDED SETTLEMENT AGREEMENT | 0.20 hrs. | 66.00 |
| 10/25/2006 | LJT | RECEIPT OF REVISED SETTLEMENT AGREEMENT CORRESPONDENCE TO RITTER RE SAME | 0.30 hrs. | 99.00 |

MATTER TOTAL  $4,488.00

**EEEEE  COURT APPEARANCE AND MISCELLANEOUS SERVICES**

| 03/09/2006 | MCW | TRAVEL TO DIRKSEN BUILDING; APPEAR IN BANKRUPTCY COURT REGARDING ROUTINE MOTION TO APPOINT DEFREES AND FISKE AS SPECIAL COUNSEL FOR TRUSTEE | 0.80 hrs. | 128.00 |
|---|---|---|---|---|
| 04/12/2006 | LJT | TELEPHONE TO MICHELLE NOVICH RE DISCOVERY CONFERENCE CALL | 0.30 hrs. | 99.00 |
| 04/17/2006 | LJT | CORRESPONDENCE FROM QUAID RE 2004 ORDER(.2), TELEPHONE TO KATE MCGUIRE RE 2004 ORDER(.2) | 0.40 hrs. | 132.00 |
| 04/28/2006 | LJT | TELEPHONE WITH TRUSTEE RE STATUS OF PREFERENCE SUIT TELEPHONE WITH KATE MCGUIRE RE MEETING | 0.50 hrs. | 165.00 |
| 05/02/2006 | LJT | MEETING WITH KATE MCGUIRE RE ADDITIONAL INFORMATION | 0.90 hrs. | 297.00 |
| 05/03/2006 | LJT | RECEIPT AND REVIEW PRETRIAL ORDERS FROM TRUSTEE REVIEW DISCLOSURE STATUS. CORRESPONDENCE TO MCQUIRE RE | 0.80 hrs. | 264.00 |

10441   DAVID GROCHOCINSKI, TRUSTEE OF   Invoice # 121481   Page 6
TRANSCRIPT

| 05/18/2006 | LJT | PREPARE FOR AND TELEPHONE CONFERENCE WITH DAVID RITTER AND M. NOVACK RE SCHEDULING AND SETTLEMENT POSSIBILITIES | 1.00 hrs. | 330.00 |
|---|---|---|---|---|
| 06/19/2006 | LJT | TELEPHONE TO DAVID RITTER REGARDING JUNE 20, 2006 COURT HEARING(.3); TELEPHONE CONFERENCE WITH CLIENT(.3) | 0.60 hrs. | 198.00 |
| 06/20/2006 | LJT | COURT APPEARANCE FOR PRETRIAL CONFERENCE, CONFERENCE WITH COLEMAN, DEFENDANT'S ATTORNEY | 1.10 hrs. | 363.00 |
| 07/19/2006 | LJT | TELEPHONE WITH DAVE RITTER RE MOTION TO AMEND COUNTERCLAIM | 0.30 hrs. | 99.00 |
| 07/20/2006 | LJT | T/C WITH RITTER RE STATUS OF SETTLEMENT OFFER AND AMENDED COUNTERCLAIM | 0.40 hrs. | 132.00 |
| 07/21/2006 | LJT | TELEPHONE WITH RITTER CORRESPONDENCE FROM RITTER RE AMENDED COUNTERCLAIM | 0.40 hrs. | 132.00 |
| 07/24/2006 | LJT | CORRESPONDENCE TO DAVID RITTER RE PROCEDURE IN FILING AN AMENDED COUNTERCLAIM | 0.30 hrs. | 99.00 |
| 08/30/2006 | LJT | CORRESPONDENCE REGARDING 2004 EXAM; CORRESPONDENCE TO KATE McQUIRE REGARDING SAME | 0.30 hrs. | 99.00 |
| 09/06/2006 | LJT | CORRESPONDENCE AND TELEPHONE CONFERENCE RE KOGAN EXAM | 0.40 hrs. | 132.00 |
| 10/02/2006 | LJT | REVIEW FILES FOR AND PREPARE FOR DEPOSITION OF KOGAN THURSDAY | 1.10 hrs. | 363.00 |
| 10/27/2006 | LJT | TELEPHONE TO RITTER RE EXECUTED AGREEMENT(.3) BEGIN DRAFT OF SETTLEMENT AGREEMENT(.8), TELEPHONE TO KATHLEEN MCGUIRE(.2) | 1.30 hrs. | 429.00 |
| 10/30/2006 | LJT | TELEPHONE WITH KATE MCGUIRE RE SERVICE LIST(.2), DRAFT MOTION TO APPROVE SETTLEMENT(1.4) TELEPHONE TO DEFENDANTS COUNSEL(.2) | 1.80 hrs. | 594.00 |
| 10/31/2006 | LJT | FINALIZE MOTION NOTICE AND ORDER FOR SETTLEMENT; TELEPHONE WITH DAVID RITTER RE: DRAFTS OF SETTLEMENT | 1.10 hrs. | 363.00 |
| 11/21/2006 | LJT | COURT APPEARANCE ON MOTION TO | 1.00 hrs. | 330.00 |

10441        DAVID GROCHOCINSKI, TRUSTEE OF        Invoice # 121481        Page 7
                          APPROVE SETTLEMENT

| 11/22/2006 | LJT | WORK ON FEE PETITION | 1.50 hrs. | 495.00 |
| 11/24/2006 | LJT | FINALIZE FEE PETITION AND NOTICES; SERVE NOTICES | 1.00 hrs. | 330.00 |

|  | MATTER TOTAL | | | $5,573.00 |

|  | CLIENT TOTAL | | | $21,018.00 |
| GIESE, DOUGLAS C. | 0.30 | 190.00 | $57.00 |
| TODHUNTER, L. JUDSON | 60.90 | 330.00 | $20,097.00 |
| WASSERMAN, MATTHEW | 5.40 | 160.00 | $864.00 |
|  | 66.60 | | $21,018.00 |

DISBURSEMENTS:
    XEROX COPIES                                                                    $4.20
    LEXIS RESEARCH                                                                 $9.68
                          TOTAL DISBURSEMENTS                          $13.88

Billing Summary

| Total professional services | $21,018.00 |
| Total expenses incurred | $13.88 |
| | ---------------- |
| Total of new charges for this invoice | $21,031.88 |
| | ---------------- |

**Total balance now due**                          **$21,031.88**

10441 -0601

**IN THE UNITED STATES BANKRUTPCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| BUILDERS PLUMBING & HEATING | ) | Case No. 03 B 49243 |
| SUPPLY CO., et al., | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | Hon. John H. Squires |
| | ) | United States Bankruptcy Judge |
| | ) | Hearing Date:  Dec. 18, 2006 |
| | ) | Hearing Time:  9:30 a.m. |

**NOTICE OF HEARING ON REQUEST FOR ALLOWANCE
OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**PLEASE TAKE NOTICE** that the following professional is seeking the allowance of

final compensation and reimbursement of expenses in the above-captioned Chapter 7 case.

("Fee Request")

| PROFESSIONAL | PERIOD COVERED | FEES REQUESTED | EXPENSES REQUESTED |
|---|---|---|---|
| L. Judson Todhunter, Defrees & Fiske, Counsel to David E. Grochocinski, Trustee | 2/27/2006 through 12/18/2006 | $21,018.00 | $13.88 |

PLEASE TAKE FURTHER NOTICE that a hearing on the Fee Requests will be held before the

Honorable John H. Squires, Courtroom 680, 219 S. Dearborn, Chicago, Illinois 60604 on

December 18, 2006 at 9:30 a.m.  Copies of the Fee Request will be available at the Office of the

Clerk of the Bankruptcy Court, 219 S. Dearborn, Chicago, Illinois 60604, or from the

undersigned professional making the Fee Request.

Objections, if any, shall be in writing and filed with the Clerk of the Bankruptcy Court,

219 S. Dearborn Street, Chicago, Illinois 60604 by the close of business on December 15, 2006.

Copies of the objections shall be served upon the following persons in accordance with the

applicable provisions of the Federal Rules of Bankruptcy Procedure:

U.S. Trustee                      David E. Grochocinski
227 W. Monroe,                    Grochocinski, Grochocinski & Lloyd, Ltd.
Suite 3350                        1900 Ravinia Place
Chicago, IL 60606                 Orland Park, IL  60462


L. Judson Todhunter
Defrees & Fiske
200 S. Michigan Ave.
Suite 1100
Chicago, IL 60604


Dated: November 28, 2006

TRUSTEE's SPECIAL COUNSEL:

L.  Judson Todhunter
Defrees & Fiske
200 S. Michigan Ave.
Suite 1100
Chicago, IL 60604
(312) 372-4000

## PROOF OF SERVICE

I, L. Judson Todhunter, an attorney, certify that I sent a copy of the above Notice of
Hearing on Request for Allowance of Interim Compensation and Reimbursement of Expenses to
all creditors named on the attached service list via United States Mail from 200 S. Michigan
Avenue, Chicago, Illinois, this 28th day of November, 2006.

L. Judson Todhunter



L. Judson Todhunter (Atty. ID #2840510)
Defrees & Fiske
200 South Michigan
Suite 1100
Chicago, IL 60604
(312) 372-4000

**Builders Plumbing & Heating Supply Co., et al.**
**Case No. 03 B 49243**

Kathryn Gleason, Esq.
U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL 60606

George Apostolides
Barry Chatz
Arnstein & Lehr, LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606

Joel A. Stein, Esq.
Deutsch Levy & Engel Chtd.
225 W. Washington Street
17th Floor
Chicago, IL 60606

Brynn E. Perna
Cole Taylor Bank
9550 West Higgins Road
Rosemont, IL 60018

Brad Berish
Chad H. Gettleman
Adelman Gettleman Merens et al.
53 W. Jackson Blvd, Suite 1050
Chicago, IL 60604

Steven B. Towbin
Matthew A. Swanson
Shaw Gussis Fishman Glantz et al.
321 N. Clark Street, Suite 800
Chicago, IL 60610

Dennis M. Saletta
Bank One, NA
120 South LaSalle Street, 6th Floor
Chicago, IL 60603

Richard M. Bendix, Jr., Esq.
Schwartz, Cooper, Greenberger et al
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601

Robert J. Corsentino
Mitchell B. Rasky
LaSalle Bank
135 S. LaSalle Street
Chicago, IL 60603

Craig R. Graff
Michael A. Silverman
Silverman Consulting
5750 Old Orchard Road, Suite 520
Skokie, IL 60077

Scott Blakeley
Blakeley & Blakeley, LLP
2030 Main Street, Suite 540
Irvine, CA 92614

Sharon Levine
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

John A. Lipinsky
Compan & Anderson, PC
2525 Cabot Drive, Suite 300
Lisle, IL  60532

Terry Hall
General Counsel and Secretary
Ferguson Enterprises, Inc.
12500 Jefferson Avenue
Newport News, VA  23602-4314

Kathryn B. Bussing
Blackwell Sanders Peper Martin LLP
4801 Main Street, Suite 1000
Kansas City, MO  64112

Kane Russell Coleman & Logan PC
Attn:  Joseph Coleman  & David Ritter 1601 Elm Street
3700 Thanksgiving Tower
Dallas, TX  75201

Russell E. Smith, Corporate Atty.
Ferguson Enterprises, Inc.
12500 Jefferson Avenue
Newport New, VA  23602

Norman Hanfling
Norman Hanfling & Assoc.
208 S. LaSalle Street, Suite 1400
Chicago, IL  60604

Marc Fenton
Piper & Rudnick
203 N. LaSalle Street
Suite 1800
Chicago, IL  60601

Abraham Brustein
Christopher B. Lega
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL  60068

Susan De Resendiz
Harold Kaplan
Gardner Carton & Douglas LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL  60606

Kathryn B. Bussing
Blackwell Sanders Peper Martin LLP
4801 Main Street, Suite 1000
Kansas City, MO  64112

Benjamin Ackerly
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA  23219

Missouri Dept. of Rev. Bkcy. Unit
Attn:  Steve Ginther
P.O. Box 475
301 West High Street, Room 670
Jefferson City, MO  65105-0475

Dennis E. Quaid
Fagel Haber LLC
55 E. Monroe St., 40th Floor
Chicago, IL  60603

Mark Heroux
KPMG – Tax Controversy Service
303 East Wacker Drive
Chicago, IL  60601-5255

John A. Lipinsky
Compan & Anderson, PC
2525 Cabot Drive, Suite 300
Lisle, IL 60532

David M. Schilli
Robinson, Bradshaw & Hinson
101 N. Tryon Street
Suite 1900
Charlotte, NC 28246

Kristin B. Kieffer
Post Office Drawer 7608
Winter Haven, FL 33883-7618

David Bart
American Express Tax & Business
One South Wacker Drive
Suite 800
Chicago, IL 60606

Kathleen M. McGuire
Grochocinski,. Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Roy F. Kiplinger
110 West Barry Street
Suite 1100
Fort Wayne, IN 46802