**EXHIBIT**

**TIME EXPENDITURE PER ATTORNEY**

| Name | Rate | Time Expended | Amount requested |
|---|---|---|---|
| Mark S. Heroux | 600/hr | 8.1 | $4,860.00 |
| Michael Lueck | 450/hr | 1.0 | $ 450.00 |
| **TOTAL** | | | $5,310.00 |