## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Builders Plumbing & | ) | Case No. 03 B 49243 |
| Heating Supply Co., et. al. | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. John H. Squires |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## ORDER SUSTAINING TRUSTEE'S FIFTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS)

This matter having come before the Court on the Fifth Omnibus Objection to Claims
(Duplicate Claims) (the "Objection"), of David E. Grochocinski (the "Trustee"), as Chapter
7 trustee of the bankruptcy estates of Builders Plumbing & Heating Supply Co., Glendale
Plumbing Supply Co., Inc., Southwest Pipe & Supply, Inc., and Spesco, Inc.; due notice
having been given; the Court having reviewed and considered the Objection and responses,
if any, thereto; and the Court being otherwise fully advised in the premises:

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

1.  The Trustee's motion for entry of this Order is GRANTED.

2.  The Duplicate Claims listed on Exhibit A under the heading "Duplicate
Claims to Be Disallowed" are hereby disallowed in their entirety.

3.  This Court shall retain jurisdiction over all matters arising from or related to
the implementation of this Order.

4.    This is a final Order, effective immediately upon its entry by the clerk.

DATED: ___MAR - 4 2010___          ORDERED AND APPROVED:

_____ AM

Honorable John H. Squires
United States Bankruptcy Judge

Prepared By:

Kathleen M. McGuire
Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL 60462
(708) 226-2700
fax (708) 226-9030

# IN RE BUILDERS PLUMBING & HEATING SUPPLY CO., et al, 03 B 49243

Trustee's Fifth Omnibus Objection to Claims

| Claimant Name and Address | Claim Amount | Estate Against Which Claim Is Asserted | Reason for Proposed Disallowance | Duplicate Claim to Be Disallowed | Surviving Claim Number |
|---|---|---|---|---|---|
| Amerec Products G. Brindley, Vice Pres. P.O. Box 2258 Woodinville, WA 98072 | $45,395.99 | Builders | | | 354 |
| Amerec Products G. Brindley, Vice Pres. P.O. Box 2258 Woodinville, WA 98072 | $2,166.60 | Spesco | | | 355 |
| Amerec Products G. Brindley, Vice Pres. P.O. Box 2258 Woodinville, WA 98072 | $1,187.65 | Glendale | | | 356 |
| Amerec Products G. Brindley, Vice Pres. P.O. Box 2258 Woodinville, WA 98072 | $0.00 | Builders | Duplicate of claim no. 354 | 357 | |
| American Plumber Phyllis Welsch, Credit Mgr. n/k/a Pentair Plymouth Prods. 502 Indiana Ave. P.O. Box 1047 Sheboygan, WI 53082-1047 | $0.00 | Builders | Duplicate of claim no. 289 of Plymouth Products | 288 | |
| Plymouth Products Phyllis Welsch, Credit Mgr. 502 Indiana Ave. P.O. Box 1047 Sheboygan, WI 53081 | $1,171.00 | SWP | | | 285 |

Exhibit A

# IN RE BUILDERS PLUMBING & HEATING SUPPLY CO., et al., 03 B 49243

Trustee's Fifth Omnibus Objection to Claims

| Claimant Name and Address | Claim Amount | Estate Against Which Claim Is Asserted | Reason for Proposed Disallowance | Duplicate Claim to Be Disallowed | Surviving Claim Number |
|---|---|---|---|---|---|
| Plymouth Products<br>Phyllis Welsch, Credit Mgr.<br>502 Indiana Ave.<br>P.O. Box 1047<br>Sheboygan, WI 53081 | $30.00 | Glendale | | | 286 |
| Plymouth Products<br>Phyllis Welsch, Credit Mgr.<br>502 Indiana Ave.<br>P.O. Box 1047<br>Sheboygan, WI 53081 | $0.00 | Builders | Duplicate of claim no. 289 | 287 | |
| Plymouth Products<br>Phyllis Welsch, Credit Mgr.<br>502 Indiana Ave.<br>P.O. Box 1047<br>Sheboygan, WI 53081 | $15,929.00 | Builders | | | 289 |
| Arrowhead Brass Products<br>5147 Alhambra Ave.<br>Los Angeles, CA 90032 | $26,532.39 | Builders | Duplicate; superseded by claim no. 1023 | 774 | |
| Arrowhead Brass Products<br>5147 Alhambra Ave.<br>Los Angeles, CA 90032 | $5,237.70 | SWP | | | 775 |
| Arrowhead Brass Products<br>5147 Alhambra Ave.<br>Los Angeles, CA 90032 | $9,770.81 | Glendale | | | 776 |
| Arrowhead Brass Products<br>5147 Alhambra Ave.<br>Los Angeles, CA 90032 | $35,007.29 | Builders | | | 1023 |

Exhibit A

# IN RE BUILDERS PLUMBING & HEATING SUPPLY CO., et al., 03 B 49243

Trustee's Fifth Omnibus Objection to Claims

| Claimant Name and Address | Claim Amount | Estate Against Which Claim Is Asserted | Reason for Proposed Disallowance | Duplicate Claim to Be Disallowed | Surviving Claim Number |
|---|---|---|---|---|---|
| Black Swan Mfg. Co.<br>4540 W. Thomas St.<br>Chicago, IL 60651 | $408.56 | SWP | | | 138 |
| Black Swan Mfg. Co.<br>4540 W. Thomas St.<br>Chicago, IL 60651 | $7,833.15 | Glendale | | | 139 |
| Black Swan Mfg. Co.<br>4540 W. Thomas St.<br>Chicago, IL 60651 | $9,976.72 | Builders | | | 140 |
| Black Swan Mfg. Co.<br>4540 W. Thomas St.<br>Chicago, IL 60651 | $0.00 | Builders | Duplicate of claim no. 140 | 141 | |
| Black Swan Mfg. Co.<br>4540 W. Thomas St.<br>Chicago, IL 60651 | $18,071.69 | Builders | Duplicate of claims nos. 138, 139 & 140 | 863 | |
| Bradley Corporation<br>Attn: Credit Mgr.<br>Bin No. 53066<br>Milwaukee, WI 53288 | $8,206.00 | Glendale | | | 525 |
| Bradley Corporation<br>Attn: Credit Mgr.<br>Bin No. 53066<br>Milwaukee, WI 53288 | $12,532.00 | Builders | | | 526 |
| Bradley Corporation<br>Attn: Credit Mgr.<br>Bin No. 53066<br>Milwaukee, WI 53288 | $1,212.23 | SWP | | | 527 |

**Exhibit A**

# IN RE BUILDERS PLUMBING & HEATING SUPPLY CO., et al., 03 B 49243

Trustee's Fifth Omnibus Objection to Claims

| Claimant Name and Address | Claim Amount | Estate Against Which Claim Is Asserted | Reason for Proposed Disallowance | Duplicate Claim to Be Disallowed | Surviving Claim Number |
|---|---|---|---|---|---|
| Bradley Corporation<br>Attn: Credit Mgr.<br>Bin No. 53066<br>Milwaukee, WI 53288 | $21,950.23 | Builders | Duplicate of claims no. 525, 526 & 527 | 976 | |
| Complete Vending Service<br>Robert Carqueville, Pres.<br>2045 N. Janice<br>Melrose Park, IL 60160 | $629.00 | Builders | Superseded by claim no. 1039 | 160 | |
| Complete Vending Service<br>Robert Carqueville, Pres.<br>2045 N. Janice<br>Melrose Park, IL 60160 | $879.50 | Builders | | | 1039 |
| Diversitech<br>Raymond Hamilton, CAO<br>6650 Sugarloaf Pkwy.<br>Suite 100<br>Duluth, GA 30097 | $3,451.00 | Builders | Superseded by claim no. 967 | 593 | |
| Diversitech<br>Raymond Hamilton, CAO<br>6650 Sugarloaf Pkwy.<br>Suite 100<br>Duluth, GA 30097 | $634.27 | Glendale | | | 594 |
| Diversitech<br>Raymond Hamilton, CAO<br>6650 Sugarloaf Pkwy.<br>Suite 100<br>Duluth, GA 30097 | $2,923.03 | Builders | | | 967 |

Exhibit A

# IN RE BUILDERS PLUMBING & HEATING SUPPLY CO., et al., 03 B 49243

## Trustee's Fifth Omnibus Objection to Claims

| Claimant Name and Address | Claim Amount | Estate Against Which Claim Is Asserted | Reason for Proposed Disallowance | Duplicate Claim to Be Disallowed | Surviving Claim Number |
|---|---|---|---|---|---|
| E L Mustee & Sons, Inc.<br>Attn: Kevin Mustee<br>P.O.Box 70489-t<br>Cleveland, OH 44190 | $11,273.85 | SWP | | | 273 |
| E L Mustee & Sons, Inc.<br>Attn: Kevin Mustee<br>P.O.Box 70489-t<br>Cleveland, OH 44190 | $51,576.85 | Glendale | | | 274 |
| E L Mustee & Sons, Inc.<br>Attn: Kevin Mustee<br>P.O.Box 70489-t<br>Cleveland, OH 44190 | $110,340.22 | Builders | | | 275 |
| E L Mustee & Sons, Inc.<br>Attn: Kevin Mustee<br>P.O.Box 70489-t<br>Cleveland, OH 44190 | $173,190.92 | | Duplicate of claims nos. 273, 274 & 275 | 873 | |
| FHP Kindred<br>3050 Campus Drive<br>Suite 500<br>Hatfield, PA 19440 | $26,450.03 | Glendale | | | 764 |
| FHP Kindred<br>3050 Campus Drive<br>Suite 500<br>Hatfield, PA 19440 | $26,450.03 | Glendale | Duplicate of claim no. 764; claim is also tardily filed | 1092 | |
| Foresees Products Incorporated<br>Attn: President<br>304 E. Florida St.<br>Milwaukee, WI 53204 | $3,344.00 | Glendale | | | 507 |

**Exhibit A**

# IN RE BUILDERS PLUMBING & HEATING SUPPLY CO., et al., 03 B 49243

Trustee's Fifth Omnibus Objection to Claims

| Claimant Name and Address | Claim Amount | Estate Against Which Claim Is Asserted | Reason for Proposed Disallowance | Duplicate Claim to Be Disallowed | Surviving Claim Number |
|---|---|---|---|---|---|
| Foresees Products Incorporated<br>Attn: President<br>304 E. Florida St.<br>Milwaukee, WI 53204 | $2,701.24 | Glendale | Duplicate of claim no. 507 | 1024 | |
| Foresees Products Incorporated<br>Attn: President<br>304 E. Florida St.<br>Milwaukee, WI 53204 | $642.61 | Glendale | Duplicate of claim no. 507 | 1025 | |
| Howards Products, Inc.<br>Lisa Howard, Treasurer<br>231 S. Frontage Road, Suite 14<br>Burr Ridge, IL 60527 | $4,530.58 | Glendale | | | 555 |
| Howards Products, Inc.<br>Lisa Howard, Treasurer<br>231 S. Frontage Road, Suite 14<br>Burr Ridge, IL 60527 | $890.77 | SWP | | | 556 |
| Howards Products, Inc.<br>Lisa Howard, Treasurer<br>231 S. Frontage Road, Suite 14<br>Burr Ridge, IL 60527 | $31,453.57 | Builders | | | 557 |
| Howards Products, Inc.<br>Lisa Howard, Treasurer<br>231 S. Frontage Road, Suite 14<br>Burr Ridge, IL 60527 | $32,344.34 | SWP Builders | Duplicate of claims nos. 556 and 557 | 974 | |
| Howards Products, Inc.<br>Lisa Howard, Treasurer<br>231 S. Frontage Road, Suite 14<br>Burr Ridge, IL 60527 | $4,530.58 | Glendale | Duplicate of claim no. 555 | 975 | |

Exhibit A

# IN RE BUILDERS PLUMBING & HEATING SUPPLY CO., et al., 03 B 49243

Trustee's Fifth Omnibus Objection to Claims

| Claimant Name and Address | Claim Amount | Estate Against Which Claim Is Asserted | Reason for Proposed Disallowance | Duplicate Claim to Be Disallowed | Surviving Claim Number |
|---|---|---|---|---|---|
| J C Whitlam Manufacturing<br>S. Casey, Vice President<br>200 W. Walnut Street<br>P.O. Box 380<br>Wadsworth, OH 44281 | $3,681.69 | SWP | | | 369 |
| J C Whitlam Manufacturing<br>S. Casey, Vice President<br>200 W. Walnut Street<br>P.O. Box 380<br>Wadsworth, OH 44281 | $137.20 | Glendale | | | 370 |
| J C Whitlam Manufacturing<br>S. Casey, Vice President<br>200 W. Walnut Street<br>P.O. Box 380<br>Wadsworth, OH 44281 | $3,818.89 | Builders | Duplicate of claims nos. 369 and 370 | 1048 | |
| Josam Company<br>Nicholas Quatrini, Controller<br>2501 South Front Street<br>Philadelphia, PA 19148 | $31.25 | Spesco | | | 512 |
| Josam Company<br>Nicholas Quatrini, Controller<br>2501 South Front Street<br>Philadelphia, PA 19148 | $99.85 | SWP | | | 513 |
| Josam Company<br>Nicholas Quatrini, Controller<br>2501 South Front Street<br>Philadelphia, PA 19148 | $28,141.04 | Glendale | | | 514 |

**Exhibit A**

# IN RE BUILDERS PLUMBING & HEATING SUPPLY CO., et al., 03 B 49243

Trustee's Fifth Omnibus Objection to Claims

| Claimant Name and Address | Claim Amount | Estate Against Which Claim Is Asserted | Reason for Proposed Disallowance | Duplicate Claim to Be Disallowed | Surviving Claim Number |
|---|---|---|---|---|---|
| Josam Company<br>Nicholas Quatrini, Controller<br>2501 South Front Street<br>Philadelphia, PA 19148 | $42,208.97 | Builders | | | 515 |
| Josam Company<br>Nicholas Quatrini, Controller<br>2501 South Front Street<br>Philadelphia, PA 19148 | $0.00 | Builders | Duplicate of claim no. 515 | 511 | |
| Josam Company<br>Nicholas Quatrini, Controller<br>2501 South Front Street<br>Philadelphia, PA 19148 | $70,449.86 | Builders<br>Glendale<br>SWP | Duplicate of claims nos. 513, 514, 515 | 983 | |
| Lippert Corp.<br>Dale Pieterpol, CFO<br>P.O. Box 1030<br>Menomonee Falls, WI 53052 | $1,602.00 | Glendale | Superseded by claim no. 987 | 414 | |
| Lippert Corp.<br>Dale Pieterpol, CFO<br>P.O. Box 1030<br>Menomonee Falls, WI 53052 | $31,660.45 | Builders | Superseded by claim no. 987 | 415 | |
| Lippert Corp.<br>Dale Pieterpol, CFO<br>P.O. Box 1030<br>Menomonee Falls, WI 53052 | $33,629.99 | Glendale<br>Builders | | | 987 |
| Logans<br>P.O. Box 729<br>Shelbyville, KY 40066 | $438.24 | Builders | Superseded by claim no. 961 | 429 | |

Exhibit A

# IN RE BUILDERS PLUMBING & HEATING SUPPLY CO., et al., 03 B 49243

Trustee's Fifth Omnibus Objection to Claims

| Claimant Name and Address | Claim Amount | Estate Against Which Claim Is Asserted | Reason for Proposed Disallowance | Duplicate Claim to Be Disallowed | Surviving Claim Number |
|---|---|---|---|---|---|
| Logans<br>P.O. Box 729<br>Shelbyville, KY  40066 | $493.37 | Builders | | | 961 |
| Midwest Hydra-Line, Inc.<br>David L. Palmer, Vice Pres.<br>698 U.S. Hwy 150 East<br>P.O. Box 1265<br>Galesburg, IL  61402-1265 | $4,455.00 | Builders | Superseded by claim no. 817 | 166 | |
| Midwest Hydra-Line, Inc.<br>David L. Palmer, Vice Pres.<br>698 U.S. Hwy 150 East<br>P.O. Box 1265<br>Galesburg, IL  61402-1265 | $4,605.82 | Builders | | | 817 |
| Netafim Irrigation, Inc.<br>Attn: Controller<br>5470 E. Home Ave.<br>Fresno, CA  93727 | $23,167.52 | Builders,<br>Glendale,<br>Spesco | Superseded by claims nos. 614, 615, 616 | 4 | |
| Netafim Irrigation, Inc.<br>Attn: Controller<br>5470 E. Home Ave.<br>Fresno, CA  93727 | $19,161.47 | Builders | | | 614 |
| Netafim Irrigation, Inc.<br>Attn: Controller<br>5470 E. Home Ave.<br>Fresno, CA  93727 | $3,542.92 | Glendale | | | 615 |

Exhibit A

# IN RE BUILDERS PLUMBING & HEATING SUPPLY CO., et al., 03 B 49243

Trustee's Fifth Omnibus Objection to Claims

| Claimant Name and Address | Claim Amount | Estate Against Which Claim Is Asserted | Reason for Proposed Disallowance | Duplicate Claim to Be Disallowed | Surviving Claim Number |
|---|---|---|---|---|---|
| Netafim Irrigation, Inc.<br>Attn: Controller<br>5470 E. Home Ave.<br>Fresno, CA 93727 | $463.13 | Spesco | | | 616 |
| Opella, Inc.<br>Attn: Steve Lerner<br>1150 Cobb International Place<br>Suite E<br>Kennesaw, GA 30152 | $3,890.00 | SWP | | | 663 |
| Opella, Inc.<br>Attn: Steve Lerner<br>1150 Cobb International Place<br>Suite E<br>Kennesaw, GA 30152 | $15,755.00 | Builders | | | 664 |
| Opella, Inc.<br>Attn: Steve Lerner<br>1150 Cobb International Place<br>Suite E<br>Kennesaw, GA 30152 | $3,803.00 | Glendale | | | 665 |
| Opella, Inc.<br>Attn: Steve Lerner<br>1150 Cobb International Place<br>Suite E<br>Kennesaw, GA 30152 | $2,013.00 | Spesco | | | 666 |
| Opella, Inc.<br>Attn: Steve Lerner<br>1150 Cobb International Place<br>Suite E<br>Kennesaw, GA 30152 | $25,461.00 | Builders<br>Glendale<br>SWP<br>Spesco | Duplicate of claims nos. 663, 664, 665, 666 | 667 | |

Exhibit A

# IN RE BUILDERS PLUMBING & HEATING SUPPLY CO., et al., 03 B 49243

Trustee's Fifth Omnibus Objection to Claims

| Claimant Name and Address | Claim Amount | Estate Against Which Claim Is Asserted | Reason for Proposed Disallowance | Duplicate Claim to Be Disallowed | Surviving Claim Number |
|---|---|---|---|---|---|
| Opella, Inc.<br>Attn: Steve Lerner<br>1150 Cobb International Place<br>Suite E<br>Kennesaw, GA 30152 | $25,460.92 | Builders<br>Glendale<br>SWP<br>Spesco | Duplicate of claims nos. 663, 664, 665, 666 | 1013 | |
| P M & Associates, Inc.<br>Steven W. Hullet, Pres.<br>13095 Parkside Drive<br>Fishers, IN 46038 | $2,258.00 | Spesco | | | 550 |
| P M & Associates, Inc.<br>Steven W. Hullet, Pres.<br>13095 Parkside Drive<br>Fishers, IN 46038 | $116.00 | Builders | | | 551 |
| P M & Associates, Inc.<br>Steven W. Hullet, Pres.<br>13095 Parkside Drive<br>Fishers, IN 46038 | $0.00 | | Duplicate of claims nos. 550 and 551 | 552 | |
| P M & Associates, Inc.<br>Steven W. Hullet, Pres.<br>13095 Parkside Drive<br>Fishers, IN 46038 | $2,364.32 | Builders<br>Spesco | Duplicate of claims nos. 550 and 551 | | |
| Rams Glen, Inc.<br>K. Madden, Secy.<br>279 Pacific Street<br>San Marcos, CA 92065 | $855.00 | SWP | | | 581 |

Exhibit A

# IN RE BUILDERS PLUMBING & HEATING SUPPLY CO., et al., 03 B 49243

## Trustee's Fifth Omnibus Objection to Claims

| Claimant Name and Address | Claim Amount | Estate Against Which Claim Is Asserted | Reason for Proposed Disallowance | Duplicate Claim to Be Disallowed | Surviving Claim Number |
|---|---|---|---|---|---|
| Rams Glen, Inc.<br>K. Madden, Secy.<br>279 Pacific Street<br>San Marcos, CA 92065 | $855.00 | SWP | Duplicate of claim no. 581 | 1014 | |
| Reed Mfg.<br>Scott K. Wright, Pres.<br>1425 W. 8th St.<br>P.O. Box 1321<br>Erie, PA 16512 | $1,648.10 | Glendale | | | 220 |
| Reed Mfg.<br>Scott K. Wright, Pres.<br>1425 W. 8th St.<br>P.O. Box 1321<br>Erie, PA 16512 | $477.83 | Spesco | | | 226 |
| Reed Mfg.<br>Scott K. Wright, Pres.<br>1425 W. 8th St.<br>P.O. Box 1321<br>Erie, PA 16512 | $434.18 | Builders | | | 228 |
| Reed Mfg.<br>Scott K. Wright, Pres.<br>1425 W. 8th St.<br>P.O. Box 1321<br>Erie, PA 16512 | $2,560.11 | Glendale<br>Spesco<br>Builders | Duplicate of claims nos. 220, 226, 228 | 915 | |
| Riddile & Associates<br>Attn: Office Manager<br>2818 Centre Circle Drive<br>Downers Grove, IL 60515 | $1,142.63 | SWP | | | 385 |

Exhibit A

# IN RE BUILDERS PLUMBING & HEATING SUPPLY CO., et al., 03 B 49243

Trustee's Fifth Omnibus Objection to Claims

| Claimant Name and Address | Claim Amount | Estate Against Which Claim Is Asserted | Reason for Proposed Disallowance | Duplicate Claim to Be Disallowed | Surviving Claim Number |
|---|---|---|---|---|---|
| Riddile & Associates<br>Attn: Office Manager<br>2818 Centre Circle Drive<br>Downers Grove, IL 60515 | $14,212.60 | Builders | | | 386 |
| Riddile & Associates<br>Attn: Office Manager<br>2818 Centre Circle Drive<br>Downers Grove, IL 60515 | $15,355.13 | Builders | Duplicate of claims nos. 385 and 386 | 390 | |
| Riddile & Associates<br>Attn: Office Manager<br>2818 Centre Circle Drive<br>Downers Grove, IL 60515 | $15,355.13 | Builders | Duplicate of claims nos. 385 and 386 | 942 | |
| Schiff Hardin LLP<br>Attn: Ronald Wilder<br>6600 Sears Tower<br>Chicago, IL 60606 | $1,287.50 | Spesco | | | 644 |
| Schiff Hardin LLP<br>Attn: Ronald Wilder<br>6600 Sears Tower<br>Chicago, IL 60606 | $8,163.00 | Glendale | | | 645 |
| Schiff Hardin LLP<br>Attn: Ronald Wilder<br>6600 Sears Tower<br>Chicago, IL 60606 | $11,552.27 | Builders | | | 646 |
| Schiff Hardin LLP<br>Attn: Ronald Wilder<br>6600 Sears Tower<br>Chicago, IL 60606 | $11,552.27 | Builders | Duplicate of claim no. 646 | 1019 | |

Exhibit A

# IN RE BUILDERS PLUMBING & HEATING SUPPLY CO., et al., 03 B 49243

Trustee's Fifth Omnibus Objection to Claims

| Claimant Name and Address | Claim Amount | Estate Against Which Claim Is Asserted | Reason for Proposed Disallowance | Duplicate Claim to Be Disallowed | Surviving Claim Number |
|---|---|---|---|---|---|
| The Toro Company<br>Mark Osodchuk, Credit Mgr.<br>36346 Treasury Center<br>Chicago, IL 60694-6300 | $91,283.00 | Glendale | Duplicate and superseded by amended claim no. 335 | 333 | |
| The Toro Company<br>Mark Osodchuk, Credit Mgr.<br>36346 Treasury Center<br>Chicago, IL 60694-6300 | $91,283.00 | Builders | Duplicate and superseded by amended claim no. 335 | 334 | |
| The Toro Company<br>Mark Osodchuk, Credit Mgr.<br>36346 Treasury Center<br>Chicago, IL 60694-6300 | $156,282.52 | Builders | | | 335 |
| The Toro Company<br>Mark Osodchuk, Credit Mgr.<br>36346 Treasury Center<br>Chicago, IL 60694-6300 | $91,283.00 | Spesco | Duplicate and superseded by amended claim no. 335 | 336 | |
| The Toro Company<br>Mark Osodchuk, Credit Mgr.<br>36346 Treasury Center<br>Chicago, IL 60694-6300 | $91,282.52 | Spesco | Duplicate and superseded by amended claim no. 335 | 966 | |
| The Toro Company<br>Mark Osodchuk, Credit Mgr.<br>36346 Treasury Center<br>Chicago, IL 60694-6300 | $81,389.20 | Builders | Duplicate of amended claim no. 335 | 1051 | |
| Allan McCarte<br>1 Reliance Lane<br>Lincolnshire, IL 60069 | $100.00 | Builders | | | 542 |

Exhibit A

**IN RE BUILDERS PLUMBING & HEATING SUPPLY CO., et al., 03 B 49243**

Trustee's Fifth Omnibus Objection to Claims

| Claimant Name and Address | Claim Amount | Estate Against Which Claim Is Asserted | Reason for Proposed Disallowance | Duplicate Claim to Be Disallowed | Surviving Claim Number |
|---|---|---|---|---|---|
| Allan McCarte<br>1 Reliance Lane<br>Lincolnshire, IL 60069 | $0.00 | Builders | Duplicate of claim no. 542 | 936 | |
| Hadco Lighting<br>Attn: Credit Manager<br>100 Craftway<br>P.O. Box 128<br>Littlestown, PA 17340 | $10,079.944 | Builders | | | 440 |
| Hadco Lighting<br>Attn: Credit Manager<br>100 Craftway<br>P.O. Box 128<br>Littlestown, PA 17340 | $10,079.94 | Builders | Duplicate of claim no. 440 | 1059 | |
| Stevens Pump Company<br>E. William Maloney, Jr.<br>2093 Rand Road<br>Des Plaines, IL 60016 | $6,827.00 | Builders | | | 30 |
| Stevens Pump Company<br>E. William Maloney, Jr.<br>2093 Rand Road<br>Des Plaines, IL 60016 | $6,827.00 | Builders | Duplicate of claim no. 30 | 439 | |

Exhibit A