# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: BUILDERS PLUMBING & HEATING SUPPLY | § | Case No. 03-49243-JS |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DAVID GROCHOCINSKI, TRUSTEE  , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 03/11/2011 in Courtroom 4016, United States Courthouse, DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed:  _02/03/2011_____     By:  _/s/DAVID GROCHOCINSKI, TRUSTEE_____
                                              Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: BUILDERS PLUMBING & HEATING SUPPLY | § | Case No. 03-49243-JS | |
| | § | | |
| | § | | |
| Debtor(s) | § | | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $    6,516,255.40

*and approved disbursements of*      $    4,537,458.82

*leaving a balance on hand of* [1]      $    1,978,796.58

**Balance on hand:**      $    1,978,796.58

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $      0.00

Remaining balance:    $    1,978,796.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 214,984.54 | 195,277.51 | 19,707.03 |
| Attorney for Trustee, Fees - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 81,462.20 | 0.00 | 81,462.20 |
| Attorney for Trustee, Expenses - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3,814.92 | 0.00 | 3,814.92 |
| Accountant for Trustee, Fees - CBIZ ACCOUNTING, TAX & ADVISORY SERVICES | 18,087.82 | 0.00 | 18,087.82 |
| Accountant for Trustee, Expenses - CBIZ ACCOUNTING, TAX & ADVISORY SERVICES | 448.26 | 0.00 | 448.26 |
| Other Expenses: Pitney Bowes Credit Corporation | 3,884.50 | 0.00 | 3,884.50 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 127,404.73 |
| Remaining balance: | $ | 1,851,391.85 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Expenses: Allen County Treasurer | 1,136.20 | 0.00 | 1,136.20 |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 1,136.20 |
| Remaining balance: | $ | 1,850,255.65 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $86,738.71 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | JP MORGAN CHASE | 1,037.46 | 0.00 | 1,037.46 |
| | JP MORGAN CHASE | 242.65 | 0.00 | 242.65 |
| | UNITED STATES TREASURY | 133.87 | 0.00 | 133.87 |
| | ILLINOIS DIRECTOR OF EMPLOYMENT SECURITIES | 560.57 | 0.00 | 560.57 |
| 103 | Michael Bohm | 55.00 | 0.00 | 55.00 |
| 205 | Tim Arseneau | 191.65 | 0.00 | 191.65 |
| 216 | Sara Schmidt | 80.00 | 0.00 | 80.00 |
| 387 | Cheryl Wainwright | 468.95 | 0.00 | 468.95 |
| 413P | Karla Johnson | 2,100.00 | 0.00 | 2,100.00 |
| 568P | Fitch, Larry J. | 203.40 | 0.00 | 203.40 |
| 579P | Stauffer, Patrick | 2,000.00 | 0.00 | 2,000.00 |
| 628 | Neil Charles | 932.73 | 0.00 | 932.73 |
| 740 | George Horton | 441.54 | 0.00 | 441.54 |
| 742 | Susan L Farkas | 396.00 | 0.00 | 396.00 |
| 748 | Lane, Robert | 579.85 | 0.00 | 579.85 |
| 759 | Stephen J Walters | 4,650.00 | 0.00 | 4,650.00 |
| 806 | Chicago Truck Drivers Benefit Funds | 10,831.20 | 0.00 | 10,831.20 |
| 807 | Chicago Truck Drivers Union Benefit Funds | 929.60 | 0.00 | 929.60 |
| 809 | Chicago Truck Drivers Union Benefit Funds | 17,406.40 | 0.00 | 17,406.40 |

| 838 | Treasurer Of Allen County | 23,496.02 | 0.00 | 23,496.02 |
|-----|---------------------------|-----------|------|-----------|
| 878 | Roach, Donald | 366.45 | 0.00 | 366.45 |
| 900 | Glen E Eichelberger | 62.24 | 0.00 | 62.24 |
| 911 | Marisa Traficante | 450.00 | 0.00 | 450.00 |
| 926P | Marasch, Holly | 4,650.00 | 0.00 | 4,650.00 |
| 940P | Papp, Landon | 4,650.00 | 0.00 | 4,650.00 |
| 958 | Karen Antczak | 170.00 | 0.00 | 170.00 |
| 1053 | Marion County Treasurer | 9,653.13 | 0.00 | 9,653.13 |

Total to be paid for priority claims: $ 86,738.71

Remaining balance: $ 1,763,516.94

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,875,348.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| 1 | PAIGE ELECTRIC CORP | 27,947.00 | 0.00 | 2,193.43 |
| 5 | Ips Corporation | 26,732.00 | 0.00 | 2,098.07 |
| 7 | Conserv Fs | 4,744.00 | 0.00 | 372.34 |
| 8 | Con-way Transportation | 2,098.00 | 0.00 | 164.66 |
| NA | A.O. SMITH CORPORATION | 32,670.00 | 0.00 | 2,564.12 |
| NA | ACORN ENGINEERING | 6,614.33 | 0.00 | 519.13 |
| NA | ADDED SALES CO | 4,500.00 | 0.00 | 353.18 |
| NA | ADVANCED DISTRIBUTOR PRODUCTS | 22,500.00 | 0.00 | 1,765.92 |
| NA | AMEREC PRODUCTS | 4,400.00 | 0.00 | 345.34 |
| NA | AMERICAN GOLF | 5,534.25 | 0.00 | 434.36 |
| NA | ARROWHEAD BRASS PRODUCTS | 15,060.00 | 0.00 | 1,181.99 |
| NA | AVALON PETROLEUM CO | 7,000.00 | 0.00 | 549.40 |
| NA | BARAK BUSINESS SERVICES | 2,000.00 | 0.00 | 156.97 |
| NA | BASCO MFG | 4,940.00 | 0.00 | 387.72 |
| NA | BEMIS MFG CO | 940.00 | 0.00 | 73.78 |

| NA | BRASS CRAFT MFG | 4,902.00 | 0.00 | 384.74 |
|----|----|----|----|----|
| NA | BURNHAM LLC | 7,226.50 | 0.00 | 567.18 |
| NA | CANFIELD TECHNOLOGIES, INC. | 6,920.00 | 0.00 | 543.12 |
| NA | CAR LEASING, INC. | 2,247.00 | 0.00 | 176.36 |
| NA | COMMERCIAL IRRIGATION & TURF | 5,000.00 | 0.00 | 392.43 |
| NA | CRESLINE PLASTIC PIPE CO | 80,000.00 | 0.00 | 6,278.84 |
| NA | CR/PL LTD. PARTNERSHIP | 4,590.00 | 0.00 | 360.25 |
| NA | DANKA OFFICE IMAGING | 3,700.00 | 0.00 | 290.40 |
| NA | FEDEX FREIGHT | 18,200.00 | 0.00 | 1,428.44 |
| NA | FREEDOM PLASTICS, LLC | 15,810.00 | 0.00 | 1,240.86 |
| NA | GLOBE UNION AMERICA CORP | 3,200.00 | 0.00 | 251.15 |
| NA | HEIGHTS GLASS AND MIRROR | 1,500.00 | 0.00 | 117.73 |
| NA | HUMANA, INC. | 3,240.00 | 0.00 | 254.29 |
| NA | HUNTER INDUSTRIES, INC. | 113,850.00 | 0.00 | 8,935.58 |
| NA | ITT INDUSTRIES, INC. | 21,068.00 | 0.00 | 1,653.53 |
| NA | JACUZZI | 38,050.00 | 0.00 | 2,986.37 |
| NA | JAY R SMITH MFG | 54,500.00 | 0.00 | 4,277.46 |
| NA | JOSAM COMPANY | 460.00 | 0.00 | 36.10 |
| NA | JUST-IN-TIME PACKAGING | 5,000.00 | 0.00 | 392.43 |
| NA | KESSLER SUNBELT DISTRIBUTION | 35,000.00 | 0.00 | 2,746.99 |
| NA | L.D. KICHLER CO | 23,622.50 | 0.00 | 1,854.02 |
| NA | L.R. NELSON CORP | 4,000.00 | 0.00 | 313.94 |
| NA | LASCO BATHWARE | 22,173.00 | 0.00 | 1,740.26 |
| NA | LASCO FITTINGS, INC. | 30,616.00 | 0.00 | 2,402.91 |
| NA | NIGHTSCAPING | 30,000.00 | 0.00 | 2,354.57 |
| NA | NORDYNE, INC. | 72,512.00 | 0.00 | 5,691.14 |
| NA | OASIS INDUSTRIES, INC. | 9,460.00 | 0.00 | 742.47 |
| NA | OATEY SUPPLY CHAIN SERVICES, INC. | 33,150.00 | 0.00 | 2,601.80 |
| NA | OETIKER, INC. | 683.34 | 0.00 | 53.63 |
| NA | PENSKE TRUCK LEASING | 6,110.87 | 0.00 | 479.61 |
| NA | PLASTIC LINE MFG CO. | 10,550.00 | 0.00 | 828.02 |
| NA | PLYMOUTH PRODUCTS | 8,330.00 | 0.00 | 653.78 |
| NA | PORTER CABLE CORP | 1,469.34 | 0.00 | 115.32 |

| NA | PRAXIS INDUSTRIES | 16,000.00 | 0.00 | 1,255.77 |
|---|---|---|---|---|
| NA | MOEN INCORPORATED | 48,203.00 | 0.00 | 3,783.24 |
| NA | PRINTEX DESIGNS | 14,437.50 | 0.00 | 1,133.13 |
| NA | SIOUX CHIEF MFG CO, INC. | 12,231.00 | 0.00 | 959.96 |
| NA | THE TORO COMPANY | 65,000.00 | 0.00 | 5,101.56 |
| NA | TYLER PIPE INDUSTRIES | 7,500.00 | 0.00 | 588.64 |
| NA | UPS | 4,750.00 | 0.00 | 372.81 |
| NA | WILLIAM HARVEY CO | 3,500.00 | 0.00 | 274.70 |
| NA | WIRSBO COMPANY | 6,000.00 | 0.00 | 470.91 |
| NA | WOODLAND, INC. | 3,750.00 | 0.00 | 294.32 |
| NA | ZURN INDUSTRIES | 18,865.00 | 0.00 | 1,480.63 |
| NA | CENTENNIAL PLASTICS LLC | 31,500.00 | 0.00 | 2,472.29 |
| NA | CARSON INDUSTIRES | 8,425.14 | 0.00 | 661.25 |
| 11 | Lakeland, City Of | 780.00 | 0.00 | 61.22 |
| 12 | Sterling Commerce Americas Inc. | 8,323.00 | 0.00 | 653.23 |
| 15 | Symmons Industries Inc. | 15,532.00 | 0.00 | 1,219.04 |
| 22 | Speedway Superamerica Llc | 1,375.00 | 0.00 | 107.92 |
| 23 | Barebo Inc | 17,332.89 | 0.00 | 1,360.38 |
| 24 | Overnite Transportation Company | 25.00 | 0.00 | 1.96 |
| 26 | Comed Co. | 13,256.00 | 0.00 | 1,040.40 |
| 29 | Barak | 8,263.00 | 0.00 | 648.53 |
| 30 | Stevens Pump Company | 6,827.00 | 0.00 | 535.82 |
| 31 | Williams & Mccarthy | 586.00 | 0.00 | 45.99 |
| 32 | Hirsch Pipe & Supply | 136.00 | 0.00 | 10.67 |
| 33 | United Parcel Service | 11,834.00 | 0.00 | 928.80 |
| 37 | W.w. Grainger, Inc. | 958.00 | 0.00 | 75.19 |
| 41 | White-rodgers Division, Emerson Electric | 9,604.34 | 0.00 | 753.80 |
| 42 | RIDGE TOOL CO | 10,447.08 | 0.00 | 819.94 |
| 45 | Fedex Freight East | 196,461.77 | 0.00 | 15,419.40 |
| 48 | Accumetric, Llc | 1,878.00 | 0.00 | 147.40 |
| 51 | Nicor Gas | 4,280.00 | 0.00 | 335.92 |
| 52 | Community Financial Service Center Corp. | 772.00 | 0.00 | 60.59 |
| 54 | Cdw Computer Centers, Inc. | 9,596.00 | 0.00 | 753.15 |

| 55 | Pitney Bowes Credit Corporation | 8,210.00 | 0.00 | 644.37 |
| 59 | Federal Express Corporation | 2,435.00 | 0.00 | 191.11 |
| 61 | Standard Coffee Service Company | 202.00 | 0.00 | 15.85 |
| 63 | Anvil Intl. Inc. | 15,011.00 | 0.00 | 1,178.15 |
| 64 | Malco Products, Inc. | 2,761.00 | 0.00 | 216.70 |
| 65 | Roadway Express, Inc. | 2,987.00 | 0.00 | 234.44 |
| 66 | Bravo | 350.00 | 0.00 | 27.47 |
| 68 | American Wall Tie Co | 6,307.61 | 0.00 | 495.06 |
| 69 | A Dandy Cooling & Heating | 176.00 | 0.00 | 13.81 |
| 72 | Roe Construction | 695.68 | 0.00 | 54.60 |
| 73 | Kissler & Co Inc | 3,805.00 | 0.00 | 298.64 |
| 74 | Wal-rich Corporation | 760.00 | 0.00 | 59.65 |
| 76 | Reinders Bros Inc | 614.58 | 0.00 | 48.24 |
| 79 | Hinckley & Schmitt | 64.24 | 0.00 | 5.04 |
| 81 | S K Culver Co | 1,035.00 | 0.00 | 81.23 |
| 83 | Dekorra Products | 343.00 | 0.00 | 26.92 |
| 88 | Leonard Valve Co | 34,638.00 | 0.00 | 2,718.58 |
| 90 | Diamond Plastics Corp. | 14,234.20 | 0.00 | 1,117.18 |
| 93 | Woodland Inc | 1,086.00 | 0.00 | 85.24 |
| 94 | Lasco Bathware | 73,885.71 | 0.00 | 5,798.96 |
| 97 | General Wire Spring Co | 1,801.61 | 0.00 | 141.40 |
| 98 | General Wire Spring Co | 10,164.78 | 0.00 | 797.79 |
| 100 | Lawn Care By Walter | 141.00 | 0.00 | 11.07 |
| 105 | Carstin Brands Inc | 1,507.68 | 0.00 | 118.33 |
| 107 | National Waterworks | 5,169.04 | 0.00 | 405.69 |
| 110 | Partsco | 453.00 | 0.00 | 35.55 |
| 111 | Crane Plumbing/showerite | 83,940.85 | 0.00 | 6,588.14 |
| 114 | Axberg Heating Company Inc | 815.00 | 0.00 | 63.97 |
| 116 | Kast Marketing | 3,382.00 | 0.00 | 265.44 |
| 117 | Air Comfort Products | 4,776.33 | 0.00 | 374.87 |
| 119 | Linde Gas Llc | 49.00 | 0.00 | 3.85 |
| 120 | Louisville Gas And Electric Company | 1,411.00 | 0.00 | 110.74 |
| 122 | Itt Industries, Shared Services | 84.88 | 0.00 | 6.66 |

| 127 | Overnite Transportation Company | 6,097.00 | 0.00 | 478.53 |
| 129 | Glentronics, Inc. | 31,267.00 | 0.00 | 2,454.01 |
| 136 | American Granby Inc | 1,286.00 | 0.00 | 100.93 |
| 140 | Black Swan Mfg Co | 9,976.72 | 0.00 | 783.03 |
| 142 | Amdex Inc | 297.00 | 0.00 | 23.31 |
| 143 | Amdex Inc | 152.00 | 0.00 | 11.93 |
| 144 | Amdex Inc | 222.00 | 0.00 | 17.42 |
| 145 | Amdex Inc | 185.00 | 0.00 | 14.52 |
| 146 | Amdex Inc | 117.00 | 0.00 | 9.18 |
| 148 | Indiana Assoc Of Plbg Htg | 580.00 | 0.00 | 45.52 |
| 149 | Internet Chicago | 39.90 | 0.00 | 3.13 |
| 152 | Shubee Inc | 1,440.00 | 0.00 | 113.02 |
| 153 | Halco Lighting Corp | 701.00 | 0.00 | 55.02 |
| 155 | Tjernlund Products Inc | 221.53 | 0.00 | 17.39 |
| 156 | Traditional Concepts Inc | 473.29 | 0.00 | 37.15 |
| 157 | Ziebell | 240.28 | 0.00 | 18.86 |
| 158 | John & Ray Kotlarz | 450.00 | 0.00 | 35.32 |
| 159 | Metro Staff | 259.00 | 0.00 | 20.33 |
| 161 | Helsel - Jepperson | 147.46 | 0.00 | 11.57 |
| 162 | Avalon Petroleum Co | 13,961.00 | 0.00 | 1,095.74 |
| 163 | Fleming Door & Window Co | 200.91 | 0.00 | 15.77 |
| 164 | Comfort Supply | 474.00 | 0.00 | 37.20 |
| 165 | B & B Electronics | 176.80 | 0.00 | 13.88 |
| 169 | In O Vate Technologies | 73.70 | 0.00 | 5.78 |
| 170 | Mc Culloch Industries Inc | 86.00 | 0.00 | 6.75 |
| 172 | Goss Inc | 2,332.40 | 0.00 | 183.06 |
| 175 | V I T Products Inc | 719.69 | 0.00 | 56.49 |
| 177 | Connecticut Stamping & Bending | 2,744.00 | 0.00 | 215.36 |
| 179 | Illinois Fibre Specialty Co. | 1,700.00 | 0.00 | 133.43 |
| 180 | Jacuzzi Whirlpool Bath | 1,104,406.00 | 0.00 | 86,679.88 |
| 181 | G T B Trucking, Inc | 400.00 | 0.00 | 31.39 |
| 182 | Heights Glass & Mirror | 14,455.08 | 0.00 | 1,134.51 |
| 185 | Elkay Mfg Co. | 335,323.00 | 0.00 | 26,318.00 |

**UST Form 101-7-NFR (10/1/2010)**

| 187 | Halsey Taylor | 3,955.13 | 0.00 | 310.42 |
| 188 | Wash Around The Clock | 1,411.00 | 0.00 | 110.74 |
| 190 | Dawn Industries Inc | 3,458.74 | 0.00 | 271.46 |
| 193 | Nu Calgon Wholesaler Inc. | 624.91 | 0.00 | 49.05 |
| 194 | Cintas Corporation #18 | 855.31 | 0.00 | 67.13 |
| 195 | Miller Sales | 4,846.55 | 0.00 | 380.38 |
| 197 | Kieft Brothers Inc | 1,644.83 | 0.00 | 129.10 |
| 199 | Mid America Water Treatment | 412.70 | 0.00 | 32.39 |
| 200 | Added Sales Co. | 26,814.00 | 0.00 | 2,104.51 |
| 202 | Packaged Concrete Inc. | 1,094.16 | 0.00 | 85.88 |
| 203 | Distinctive Development Corporation | 33,927.40 | 0.00 | 2,662.81 |
| 204 | Dba Dream Homes | 854.00 | 0.00 | 67.03 |
| 206 | Sunroc Company | 938.74 | 0.00 | 73.68 |
| 211 | Shorr Paper Products | 3,920.97 | 0.00 | 307.74 |
| 217 | Best Bath | 1,445.00 | 0.00 | 113.41 |
| 219 | Legacy Property Management | 178.50 | 0.00 | 14.01 |
| 221 | Creative Water Gardens | 52.75 | 0.00 | 4.14 |
| 222 | Kloptowsky, Jason | 100.00 | 0.00 | 7.85 |
| 223 | Chicago Messenger Service | 5,338.36 | 0.00 | 418.98 |
| 224 | Uni-line North America | 733.72 | 0.00 | 57.59 |
| 225 | Michael Wagner & Sons Inc | 520.88 | 0.00 | 40.88 |
| 227 | Armor Shield Construction | 885.80 | 0.00 | 69.52 |
| 228 | Reed Mfg | 434.18 | 0.00 | 34.08 |
| 231 | C & S Manufacturing | 113.62 | 0.00 | 8.92 |
| 233 | Bermad Valve Co | 871.00 | 0.00 | 68.36 |
| 239 | Dons Lawn & Garden | 106.05 | 0.00 | 8.32 |
| 240 | Dura Plastic Products Inc | 450.20 | 0.00 | 35.33 |
| 243 | L D Kichler Co | 52,583.79 | 0.00 | 4,127.07 |
| 245 | Ideal Plumbing Inc | 152.00 | 0.00 | 11.93 |
| 249 | Midwest Arbor Corp | 512.00 | 0.00 | 40.18 |
| 250 | Stay Green Sprinkler Systems | 235.08 | 0.00 | 18.45 |
| 251 | Corrosion Products Inc | 236.40 | 0.00 | 18.55 |
| 252 | Weather Tec Corp | 741.02 | 0.00 | 58.16 |

| 254 | Addison Park Dist | 41.00 | 0.00 | 3.22 |
|---|---|---|---|---|
| 255 | Cash Acme, Inc. | 368.00 | 0.00 | 28.88 |
| 257 | Cheviot Products | 1,967.50 | 0.00 | 154.42 |
| 258 | Matco Norca Inc | 8,861.00 | 0.00 | 695.46 |
| 260 | Aa Thread Seal Tape Inc | 1,649.30 | 0.00 | 129.45 |
| 261 | Bell Fuels Inc | 9,227.01 | 0.00 | 724.19 |
| 262 | John J Moroney & Co | 290.58 | 0.00 | 22.81 |
| 268 | Campbell Manufacturing Inc | 109.77 | 0.00 | 8.62 |
| 269 | Acorn Engineering Co | 8,779.00 | 0.00 | 689.02 |
| 270 | Peerless Pottery | 153.28 | 0.00 | 12.03 |
| 272 | T Matera & Associates | 24,174.54 | 0.00 | 1,897.35 |
| 275 | E L Mustee & Sons Inc | 110,340.22 | 0.00 | 8,660.11 |
| 277 | Alsons Corporation | 7,028.11 | 0.00 | 551.60 |
| 283 | Portals Plus Inc | 1,651.59 | 0.00 | 129.63 |
| 289 | Plymouth Products | 15,929.00 | 0.00 | 1,250.20 |
| 291 | Manufacturers Marketing Inc | 1,900.89 | 0.00 | 149.19 |
| 292 | T & S Brass & Bronze Works Inc | 40,696.89 | 0.00 | 3,194.12 |
| 293 | Black & Decker | 67.04 | 0.00 | 5.26 |
| 294 | Wheatland Tube Co | 29,473.48 | 0.00 | 2,313.24 |
| 296 | Blackburn Manufacturing Co | 1,357.39 | 0.00 | 106.54 |
| 297 | Lang State Inc. | 1,345.83 | 0.00 | 105.63 |
| 299 | Excelsior Mfg & Supply Corp | 2,452.60 | 0.00 | 192.49 |
| 301 | Modine Manufacturing Co | 9,759.60 | 0.00 | 765.99 |
| 302 | Cara Enterprises | 945.00 | 0.00 | 74.17 |
| 304 | Accor Technology | 2,468.91 | 0.00 | 193.77 |
| 306 | Enviro Resources Inc | 2,896.00 | 0.00 | 227.29 |
| 308 | Experian | 1,706.10 | 0.00 | 133.90 |
| 310 | Zurn Industries | 75,025.17 | 0.00 | 5,888.39 |
| 315 | J.w. Harris | 3,137.17 | 0.00 | 246.22 |
| 319 | Seminole Tubular Products | 2,420.00 | 0.00 | 189.93 |
| 322 | Cuno Inc | 5,480.87 | 0.00 | 430.17 |
| 323 | Veterans Messenger Service Inc | 301.55 | 0.00 | 23.67 |
| 325 | Studio 24 Builders | 163.80 | 0.00 | 12.86 |

| 326 | American Hydronics Llc | 677.08 | 0.00 | 53.14 |
| 327 | Rainmaid Manufacturing | 73.36 | 0.00 | 5.76 |
| 328 | Atco Rubber Products Co | 22,855.31 | 0.00 | 1,793.81 |
| 329 | Lane Vent Fast | 2,273.00 | 0.00 | 178.40 |
| 330 | Starzberg Group Ltd | 4,127.76 | 0.00 | 323.97 |
| 331 | Speakman Company | 2,415.29 | 0.00 | 189.57 |
| 338 | Wami Sales Inc | 1,129.56 | 0.00 | 88.65 |
| 340 | Charter Plastics | 12,181.00 | 0.00 | 956.03 |
| 341 | Just Mfg. Co. | 2,517.03 | 0.00 | 197.55 |
| 342 | James Weldon | 614.41 | 0.00 | 48.22 |
| 345 | Selkirk Metalbestos | 25,607.56 | 0.00 | 2,009.82 |
| 346 | Hancor Inc. | 1,849.00 | 0.00 | 145.12 |
| 347 | Bramer Custom Design | 83.69 | 0.00 | 6.57 |
| 348 | Lsp Products Group Inc. | 12,537.75 | 0.00 | 984.03 |
| 353 | Regency Wire & Cable | 5,328.26 | 0.00 | 418.19 |
| 354 | Amerec Products | 45,395.99 | 0.00 | 3,562.93 |
| 360 | Printex Designs Inc. | 26,071.00 | 0.00 | 2,046.20 |
| 363 | Little Giant Pump Co | 2,359.20 | 0.00 | 185.16 |
| 364 | Mike Gerrick | 49.50 | 0.00 | 3.89 |
| 365 | Porter Pipe & Supply Co | 1,052.00 | 0.00 | 82.57 |
| 366 | Carry Manufacturing, Inc. | 7,396.42 | 0.00 | 580.51 |
| 372 | Seachrome Inc | 358.09 | 0.00 | 28.10 |
| 373 | Phillips Flowers | 491.00 | 0.00 | 38.54 |
| 374 | Gold Coast Freightways Inc | 114.40 | 0.00 | 8.98 |
| 375 | Midwest Supply Co | 714.74 | 0.00 | 56.10 |
| 376 | Dave Oconnor | 118,683.00 | 0.00 | 9,314.90 |
| 377 | J M Manufacturing Co Inc | 49,034.88 | 0.00 | 3,848.53 |
| 379 | Big Foot Manufacturing Co | 472.56 | 0.00 | 37.09 |
| 381 | Tienstra Plumbing | 914.42 | 0.00 | 71.77 |
| 383 | Mincron Sbc Belt | 28,342.17 | 0.00 | 2,224.45 |
| 384 | Ljr Graphics Inc | 24,775.08 | 0.00 | 1,944.49 |
| 386 | Riddile & Associates | 14,212.60 | 0.00 | 1,115.48 |
| 389 | Bornquist Inc | 40,227.83 | 0.00 | 3,157.30 |

**UST Form 101-7-NFR (10/1/2010)**

| 391 | Guardian Equipment | 4,350.00 | 0.00 | 339.84 |
| 393 | Braxton Harris Co. | 1,141.94 | 0.00 | 89.63 |
| 394 | Gerber Plumbing Fixtures Inc | 302,198.00 | 0.00 | 23,718.17 |
| 398 | T G F Enterprises | 726.53 | 0.00 | 57.02 |
| 400 | Kessler Sunbelt Distribution | 10,673.04 | 0.00 | 837.68 |
| 402 | Multi Fitting Corporation | 364.77 | 0.00 | 28.63 |
| 403 | Old Dominion Freight Line Inc | 4,904.00 | 0.00 | 384.89 |
| 405 | Wisconsin Electric Power Co. | 1,435.00 | 0.00 | 112.63 |
| 407 | Rector Seal | 14,247.50 | 0.00 | 1,118.22 |
| 409 | Fluidmaster, Inc. | 13,577.00 | 0.00 | 1,065.60 |
| 411 | Marlin Leasing Corp. | 689.00 | 0.00 | 54.08 |
| 412 | Usf Holland Inc. | 3,584.00 | 0.00 | 281.29 |
| 413U | Karla Johnson | 2,756.41 | 0.00 | 216.34 |
| 415 | Lippert Corp | 31,660.45 | 0.00 | 2,484.89 |
| 420 | Wilkins Regulator | 6,988.00 | 0.00 | 548.46 |
| 422 | Recall Total Information Mgmt | 1,169.00 | 0.00 | 91.75 |
| 423 | Frederick A Lurie | 1,390.30 | 0.00 | 109.12 |
| 425 | Liberty Pumps | 1,971.60 | 0.00 | 154.74 |
| 427 | Michigan Brass | 55.00 | 0.00 | 4.32 |
| 428 | Haydee Ranzola | 250.00 | 0.00 | 19.62 |
| 431 | Centennial Plastics Llc | 88,914.78 | 0.00 | 6,978.52 |
| 433 | Barclay Products Ltd | 9,175.31 | 0.00 | 720.13 |
| 437 | K & B Galleries Ltd | 6,469.85 | 0.00 | 507.79 |
| 440 | Hadco Lighting | 10,079.94 | 0.00 | 791.13 |
| 442 | Vonachen Service & Supply | 3,288.25 | 0.00 | 258.08 |
| 445 | Keeney Manufacturing Co | 32,835.00 | 0.00 | 2,577.07 |
| 447 | Florida Notice Service | 360.00 | 0.00 | 28.25 |
| 448 | R & D Engineering Inc | 21,799.26 | 0.00 | 1,710.93 |
| 449 | A K Industries Inc | 42,869.00 | 0.00 | 3,364.60 |
| 450 | Central Brass Mfg Co | 102.00 | 0.00 | 8.01 |
| 453 | Filtration Mfg Inc | 1,971.96 | 0.00 | 154.77 |
| 454 | Stanzi Simms | 6,938.00 | 0.00 | 544.53 |
| 457 | C J Smith & Associates Inc | 494.13 | 0.00 | 38.78 |

| 458 | Haws Corporation | 3,688.74 | 0.00 | 289.51 |
|-----|------------------|----------|------|--------|
| 464 | Thompson Plastics | 29,472.59 | 0.00 | 2,313.17 |
| 471 | M T I Whirlpools | 363.00 | 0.00 | 28.49 |
| 472 | Richard Specialty Co | 4,001.00 | 0.00 | 314.02 |
| 475 | King Bros Industries | 6,669.00 | 0.00 | 523.42 |
| 477 | Mueller Streamline Co | 92,047.90 | 0.00 | 7,224.43 |
| 478 | Aqua Control, Inc. | 95,656.90 | 0.00 | 7,507.68 |
| 481 | Labor Ready, Inc | 84.00 | 0.00 | 6.59 |
| 482 | Claude Laval Corporation | 439.20 | 0.00 | 34.47 |
| 484 | A O Smith | 39,426.00 | 0.00 | 3,094.37 |
| 486 | Tammey Brantley | 161.00 | 0.00 | 12.64 |
| 487 | Village Of Addison | 1,034.83 | 0.00 | 81.22 |
| 488 | R C Sales & Service Inc | 6,389.00 | 0.00 | 501.44 |
| 490 | King Innovation | 27,582.00 | 0.00 | 2,164.79 |
| 496 | In-sink-erator | 193,805.98 | 0.00 | 15,210.96 |
| 497 | Chicago Filter Co | 36.00 | 0.00 | 2.83 |
| 498 | Graff Cash Sales | 10,303.00 | 0.00 | 808.64 |
| 500 | Honeywell Inc | 30,790.00 | 0.00 | 2,416.57 |
| 501 | Erico Inc | 9,363.26 | 0.00 | 734.88 |
| 505 | Sioux Chief Mfg Co Inc | 27,454.35 | 0.00 | 2,154.77 |
| 506 | Watts Brass & Tubular | 164,135.00 | 0.00 | 12,882.22 |
| 510 | National Fiberglass | 409,930.00 | 0.00 | 32,173.57 |
| 515 | Josam Company | 42,208.97 | 0.00 | 3,312.79 |
| 517 | Monti & Associates Inc | 1,393.00 | 0.00 | 109.33 |
| 520 | Tba Inc | 1,877.00 | 0.00 | 147.32 |
| 522 | Lakefront Lots Llc | 1,183.61 | 0.00 | 92.90 |
| 523 | Oetiker Inc | 2,515.00 | 0.00 | 197.39 |
| 524 | Thomas Touch, The | 427.00 | 0.00 | 33.51 |
| 526 | Bradley Corporation | 12,532.00 | 0.00 | 983.58 |
| 528 | Acryline Usa Inc | 3,137.40 | 0.00 | 246.24 |
| 530 | Verdicon Credit Department | 896.00 | 0.00 | 70.32 |
| 531 | Culp Law Office | 50.00 | 0.00 | 3.92 |
| 532 | Sears Hvac | 2,497.91 | 0.00 | 196.05 |

| 533 | American Whirlpool Products | 3,587.00 | 0.00 | 281.53 |
| 535 | Sta Rite Industries | 25,670.00 | 0.00 | 2,014.72 |
| 538 | Zoeller Co | 252,432.00 | 0.00 | 19,812.26 |
| 539 | Mid America Building Products | 17,311.16 | 0.00 | 1,358.68 |
| 541 | Tba Inc | 271.00 | 0.00 | 21.27 |
| 542 | Allan Mccarte | 100.00 | 0.00 | 7.85 |
| 543 | Star Homes By Delagrange | 265.37 | 0.00 | 20.83 |
| 548 | Aquatic Industries Llc | 2,401.00 | 0.00 | 188.44 |
| 549 | Janice Maddack | 287.07 | 0.00 | 22.53 |
| 551 | P M & Associates Inc | 116.00 | 0.00 | 9.10 |
| 553 | David & Susan Anderson | 54.00 | 0.00 | 4.24 |
| 557 | Howards Products Inc | 31,453.57 | 0.00 | 2,468.65 |
| 558 | Cerro Copper Products Inc | 263,509.00 | 0.00 | 20,681.64 |
| 559 | K Rain Manufacturing Co | 8,099.00 | 0.00 | 635.65 |
| 565 | Ward Manufacturing Inc | 27,365.33 | 0.00 | 2,147.78 |
| 567 | Broadway Collection | 280.00 | 0.00 | 21.98 |
| 568U | Fitch, Larry J. | 610.20 | 0.00 | 47.89 |
| 569 | Pilling, Joseph | 1,344.76 | 0.00 | 105.54 |
| 572 | Elaine Hanson | 164.78 | 0.00 | 12.93 |
| 573 | Ultimate Software Group, Inc. | 644.19 | 0.00 | 50.56 |
| 575 | Penske Truck Leasing | 118,486.00 | 0.00 | 9,299.44 |
| 576 | Praxair Distribution | 797.66 | 0.00 | 62.60 |
| 579U | Stauffer, Patrick | 2,065.00 | 0.00 | 162.07 |
| 581 | Rams Glen, Inc. | 855.00 | 0.00 | 67.11 |
| 582 | Marcus Construction Co Inc | 263.07 | 0.00 | 20.65 |
| 583 | Harrington Corp, The | 57,969.68 | 0.00 | 4,549.78 |
| 589 | Hico Flex Brass Co | 88,844.00 | 0.00 | 6,972.97 |
| 590 | Spears Manufacturing Co | 29,893.00 | 0.00 | 2,346.17 |
| 599 | Rheem Mfg Co | 1,553,448.16 | 0.00 | 121,923.19 |
| 600 | Dynamic Systems Resources Inc | 7,335.00 | 0.00 | 575.69 |
| 601 | Conbraco Industries | 4,789.00 | 0.00 | 375.87 |
| 602 | Cabling Concepts | 2,651.00 | 0.00 | 208.07 |
| 603 | Getz Fire Equipment Co | 26.40 | 0.00 | 2.07 |

| 606 | Quikrete Cement Products | 2,589.00 | 0.00 | 203.20 |
| 608 | Hanover Lantern | 1,187.03 | 0.00 | 93.16 |
| 610 | Wray, Paul | 163,350.00 | 0.00 | 12,820.61 |
| 614 | Netafim Irrigation Inc | 19,161.47 | 0.00 | 1,503.90 |
| 620 | Olsonite Corp | 3,180.00 | 0.00 | 249.58 |
| 621 | Data Exchange | 177,529.00 | 0.00 | 13,933.46 |
| 622 | Bootz Plumbingware Co | 43,470.00 | 0.00 | 3,411.77 |
| 623 | Rainmaster Irrigation | 7,462.00 | 0.00 | 585.66 |
| 625 | Gerard Pagliuco | 30,000.00 | 0.00 | 2,354.57 |
| 626 | Intermatic Inc | 1,311.32 | 0.00 | 102.92 |
| 629 | Snow Jim | 1,013.21 | 0.00 | 79.52 |
| 630 | Dupage Security Solutions Inc | 261.31 | 0.00 | 20.51 |
| 632 | Kranz Inc | 272.90 | 0.00 | 21.42 |
| 635 | Dr. Khan | 1,423.00 | 0.00 | 111.68 |
| 636 | Dwyer Instruments Inc | 216.31 | 0.00 | 16.98 |
| 639 | Kohler Company | 2,439,954.18 | 0.00 | 191,501.08 |
| 640 | Robern | 6,101.00 | 0.00 | 478.84 |
| 646 | Schiff Hardin Llp | 11,552.27 | 0.00 | 906.69 |
| 647 | Canplas Llc | 667.55 | 0.00 | 52.39 |
| 648 | Cleveland Faucet Company | 4,955.00 | 0.00 | 388.90 |
| 649 | Moen Division | 1,139,622.40 | 0.00 | 89,443.86 |
| 650 | Square One | 187.00 | 0.00 | 14.68 |
| 651 | Church Seat Co | 77,823.00 | 0.00 | 6,107.98 |
| 652 | Chicago Faucet Company | 77,649.00 | 0.00 | 6,094.32 |
| 655 | Geberit Manufacturing | 77,649.49 | 0.00 | 6,094.36 |
| 661 | Briggs Plumbing Products, Inc. | 51,568.80 | 0.00 | 4,047.40 |
| 664 | Opella Inc | 15,755.00 | 0.00 | 1,236.54 |
| 668 | L R Nelson Corporation | 36,305.83 | 0.00 | 2,849.48 |
| 671 | Sj Abrams & Co. | 735.00 | 0.00 | 57.69 |
| 674 | Swan Corp | 57,792.96 | 0.00 | 4,535.91 |
| 675 | JONATHAN JAY CUTLER | 938.10 | 0.00 | 73.63 |
| 676 | The Source | 2,011.56 | 0.00 | 157.88 |
| 702 | Myers Properties Llc | 185,053.00 | 0.00 | 14,523.98 |

| 703 | Speed Scan | 8,988.00 | 0.00 | 705.43 |
| 705 | Wirsbo Company | 164,867.00 | 0.00 | 12,939.67 |
| 706 | William Renner | 225.00 | 0.00 | 17.66 |
| 708 | Park Manor Coffee Company Inc | 388.00 | 0.00 | 30.45 |
| 709 | Watco Manufacturing Co | 983.00 | 0.00 | 77.15 |
| 714 | Woodford Mfg | 14,740.97 | 0.00 | 1,156.95 |
| 717 | General Insulation Co Inc | 6,521.26 | 0.00 | 511.82 |
| 718 | Transolid Inc | 260.66 | 0.00 | 20.46 |
| 727 | Discover Financial Services, Inc. | 5,470.99 | 0.00 | 429.39 |
| 734 | Dahlgren & Johnson Inc | 115.59 | 0.00 | 9.07 |
| 735 | Dupage Welding/Dupage Construction Inc | 31,004.17 | 0.00 | 2,433.38 |
| 736 | SBC Ameritech | 14,926.84 | 0.00 | 1,171.54 |
| 738 | Ferrellgas Inc | 62.31 | 0.00 | 4.89 |
| 739 | City of Chicago | 100.00 | 0.00 | 7.85 |
| 741 | Il Secretary Of State | 264.01 | 0.00 | 20.72 |
| 743 | C P I Marketing | 550.00 | 0.00 | 43.17 |
| 744 | Jim Surmanek | 126.66 | 0.00 | 9.94 |
| 745 | Red Wing Shoes | 174.52 | 0.00 | 13.70 |
| 747 | Mike Lupo | 336.73 | 0.00 | 26.43 |
| 752 | American Hydro Systems Inc | 785.62 | 0.00 | 61.66 |
| 755 | Porter Cable Corp | 11,264.37 | 0.00 | 884.09 |
| 756 | General Plastics | 9,165.26 | 0.00 | 719.34 |
| 757 | Irrigation Services | 1,046.00 | 0.00 | 82.10 |
| 758 | Para Systems Inc | 120.39 | 0.00 | 9.45 |
| 759 | Stephen J Walters | 90,400.00 | 0.00 | 7,095.09 |
| 760 | Village Of Mundelein | 276.15 | 0.00 | 21.67 |
| 761 | One Source Manufacturers Rep | 1,432.89 | 0.00 | 112.46 |
| 762 | Sloan Valve Co | 70,781.13 | 0.00 | 5,555.29 |
| 763 | Kenney Machinery | 33,023.54 | 0.00 | 2,591.87 |
| 766 | J M Brennan Inc | 19,899.61 | 0.00 | 1,561.83 |
| 767 | Metropolitan Industries Inc | 187,943.55 | 0.00 | 14,750.85 |
| 768 | Grohe America Inc | 563,898.38 | 0.00 | 44,257.86 |
| 772 | Advanced Drainage Systems | 1,677.70 | 0.00 | 131.68 |

| 773 | Canon Financial Services Inc | 22,529.66 | 0.00 | 1,768.25 |
| 778 | GE Capital | 93,497.33 | 0.00 | 7,338.19 |
| 779 | GE Capital | 29,972.58 | 0.00 | 2,352.41 |
| 780 | GE Capital | 5,434.99 | 0.00 | 426.57 |
| 781 | GE Capital | 20,569.94 | 0.00 | 1,614.44 |
| 782 | GE Capital | 16,630.46 | 0.00 | 1,305.25 |
| 783 | GE Capital | 17,364.67 | 0.00 | 1,362.88 |
| 784 | GE Capital | 24,879.19 | 0.00 | 1,952.66 |
| 785 | GE Capital | 3,797.16 | 0.00 | 298.02 |
| 787 | City of Chicago | 210.00 | 0.00 | 16.48 |
| 789 | Pitney Bowes Credit Corporation | 30,837.00 | 0.00 | 2,420.26 |
| 791 | ADT Security Systems Inc. | 2,110.92 | 0.00 | 165.68 |
| 792 | Nextel Partners Inc | 361.96 | 0.00 | 28.41 |
| 794 | Verizon Wireless Great Lakes | 208.04 | 0.00 | 16.33 |
| 795 | Canfield Technologies | 16,777.72 | 0.00 | 1,316.81 |
| 796 | Boc Gases | 244.58 | 0.00 | 19.20 |
| 797 | NMHG Financial Service Inc | 23,114.98 | 0.00 | 1,814.19 |
| 798 | NMHG Financial Service Inc | 22,485.07 | 0.00 | 1,764.75 |
| 799 | NMHG Financial Service Inc | 55,932.81 | 0.00 | 4,389.92 |
| 800 | NMHG Financial Service Inc | 46,338.92 | 0.00 | 3,636.93 |
| 801 | NMHG Financial Service Inc | 24,420.17 | 0.00 | 1,916.63 |
| 802 | Matthews, Mary F | 55,100.00 | 0.00 | 4,324.55 |
| 803 | Danka Office Imaging Commercail | 235,972.00 | 0.00 | 18,520.39 |
| 808 | Chicago Truck Drivers Union Benefit Funds | 1,104,429.83 | 0.00 | 86,681.75 |
| 811 | Jacuzzi Whirlpool Bath | 101,760.35 | 0.00 | 7,986.71 |
| 813 | Northern Waters | 9,748.46 | 0.00 | 765.11 |
| 817 | Midwest Hydra-line Inc | 4,605.82 | 0.00 | 361.49 |
| 818 | C & D Valve Mfg. Co | 3,407.30 | 0.00 | 267.42 |
| 829 | Connor Company | 473.73 | 0.00 | 37.18 |
| 832 -2 | Union Poly-duct Mfg. Co. | 3,596.28 | 0.00 | 282.26 |
| 834 | Lawn Care By Walter | 168.74 | 0.00 | 13.24 |
| 837 | T G Rankin Co Inc | 59.06 | 0.00 | 4.64 |
| 839 | Quick Fuel | 2,035.79 | 0.00 | 159.78 |

**UST Form 101-7-NFR (10/1/2010)**

| 842 | Madison Coffee Systems Inc | 45.00 | 0.00 | 3.53 |
|-----|---------------------------|-------|------|------|
| 843 | Cal Air | 306.28 | 0.00 | 24.04 |
| 845 | Boston Metal Products, Ltd | 3,074.14 | 0.00 | 241.28 |
| 847 | Evelyn Mccabe | 253.76 | 0.00 | 19.92 |
| 852 | First Supply Group | 260.35 | 0.00 | 20.43 |
| 853 | Fitzgerald Equipment Co | 367.60 | 0.00 | 28.85 |
| 865 | Butch Neuens Landscaping Inc | 807.08 | 0.00 | 63.34 |
| 866 | Verdicon Credit Department | 983.46 | 0.00 | 77.19 |
| 867 | Chicago Messenger Service | 1,576.14 | 0.00 | 123.70 |
| 868 | Curnayn Sales | 3,026.96 | 0.00 | 237.57 |
| 874 | Countryside Mechanical | 400.85 | 0.00 | 31.46 |
| 877 | Alpine Softener Corp | 204.67 | 0.00 | 16.06 |
| 894 | Konica Minolta Danka | 10,444.91 | 0.00 | 819.77 |
| 896 | American Industrial | 2,678.02 | 0.00 | 210.19 |
| 897 | Main Beam Construction | 325.44 | 0.00 | 25.54 |
| 899 | Blazing Products | 3,420.37 | 0.00 | 268.45 |
| 912 | Hot Water Products, Llc. | 11,882.63 | 0.00 | 932.61 |
| 914 | Cec The Ozone Company | 760.37 | 0.00 | 59.68 |
| 916 | Warehouse Direct | 4,138.84 | 0.00 | 324.84 |
| 919 | R W Lyall & Company Inc | 11,371.15 | 0.00 | 892.47 |
| 920 | Carquest Auto Parts Store | 73.14 | 0.00 | 5.74 |
| 922 | Nordyne Inc | 350,975.71 | 0.00 | 27,546.51 |
| 926U | Marasch, Holly | 20,592.00 | 0.00 | 1,616.17 |
| 929 | Village Of Mundelein | 280.94 | 0.00 | 22.05 |
| 934 | Bathcraft Inc | 118,601.24 | 0.00 | 9,308.48 |
| 935 | D & M Sales Inc | 381.60 | 0.00 | 29.95 |
| 940U | Papp, Landon | 14,527.94 | 0.00 | 1,140.23 |
| 941 | Accurate Industries | 12,059.57 | 0.00 | 946.50 |
| 944 | Johnson Manufacturing Co | 4,228.87 | 0.00 | 331.91 |
| 947 | Kinetico Inc | 3,439.25 | 0.00 | 269.93 |
| 948 | Surface Specialists | 183.93 | 0.00 | 14.44 |
| 952 | Coral Industries | 2,631.27 | 0.00 | 206.52 |
| 953 | Barber Plumbing Inc. | 756.29 | 0.00 | 59.36 |

| 957 | Griffin Products Inc | 25,340.83 | 0.00 | 1,988.89 |
| 960 | Disposal Management Systems | 2,100.00 | 0.00 | 164.82 |
| 961 | Logans | 493.37 | 0.00 | 38.72 |
| 962 | Geri Melyon | 250.00 | 0.00 | 19.62 |
| 964 | Jani King | 225.00 | 0.00 | 17.66 |
| 965 | Trim To The Trade | 336.13 | 0.00 | 26.38 |
| 966 | Pw Pipe | 55,255.80 | 0.00 | 4,336.78 |
| 967 | Diversitech | 2,923.03 | 0.00 | 229.42 |
| 968 | Mars Motors & Armatures Inc | 4,858.91 | 0.00 | 381.35 |
| 969 | Mek Investments | 910.51 | 0.00 | 71.46 |
| 970 | Ransom Industries, Lp | 5,125.44 | 0.00 | 402.27 |
| 971 | Ferguson Enterprises | 2,037.64 | 0.00 | 159.93 |
| 972 | Dave Mercer Co | 439.31 | 0.00 | 34.48 |
| 973 | Hallen Products Ltd | 216.50 | 0.00 | 16.99 |
| 978 | Hampton Mercury Investment Co | 3,647.09 | 0.00 | 286.24 |
| 980 | Bryant Nurseries | 90.20 | 0.00 | 7.08 |
| 981 | Sharon Tube Company | 85,092.14 | 0.00 | 6,678.50 |
| 986 | L R Nelson Corporation | 2,891.28 | 0.00 | 226.92 |
| 990 | Allen L Armstrong | 1,391.85 | 0.00 | 109.24 |
| 991 | G M S Plumbing Inc | 329.49 | 0.00 | 25.86 |
| 993 | Midwest Meter Inc. | 7,984.44 | 0.00 | 626.66 |
| 996 | G.k. Gorsline Const Inc | 1,308.78 | 0.00 | 102.72 |
| 997 | Gorman Co Inc | 668.97 | 0.00 | 52.50 |
| 998 | Speigelberg Landscape | 1,179.52 | 0.00 | 92.58 |
| 999 | Brasstech Inc | 50,052.80 | 0.00 | 3,928.42 |
| 1006 | Broan Manufacturing | 3,692.50 | 0.00 | 289.81 |
| 1008 | Lsp Products Group Inc. | 3,085.32 | 0.00 | 242.15 |
| 1010 | William H Harvey Co | 22,079.82 | 0.00 | 1,732.95 |
| 1015 | Midwest Ducts | 64,453.23 | 0.00 | 5,058.65 |
| 1022 | Consolidated Plumbing Ind | 12,410.84 | 0.00 | 974.07 |
| 1023 | Arrowhead Brass Products | 35,007.29 | 0.00 | 2,747.57 |
| 1026 | Hi Line Bath & Hardware | 2,441.23 | 0.00 | 191.60 |
| 1028 | Culp Law Office | 24.00 | 0.00 | 1.88 |

| 1029 | Delta Faucet Co | 748,919.56 | 0.00 | 58,779.34 |
| 1031 | Plumberex Specialty Products | 3,546.67 | 0.00 | 278.36 |
| 1034 | Shouba Jack | 125.82 | 0.00 | 9.88 |
| 1035 | Atlas Mid America Energy | 2,209.53 | 0.00 | 173.42 |
| 1038 | Cingular Wireless | 1,741.42 | 0.00 | 136.68 |
| 1039 | Complete Vending Service | 879.50 | 0.00 | 69.03 |
| 1040 | City of Chicago | 68.00 | 0.00 | 5.34 |
| 1042 | Steve Ignar | 70.80 | 0.00 | 5.56 |
| 1043 | Mansfield Plumbing Products | 269,677.88 | 0.00 | 21,165.81 |
| 1044 | Hunter Industries | 1,321,649.68 | 0.00 | 103,730.37 |
| 1055 | Just-in-time Packaging Corp | 22,393.03 | 0.00 | 1,757.53 |
| 1056 | Air Tite | 4,974.98 | 0.00 | 390.46 |
| 1060 | Gerard Pagliuco | 20,000.00 | 0.00 | 1,569.71 |
| 1061 | Citgo Petroleum Corp | 293.58 | 0.00 | 23.04 |
| 1065 | Sabin, Leonard J. | 105,081.00 | 0.00 | 8,247.34 |
| 1068 | Hammond Valve Co | 16,509.29 | 0.00 | 1,295.74 |
| 1072 | Janesvilles Winair Co | 12,884.37 | 0.00 | 1,011.24 |
| 1075 | Santec | 11,024.39 | 0.00 | 865.26 |
| 1076 | Advertising Plus Inc | 25,844.40 | 0.00 | 2,028.41 |
| 1078 | Kolk Randall | 102.03 | 0.00 | 8.01 |
| 1080 | Clark A. Hogan Associates | 2,268.00 | 0.00 | 178.01 |
| 1081 | Ruvin Brothers | 52,502.70 | 0.00 | 4,120.70 |
| 1082 | Glenmar Manufacturing | 17,172.07 | 0.00 | 1,347.76 |
| 1088 | Oasis Industries, Inc. | 116,353.02 | 0.00 | 9,132.03 |
| 1089 | National Diversified Sales | 22,854.62 | 0.00 | 1,793.76 |
| 1102 | Rockford Sanitary Systems | 7,916.00 | 0.00 | 621.29 |
| 1103 | Delta Faucet Co | 87,120.00 | 0.00 | 6,837.66 |
| 1105 | Sta Rite Industries | 3,500.00 | 0.00 | 274.70 |
| 1106 | Lyse Construction Co. a/k/a Lyse Construction, Inc | 5,250.00 | 0.00 | 412.05 |
| 1108 | Champion Manufacturing Inc | 10,943.95 | 0.00 | 858.94 |
| 1110 | Briggs Plumbing Products, Inc. | 20,000.00 | 0.00 | 1,569.71 |
| 1111 | Elkay Mfg Co. | 11,775.00 | 0.00 | 924.17 |
| 1112 | Rehau Incorporated | 11,250.00 | 0.00 | 882.96 |

| 1113 | Kohler Co. | 35,000.00 | 0.00 | 2,746.99 |
|------|------------|-----------|------|----------|
| 1114 | Cerro Flow Products, Inc. | 49,450.00 | 0.00 | 3,881.11 |
| 1115 | Ruthe Lederman | 170,000.00 | 0.00 | 13,342.54 |
| 1116 | Abe Kogan | 81,400.00 | 0.00 | 6,388.72 |
| 1117 | Harvey Kogan | 81,400.00 | 0.00 | 6,388.72 |
| 1118 | Steve Kogan | 81,400.00 | 0.00 | 6,388.72 |
| 1119 | Alan Wire Company | 47,100.00 | 0.00 | 3,696.67 |

Total to be paid for timely general unsecured claims:   $   1,638,412.68

Remaining balance:   $   125,104.26

Tardily filed claims of general (unsecured) creditors totaling $ 44,855.25 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| 1093 | Liz Crowe | 69.88 | 0.00 | 0.00 |
| 1095 | Bath Unlimited Inc | 1,796.41 | 0.00 | 0.00 |
| 1096 | Gs Decorating | 120.00 | 0.00 | 0.00 |
| 1097 | Yale Materials Handling Of Ill | 26,127.09 | 0.00 | 0.00 |
| 1099 | Oil Creek Plastics | 16,315.73 | 0.00 | 0.00 |
| 1100 | Diana Rosales | 32.00 | 0.00 | 0.00 |
| 1101 | United Car Service | 394.14 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $   0.00

Remaining balance:   $   125,104.26

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims
ordered subordinated by the Court totaling $ 125,104.26 have been allowed and will be paid
*pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid
in full.  The dividend for subordinated unsecured claims is anticipated to be 100.0 percent,
plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims
ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 677 | Lasalle Bank National Association | 54,007.51 | 0.00 | 54,007.51 |
| 678 | Devon Bank | 1,901.58 | 0.00 | 1,901.58 |
| 682 | National City Bank | 4,741.45 | 0.00 | 4,741.45 |
| 686 | Bank One, N.a. | 32,164.31 | 0.00 | 32,164.31 |
| 690 | Associated Bank Chicago | 9,495.41 | 0.00 | 9,495.41 |
| 694 | Cole Taylor Bank | 22,794.00 | 0.00 | 22,794.00 |

Total to be paid for subordinated claims:  $ 125,104.26

Remaining balance:  $ 0.00

Prepared By:  /s/DAVID GROCHOCINSKI, TRUSTEE

Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**